SETH ARONSON (S.B. #100153)
saronson@omm.com
CAROLYN KUBOTA (S.B. #113660)
ckubota@omm.com
TAMAR BRAZ (S.B. #264080)
tbraz@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
THOMAS C. TEKULVE, JR.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PETER L. JENSEN AND THOMAS C. TEKULVE, JR.,<br><br>Defendants. | Case No. CV 11-05316R (AGRx)<br><br>**DECLARATION OF THOMAS C. TEKULVE, JR. IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: September 4, 2012<br>Time: 10:00 a.m.<br>Courtroom: 8<br>Judge: Hon. Manuel L. Real |

TEKULVE DECLARATION IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY
JUDGMENT

I, Thomas C. Tekulve, Jr., hereby state and declare as follows:

1. I am a defendant in this case. I have personal knowledge of the matters set forth herein, and if called upon to testify, I could and would testify competently thereto.

2. I was hired as the Chief Financial Officer for Basin Water, Inc. ("Basin") in September 2004. At the time I was hired, Basin's management already planned to take the company public in the near future.

3. At Basin, I reported directly to Peter L. Jensen who was the company's Chief Executive Officer at the time I was hired. After Michael Stark was hired as the Chief Operating Officer in late 2006, I also reported to Mr. Stark. Mr. Jensen left most of the day-to-day management of Basin to Mr. Stark.

4. Prior to joining Basin, I was the Vice President of Finance for Southwest Water, Inc. My salary at Basin was lower than the salary I had been earning at Southwest Water, Inc. I agreed to this because I believed that Basin's innovative water purification technologies were going to be very successful as the company grew and that the Basin stock options and stock grants I was receiving as additional compensation would increase in value over time. As a result, while I was employed at Basin, I did not sell any of the Basin stock I had been granted as compensation, nor did I ever exercise any of my stock options.

5. In 2005, I recommended to Basin's Audit Committee that they retain Singer Lewak Greenbaum & Goldstein LLP ("Singer") as Basin's independent auditor in part because Gail Moore, Singer's audit partner, indicated her willingness to act as a sounding board if the finance department had accounting questions.

6. In 2007, I worked with Charlie Litt to arrange third-party financing transactions involving CCH Netherlands and National City Energy. Litt advised me that institutions preferred to facilitate deals of that kind by using special purpose entities. Accordingly, VL Capital, LLC and Water Services Solutions LLC were created to facilitate these transactions.

7. During the summer of 2007, Basin's senior management, its Board of Directors, and our outside auditors all closely examined the transaction that Charlie Litt and I had put together with VL Capital, LLC and CCH Netherlands. Accordingly, I believed that we had been given the green light to proceed with additional transactions modeled on this deal and sought to insure that subsequent third-party financing deals were structured in a similar fashion, whether for installed units or for units to be constructed for the customer.

8. In 2007, Basin's Board of Directors hired an outside compensation analyst to review the company's compensation programs. Among other conclusions, the analyst determined that the salaries for Peter Jensen and I were below market rates for our respective positions. As a result, the board increased my annual salary in 2007 to be closer to the market rate for my position.

9. While I was employed at Basin, I received only two cash bonuses: a $100,000 bonus for my work preparing the company's initial private offering and a $50,000 year-end bonus at the end of 2007. Neither of these bonuses were tied to Basin's revenues or stock performance.

10. In 2009, following my departure from Basin and the company's public restatement of its prior financial statements, I sold the Basin stock I had been granted as compensation for roughly $1,200.

11. On December 20, 2005, I attended a Board of Directors meeting during which the Board of Directors discussed and approved the terms of the Opus Trust transaction.

12. Attached as Exhibit 1 is a true and correct copy of a February 16, 2006, email from Mr. Jensen to myself, Les Devitt, and Mr. Kelly.

13. Attached as Exhibit 2 is a true and correct copy of an email that I received from Mr. Stark, dated April 17, 2007.

14. Attached as Exhibit 3 is a June 25, 2007, email that I received from Mr. Litt, copying Mr. Stark.

1     15.    Attached as Exhibit 4 is a true and correct copy of a March 25, 2007, email that I sent to Mr. Litt, attaching a "City of Avondale, Arizona Notice of Request for Proposal."

2     16.    Attached as Exhibit 5 is a true and correct copy of a December 20, 2004, letter that I received from Linda M. Farris.

3     17.    Attached as Exhibit 6 is a true and correct copy of a March 25, 2007, email that I sent to Mr. Litt, attaching a Water Services Agreement between Basin and California Water Service Company ("Cal Water") for Well 06-01.

4     18.    Attached as Exhibit 7 is a true and correct copy of a March 25, 2007, email that I sent to Mr. Litt, attaching a Water Services Agreement between Basin and Cal Water for Well 20-01.

5     19.    Attached as Exhibit 8 is a true and correct copy of a March 25, 2007, e-mail that I sent to Charles Litt, attaching the Cal Water Well 21-01 Water Services Agreement.

6     20.    Attached as Exhibit 9 is an August 6, 2007 e-mail from Charles Litt to Div Gupta and Scott Hamilton attaching a true and correct copy of the Cal Water 28-01 Water Services Agreement.

7     21.    Attached as Exhibit 10 is a true and correct copy of a March 25, 2007 e-mail that I sent to Charles Litt, attaching the Mesa Falcon Field 15 Water Services Agreement.

8     22.    Attached as Exhibit 11 is a true and correct copy of a March 25, 2007 e-mail that I sent to Charles Litt, attaching the Mission Springs Water Services Agreement.

9     23.    Attached as Exhibit 12 is a true and correct copy of a March 25, 2007 e-mail that I sent to Charles Litt attaching the Modesto 100 Water Services Agreement.

10     24.    Attached as Exhibit 13 is a true and correct copy of the Modesto Grayson Wells Water Services Agreement.

25. Attached as Exhibit 14 is a true and correct copy of a December 30, 2007 e-mail that I sent to Charles Litt attaching the first seven pages of the Cal Water 65 agreement.

26. Attached as Exhibit 15 is a true and correct copy of my employment agreement with Basin Water, Inc.

27. Attached as Exhibit 16 is a true and correct copy of the April 7, 2006 Minutes of the Meeting of the Compensation Committee of the Board of Directors of Basin Water, Inc., which I attended.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2012, at *Lake Forest*, California.

*[signature: Thomas C. Tekulve Jr.]*

Thomas C. Tekulve, Jr.

4

TEKULVE DECLARATION IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY
JUDGMENT