SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
WILLIAM H. FORMAN (State Bar No. 150477)
wforman@scheperkim.com
JEAN M. NELSON (State Bar No. 150856)
jnelson@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Tel: (213) 613-4655 • Fax: (213) 613-4656

Attorneys for Defendant
PETER L. JENSEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> PETER L. JENSEN AND THOMAS C. TEKULVE, JR., <br><br> Defendants. | Case No. CV 11-05316 R (AGRx) <br><br> **WILLIAM H. FORMAN'S DECLARATION IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION** <br><br> Date:   September 4, 2012 <br> Time:   10:00 a.m. <br> Place:  Courtroom 8 <br>        (Honorable Manuel L. Real) |

# DECLARATION OF WILLIAM H. FORMAN

I, William H. Forman, declare as follows:

1.     I am an attorney duly admitted to practice before this Court.  I am a member of Scheper Kim & Harris LLP, attorneys of record for defendant Peter L. Jensen.  I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true.  If called as a witness, I could and would competently testify to the matters stated herein.

2.     Attached as Exhibit A is a true and correct copy of the Form S-1/A, as filed with the SEC on May 9, 2006.

3.     Attached hereto as Exhibit B is a true and correct copy of Basin Water, Inc.'s historical share price report as of May 18, 2011 obtained from http://www.nasdaq.com/symbol/bwtr/historical.

4.     Attached hereto as Exhibit C is a true and correct copy of the Report of William Beaver dated August 1, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 14, 2012, at Los Angeles, California.


/s/ William H. Forman
William H. Forman

1

S-1/A 1 ds1a.htm AMENDMENT NO. 4 FOR BASIN WATER, INC. ON FORM S-1

Table of Contents

As filed with the Securities and Exchange Commission on May 9, 2006

Registration No. 333-131794

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D. C. 20549

## Amendment No. 4
to
# FORM S-1
## REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# BASIN WATER, INC.
### (Exact name of registrant as specified in its charter)

| **Delaware** | **4941** | **20-4736881** |
|:---:|:---:|:---:|
| (State or other jurisdiction of Incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**8731 Prestige Court**
**Rancho Cucamonga, CA 91730**
**(909) 481-6800**
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

**Thomas C. Tekulve**
**Chief Financial Officer**
**Basin Water, Inc.**
**8731 Prestige Court**
**Rancho Cucamonga, CA 91730**
**(909) 481-6800**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

*Copies to:*

| Faye H. Russell, Esq. | Keith R. Solar, Esq. | Brian M. Katz, Esq. |
|:---:|:---:|:---:|
| Divakar Gupta, Esq. | Alhadeff & Solar, LLP | Pepper Hamilton LLP |
| Latham & Watkins LLP | 707 Broadway, Suite 800 | 3000 Two Logan Square |
| 12636 High Bluff Drive, Suite 400 | San Diego, CA 92101 | Eighteenth and Arch Streets |
| San Diego, CA 92130-2071 | (619) 239-8700 | Philadelphia, PA 19103-2799 |
| (858) 523-5400 | | (215) 981-4000 |

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after the effective date of this Registration Statement.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following

**EXHIBIT A, PAGE 2**

**PJ 01280**

box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

## CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Amount to be Registered (1) | Proposed Maximum Offering Price Per Unit (2) | Proposed Maximum Aggregate Offering Price | Amount of Registration Fee(3) |
|---|---|---|---|---|
| Common stock, par value $0.001 per share | 5,750,000(4) | $ 12.00 | $69,000,000 | $   7,383 |

(1) Estimated pursuant to Rule 457(a).

(2) Anticipated to be between $10.00 and $12.00 per share.

(3) In connection with its initial filing on Form S-1 on February 13, 2006, the Registrant paid an aggregate filing fee of $5,538 with respect to the registration of common stock with a proposed maximum aggregate offering price of $51,750,000. Concurrent with the filing of this Amendment No. 4 to this Registration Statement, the Registrant has transmitted $1,845, representing the additional filing fee payable with respect to the $17,250,000 increase in the proposed maximum aggregate offering price set forth herein.

(4) Includes shares issuable upon exercise of the underwriters' over-allotment option.

**THE REGISTRANT HEREBY AMENDS THIS REGISTRATION STATEMENT ON SUCH DATE OR DATES AS MAY BE NECESSARY TO DELAY ITS EFFECTIVE DATE UNTIL THE REGISTRANT SHALL FILE A FURTHER AMENDMENT WHICH SPECIFICALLY STATES THAT THIS REGISTRATION STATEMENT SHALL THEREAFTER BECOME EFFECTIVE IN ACCORDANCE WITH SECTION 8(a) OF THE SECURITIES ACT, OR UNTIL THE REGISTRATION STATEMENT SHALL BECOME EFFECTIVE ON SUCH DATE AS THE SECURITIES AND EXCHANGE COMMISSION, ACTING PURSUANT TO SAID SECTION 8(a), MAY DETERMINE.**

**EXHIBIT A, PAGE 3**

**PJ 01281**

Table of Contents

The information in this prospectus is not complete and may be changed. We have filed a registration statement with the Securities and Exchange Commission relating to this offering. We may not sell these securities until the registration statement filed with the Securities and Exchange Commission is effective. This prospectus is not an offer to sell these securities, and we are not soliciting any offer to buy these securities in any jurisdiction where the offer or sale is not permitted.

SUBJECT TO COMPLETION, DATED MAY 9, 2006

PROSPECTUS

## 5,000,000 Shares



## Common Stock

We are offering 5,000,000 shares of our common stock with this prospectus.

This is our initial public offering, and no public market currently exists for our shares. We anticipate that the initial public offering price will be between $10.00 and $12.00 per share.

We have applied to list our common stock on the Nasdaq National Market under the symbol "BWTR."

We have granted the underwriters an option, exercisable within 30 days after the date of this prospectus, to purchase up to 750,000 additional shares of common stock upon the same terms and conditions as the shares offered by this prospectus to cover over-allotments, if any.

**Investing in shares of our common stock involves risks. See " Risk Factors" beginning on page 8 of this prospectus.**

|                                         | Per Share | Total |
|-----------------------------------------|-----------|-------|
| Public offering price                   | $         | $     |
| Underwriting discounts and commissions  | $         | $     |
| Proceeds to Basin Water, Inc.           | $         | $     |

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

Janney Montgomery Scott LLC, on behalf of the underwriters, expects to deliver the shares on or about          , 2006.

## JANNEY MONTGOMERY SCOTT LLC

## A.G. EDWARDS          CANACCORD ADAMS

The date of this prospectus is          , 2006.

**EXHIBIT A, PAGE 4**

PJ 01282

Table of Contents



Providing new sources of
safe & reliable drinking water.

EXHIBIT A, PAGE 5

PJ 01283

Table of Contents

# TABLE OF CONTENTS

|  | Page |
|---|---|
| Prospectus Summary | 1 |
| Risk Factors | 8 |
| Forward-Looking Statements | 26 |
| Industry and Market Data | 26 |
| Use of Proceeds | 27 |
| Dividend Policy | 27 |
| Capitalization | 28 |
| Dilution | 30 |
| Selected Financial Data | 32 |
| Management's Discussion and Analysis of Financial Condition and Results of Operations | 33 |
| Business | 52 |
| Management | 68 |
| Certain Relationships and Related Party Transactions | 84 |
| Principal Stockholders | 89 |
| Description of Capital Stock | 91 |
| Shares Eligible for Future Sale | 96 |
| Underwriting | 98 |
| Legal Matters | 102 |
| Experts | 102 |
| Where You Can Find Additional Information | 102 |
| Index to Financial Statements | F-1 |

**Until                (25 days after commencement of this offering), all dealers that effect transactions in our common stock, whether or not participating in this offering, may be required to deliver a prospectus. This delivery requirement is in addition to the dealers' obligation to deliver a prospectus when acting as underwriters and with respect to their unsold allotments or subscriptions.**

EXHIBIT A, PAGE 6

PJ 01284

Table of Contents

## PROSPECTUS SUMMARY

*This summary highlights key aspects of our business and our offering of common stock that are described more fully elsewhere in this prospectus. This summary does not contain all of the information that you should consider before making an investment decision. You should read the entire prospectus carefully, including the Risk Factors beginning on page 8 and our financial statements and related notes beginning on page F-1, before making an investment decision. References to "we," "us," or "our" refer to Basin Water, Inc.*

### Our Company

We design, build and implement systems for the treatment of contaminated groundwater. We have developed a proprietary, ion-exchange treatment system that reduces groundwater contaminant levels in what we believe is a more efficient, flexible and cost-effective manner than competing solutions. We market our system to utilities, cities, municipalities, special districts, real estate developers and other organizations that supply water, collectively referred to as water providers, for use in treating groundwater sources that do not comply with federal or state regulations due to the presence of chemical contaminants. We currently have 50 systems delivered or in process in California and Arizona with an aggregate installed capacity of approximately 86,800 acre-feet per year or approximately 28.3 billion gallons per year. Our customers include American Water, a division of RWE AG, California Water Service Group and American States Water Company, three of the largest investor-owned water utilities in the United States based on population served.

Our ion-exchange treatment system is installed at the site of the well, also known as the wellhead, and can be adjusted to treat varying volumes of water, also known as scaleable. Ion-exchange is a process that treats contaminated water by using resins to chemically bond with specific contaminants, thus removing them from the treated water. Our process uses multiple beds of ion exchange resins through which the water flows until it meets appropriate contaminant levels.

Our system produces what we believe are low waste rates, can meet a wide range of volume requirements and is capable of removing multiple chemical contaminants at a single site. While our system can treat a wide range of chemical contaminants, we have focused the majority of our initial efforts on three key groundwater contaminants: arsenic, nitrate and perchlorate. These contaminants, which have been linked to various cancers, diseases and metabolic disorders, have received substantial focus and attention of the United States Environmental Protection Agency, or EPA, and state regulatory agencies, media and consumer groups. As a result, this has created our most immediate market opportunity for treatment of groundwater.

Rapid population growth and decreasing drinking water supplies, due to increased chemical contamination and increasingly stringent environmental regulation, have fueled the growth of the groundwater contaminant treatment industry. While the effects of these factors are felt throughout the United States, they are particularly acute in the southwest portion of the country west of the 100th meridian, which we refer to in this prospectus as the Arid West. This region is currently experiencing some of the nation's highest population growth and a chronic water shortage.

We believe that treatment of the large amount of contaminated groundwater represents the most cost-effective and viable method to expand the water supply to meet the needs of a growing population, and represents a significant market opportunity for us. Water treatment for chemical contaminant removal is recognized by the EPA as a significant area of need in the United States. In a report published in June 2005, the EPA estimated that water contaminant treatment projects in the United States will require $53.2 billion in investment over the next 20 years.

Our long-term goal is to become a major supplier of groundwater contaminant treatment systems in the United States, with an initial focus on the Arid West. To aid our national expansion, we have entered into a strategic sales and marketing agreement with Shaw Environmental, Inc., an affiliate of The Shaw Group, Inc., or

1

**EXHIBIT A, PAGE 7**

PJ 01285

Table of Contents

Shaw, a nationally focused consulting, engineering and environmental services firm with over $3.0 billion in annual revenues, to market our arsenic treatment system to water providers in 18 states. In addition, we are currently finalizing discussions with Aqua America, Inc., or Aqua America, the largest U.S.-based publicly-traded water utility, regarding a strategic relationship. Under the terms of the proposed strategic relationship, Aqua America and Basin Water would work together to treat and recover sources of water supply that have been impacted by nitrate and arsenic. The proposed strategic relationship would facilitate the installation of our water treatment systems at publicly-owned and investor-owned water systems and the operations of such water systems.

As a result of years of research and development, we believe we have built an intellectual property portfolio that gives us a position of competitive strength within our industry. As of the date of this prospectus, we have obtained three patents in the United States, have received a notice of allowance for one United States patent application and have filed four additional patent applications with the United States Patent and Trademark Office, or USPTO, on various aspects of our groundwater treatment system process. In addition, we have received a notice of allowance for one European patent application and have filed seven patent applications in key jurisdictions around the world.

We had revenues and net income of $12.2 million and $0.6 million, respectively, for the year ended December 31, 2005 compared to revenues and net loss of $4.3 million and $0.6 million, respectively, for the year ended December 31, 2004. As of December 31, 2005, our revenues backlog was $77.0 million, an increase of $42.0 million, or 120%, compared to our revenues backlog of $35.0 million at December 31, 2004.

*Our Strengths.* We believe our system provides a safe, reliable and sustainable source of drinking water with the following strengths:

- is highly effective at removing groundwater contaminants;

- produces what we believe are low waste rates;

- uses simulation software that can rapidly design and adjust the treatment process on a real-time basis;

- is capable of removing multiple contaminants within a single site;

- is operated easily and includes support and maintenance services, if desired by our customers;

- operates with minimal electrical power, thereby reducing its operational cost for our customers;

- provides flexibility and scalability to meet water providers' volume requirements;

- has a small footprint and can be deployed rapidly; and

- is offered to our customers with flexible contract and financing structures.

*Our Strategy.* We expect to achieve our goal of becoming the leading provider of groundwater treatment systems in the United States through the following strategies:

- target key groundwater contaminants;

- expand our business throughout the Arid West;

- extend our geographic reach throughout the United States; and

- maintain and extend our technology position.

2

**EXHIBIT A, PAGE 8**

**PJ 01286**

Case 2:11-cv-05316-R-AGR   Document 48-4   Filed 08/14/12   Page 10 of 76   Page ID
#:6350
Amendment No. 4 for Basin Water, Inc. on Form S-1                                    Page 8 of 153

Table of Contents

### Corporate Information

We were incorporated in California in December 1999, and we reincorporated in Delaware in April 2006. Our principal executive offices are located at 8731 Prestige Court, Rancho Cucamonga, California 91730, and our telephone number is (909) 481-6800. Our website address is www.basinwater.com. The information on our website is not part of this prospectus. Basin Water® is a registered trademark in the United States.

**You should carefully consider the information contained in the "Risk Factors" section of this prospectus beginning on page 8 before you decide to purchase our common stock.**

3

**EXHIBIT A, PAGE 9**

PJ 01287

Table of Contents

## The Offering

| | |
|---|---|
| Common stock offered by us | 5,000,000 shares |
| Common stock to be outstanding after this offering | 17,677,672 shares |
| Estimated initial public offering price | $10.00 to $12.00 per share |
| Use of proceeds | We intend to use between $12.0 million and $15.0 million of the net proceeds of this offering to make capital expenditures primarily for the manufacture and placement of our systems under contract to our customers, approximately $5.0 million of the net proceeds of this offering to repay outstanding indebtedness under our subordinated notes issued to funds affiliated with Cross Atlantic Capital Partners and another purchaser and approximately $4.2 million of the net proceeds of this offering to repay outstanding indebtedness under our loan with BWCA I, LLC including a prepayment penalty of $0.2 million. We intend to use the remainder of the net proceeds of this offering for general corporate purposes. This may include expansion of our sales and marketing efforts as well as expansion of our manufacturing capabilities to meet anticipated demand for our systems. |
| Proposed Nasdaq National Market symbol | BWTR |

The number of shares of common stock that will be outstanding upon completion of this offering is based on shares outstanding as of December 31, 2005 and also includes 13,000 shares of restricted stock to be granted to our two executive officers upon completion of this offering. This number excludes:

- 1,209,083 shares of common stock issuable upon the exercise of options outstanding as of December 31, 2005, at a weighted average exercise price of $3.15 per share;

- 2,353,688 shares of common stock issuable upon the exercise of warrants outstanding as of December 31, 2005, at a weighted average exercise price of $5.30 per share;

- 200,000 shares of common stock issuable upon the exercise of options granted under our 2001 option plan after December 31, 2005, at a weighted average exercise price of $6.20 per share;

- 450,000 shares of common stock issuable upon the exercise of warrants granted after December 31, 2005, at a weighted average exercise price of $6.44 per share;

- 2,500,000 shares of common stock that will be reserved for future grant or issuance under our 2006 equity incentive award plan, or 2006 award plan, which will become effective on the day prior to the day on which we become subject to the reporting requirements of the Securities Exchange Act of 1934, or the Exchange Act; and

- 500,000 shares of common stock that will be reserved for future issuance under our 2006 employee stock purchase plan.

4

**EXHIBIT A, PAGE 10**

PJ 01288

Table of Contents

Except as otherwise indicated, information in this prospectus assumes:

- conversion of all outstanding shares of preferred stock into 2,361,625 shares of common stock upon completion of this offering;

- adoption of our amended and restated certificate of incorporation and amended and restated bylaws to be effective upon completion of this offering; and

- no exercise by the underwriters of the over-allotment option to purchase 750,000 additional shares of common stock in this offering.

5

EXHIBIT A, PAGE 11

PJ 01289

Table of Contents

## Summary Financial Information

The following table provides a summary of our historical financial information for the periods indicated. You should read this summary information together with "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our financial statements and accompanying notes included elsewhere in this prospectus.

The summary statement of operations data for the years ended December 31, 2003, 2004 and 2005 and the summary balance sheet data at December 31, 2005 are derived from our audited financial statements appearing elsewhere in this prospectus. Historical results are not necessarily indicative of future results. The summary financial information for the periods ended December 31, 2003 and 2004 have been restated. Please see the discussion in note 3 of the notes to our audited financial statements included elsewhere in this prospectus.

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2003 | 2004 | 2005 |
|  | (In thousands, except per share data) | | |
| **Statement of Operations Data:** | | | |
| Revenues | $ 2,095 | $ 4,307 | $12,231 |
| Cost of revenues | 1,567 | 2,562 | 7,130 |
| Gross profit | 528 | 1,745 | 5,101 |
| Research and development expense | 261 | 316 | 651 |
| Selling, general and administrative expense | 1,511 | 1,765 | 3,334 |
| Income (loss) from operations | (1,244) | (336) | 1,116 |
| Other income (expense) | (64) | (220) | (553) |
| Income (loss) before taxes | (1,308) | (556) | 563 |
| Income tax provision (benefit) | | | |
| Net income (loss) | $(1,308) | $ (556) | $ 563 |
| **Net income (loss) per share:** | | | |
| Basic | $ (0.14) | $ (0.06) | $ 0.06 |
| Diluted | $ (0.14) | $ (0.06) | $ 0.04 |
| **Weighted average common shares outstanding:** | | | |
| Basic | 9,507 | 9,586 | 9,924 |
| Diluted | 9,507 | 9,586 | 12,849 |

6

**EXHIBIT A, PAGE 12**

PJ 01290

Table of Contents

The following table presents a summary of our balance sheet data at December 31, 2005:

- On an actual basis.

- On a pro forma as adjusted basis to give effect to the conversion of all outstanding shares of our preferred stock into shares of common stock prior to the completion of this offering, to further give effect to the sale by us of shares of our common stock at an assumed initial public offering price of $11.00 per share, the midpoint of the range set forth on the cover page of this prospectus, the receipt of the net proceeds of this offering, after deducting estimated underwriting discounts and commissions and estimated offering expenses payable by us, all as set forth under "Use of Proceeds" and "Capitalization," and the repayment of our loan to BWCA I, LLC and the subordinated notes issued to funds affiliated with Cross Atlantic Capital Partners and another purchaser.

|  | At December 31, 2005 | |
|---|---|---|
|  | Actual | Pro Forma As Adjusted |
|  | (Unaudited, in thousands) | |
| **Balance Sheet Data:** | | |
| Cash and cash equivalents | $ 2,724 | $ 43,201 |
| Working capital | 6,557 | 47,602 |
| Total assets | 23,798 | 63,638 |
| Current portion of notes payable | 674 | 106 |
| Notes payable, net of current portion | 6,878 | 18 |
| Deferred revenues | 654 | 654 |
| Redeemable convertible preferred stock | 8,779 | — |
| Total stockholders' equity | 3,809 | 59,856 |

7

EXHIBIT A, PAGE 13

PJ 01291

Case 2:11-cv-05316-R-AGR   Document 48-4   Filed 08/14/12   Page 15 of 76   Page ID
#:6355
Amendment No. 4 for Basin Water, Inc. on Form S-1                                                    Page 13 of 153

Table of Contents

## RISK FACTORS

*You should carefully consider the following risks, in addition to the other information in this prospectus, before investing in our common stock. You should recognize that risks in addition to those set forth below may be significant presently or in the future, and the risks described below may affect your investment in our common stock to a greater or lesser extent than indicated. Any of these risks could materially and adversely affect the trading price of our common stock being offered by this prospectus.*

### Risks Related to Our Business

**We have a limited operating history, have incurred significant operating losses in our first few years of operation and have only recently experienced profitability on an annual basis.**

We have a limited operating history and limited revenues derived from our operations. We began our business operations in December 1999 and did not generate our first revenues until 2002. Our revenues grew from $0.2 million in 2002 to $2.1 million in 2003, $4.3 million in 2004 and $12.2 million in 2005. We have incurred significant net losses attributable to common stockholders since our inception, including net losses of $1.0 million in 2002, $1.3 million in 2003 and $0.6 million in 2004. We only achieved annual net income for the first time in our corporate history during our last fiscal year. At December 31, 2005, we had an accumulated deficit of $4.1 million.

Our operations to date have been primarily focused on development of our technology and groundwater treatment system, building our sales and marketing capabilities, commencing the commercial launch of our system and developing and maintaining customer relationships. In addition, our ability to sell our systems and services depends on, among other things, the level of demand for contaminated groundwater treatment, which is an evolving market. Even if we do achieve significant revenues from our business operations, increased operating expenses associated with any expansion of our business may result in future operating losses in the near term as we, among other things:

- seek to acquire new customers;
- expand geographically beyond the Arid West;
- make significant capital expenditures to support our ability to provide services under our recurring revenue contracts;
- expand our internal sales force and develop strategic relationships with companies serving the water industry on a national basis;
- fund development costs for our system and technology; and
- incur increased general and administrative expenses as our company grows, including increased costs as a result of becoming a public company upon completion of this offering.

As a result of these and other factors, we may not sustain or increase our profitability on an ongoing basis.

**Our future operating results will likely fluctuate significantly from period to period.**

We expect our future revenues and operating results to fluctuate significantly from period to period due to a number of factors, including:

- customer budgets or commitments for our groundwater treatment system and/or services, including through our relationship with Shaw;
- the effectiveness of our new and expanding internal sales and marketing organization;

8

**EXHIBIT A, PAGE 14**

PJ 01292

Table of Contents

- demand for our system and/or services;

- our ability to develop and market new and enhanced technology, including our proprietary ion exchange technology;

- product and price competition in our market;

- length of our sales cycle;

- general economic conditions; and

- ability to control our costs, including labor and the cost of materials to build our system.

Any of the foregoing factors, some of which are out of our control, may cause our operating expenses to be disproportionately high or cause our revenues and operating results to fluctuate, which could prevent us from maintaining or increasing our business. In addition, our future revenues or our future operating expenses may not be consistent with our past results, which could adversely affect our stock price.

**If we do not manage our anticipated growth effectively, we may not be able to develop or implement the infrastructure to support our operations, market our services and manage our relationships with customers which could place significant strain on our management and significantly harm our business and operating results.**

We have grown rapidly, with our revenues increasing from $4.3 million in 2004 to $12.2 million in 2005, and the number of our employees increasing from 29 as of December 31, 2004 to 44 as of December 31, 2005. We expect to continue to expand significantly our management, research and development, marketing and sales, testing, quality control, customer service and support operations as well as financial and accounting controls. This expansion has placed, and will continue to place, significant strain on our management and administrative, operational, technical and financial infrastructure. If our management is unable to manage growth effectively, the quality of our field services, our ability to attract and retain key personnel, and our business or prospects could be harmed significantly. To manage growth effectively, we must:

- continue to expand our manufacturing capacity;

- increase the size of and continually monitor our field service support capability;

- meet the demands placed on us under our strategic sales and marketing agreement with Shaw;

- continue to enhance our operations and financial and management systems;

- maintain and improve effective internal control over financial reporting and disclosure controls and procedures; and

- expand, train and manage our employee base.

We may not be able to effectively manage any expansion in one or more of these areas, and any failure to do so could harm our ability to maintain or increase revenues and operating results. In addition, our growth may require us to make significant capital expenditures or to incur other significant expenses, and may divert the attention of our personnel from our core business operations, any of which could affect our financial performance adversely.

**Our financial success will depend in part on the efforts of Shaw and any other strategic partners we may work with in the future.**

In December 2005, we entered into a strategic sales and marketing agreement with Shaw to market our arsenic treatment systems on an exclusive basis to water providers in 18 states. We may enter into other

9

**EXHIBIT A, PAGE 15**

PJ 01293

Table of Contents

such strategic relationships with other companies focused on the water industry on a national basis. Our financial success and our anticipated growth will depend in part on the efforts of Shaw and other similar strategic partners in marketing and selling our groundwater treatment systems. If Shaw or any other strategic partners fail to perform satisfactorily under their respective agreements with us, or if we fail to maintain these relationships or establish new relationships as required, then sales of our systems will likely suffer. In addition, our revenues may not grow as anticipated, and we could be subject to unexpected costs which could harm our operating results and financial condition significantly.

**Our long sales cycles make predicting our financial results difficult.**

Typically, our contracts have a term of five or more years and, with respect to systems that are not sold outright to the water provider, also contain an option either to purchase the system or to renew the contract at the end of the initial contract term. Since most of our sales are based on long-term contracts, our customers generally take a longer time to decide to purchase our system and/or services, thus creating a lengthy sales cycle. Other reasons for our long sales cycle include:

- the size of the initial capital outlay to be incurred by our customers;
- the availability of many alternatives that may be considered by our customers, including water importation, water blending, coagulation microfiltration (a process of destabilizing charges on contaminants in water by adding chemical coagulants that can then be filtered and removed), reverse osmosis (a pressure-driven separation process that removes contaminants from water by forcing them through a membrane barrier), electrodialysis reversal (a process that transfers contaminants by direct electric current flow through membranes thus removing them from water) and ion exchange processes of our competitors;
- the long approval procedures imposed by state agencies; and
- the lengthy approval process of many water provider's equipment/contract procurement procedures due to multiple approvals that may be required by municipal boards, public bidding or state public utility commission requirements, which is sometimes exacerbated by the initial capital outlay needed to purchase our system.

Our long sales cycles, as well as the placement of large orders with short lead times on an irregular and unpredictable basis, may cause our revenues and operating results to vary significantly and unexpectedly from period to period. Since our operating expenses are largely based on anticipated revenue trends and a significant portion of our expenses are, and will continue to be, fixed, any delay in generating or recognizing revenues could harm our operating results or financial condition significantly.

**Our groundwater treatment system and the technology upon which it is based may not achieve widespread market acceptance among our water provider customers which may impact demand for our system and services.**

We have developed our proprietary technology and processes for groundwater treatment based on ion exchange technology that competes with other forms of groundwater treatment technologies that currently are in operation throughout the United States. Our groundwater treatment system and the technology on which it is based may not achieve widespread market acceptance. Our success will depend on our ability to market our system and services to businesses and water providers on terms and conditions acceptable to us and to establish and maintain successful relationships with various water providers and state regulatory agencies.

We believe that market acceptance of our system and technology and our related success will depend on many factors including:

- the perceived advantages of our system over competing groundwater treatment solutions;
- the actual and perceived safety and efficacy of our system;

10

**EXHIBIT A, PAGE 16**

PJ 01294

Case 2:11-cv-05316-R-AGR   Document 48-4   Filed 08/14/12   Page 18 of 76   Page ID
#:6358
Amendment No. 4 for Basin Water, Inc. on Form S-1/A                                    Page 16 of 133

Table of Contents

- the availability and success of alternative groundwater treatment solutions;

- the pricing and cost effectiveness of our system;

- our ability to access businesses and water providers that may use our system;

- the effectiveness of our sales and marketing efforts;

- the ability of Shaw to market our arsenic treatment system and related services successfully on a national basis;

- the permitting of our technology by state regulatory agencies;

- the willingness of potential customers to enter into long-term contracts;

- publicity concerning our system and technology or competitive solutions;

- timeliness in assembling and installing our system on customer sites;

- whether or not our existing customers continue to use our system and services and/or renew service contracts after their expiration;

- our ability to respond to changes in the regulatory standards for maximum contaminant levels of various contaminants; and

- our ability to provide effective service and maintenance of our system to our customers' satisfaction.

If our system or technology fails to achieve or maintain market acceptance or if new technologies are introduced by others that are more favorably received than our technology, are more cost effective or otherwise render our technology obsolete, we may experience a decline in demand for our system. If we are unable to market and sell our system and services successfully, our revenues would decline and our operating results and prospects would suffer.

**We may be unable to attract and retain qualified personnel which could harm our business, operating results, financial condition and prospects significantly.**

Our future success also will depend, in large part, on our ability to identify, attract and retain sufficient numbers of highly skilled employees, particularly qualified sales, marketing and engineering personnel. As of December 31, 2005, we had 44 employees. We have a very limited number of sales and marketing employees and consultants, as well as service employees who monitor our installed systems. We may not succeed in identifying, attracting and retaining individuals who qualify for these positions. Further, competitors and other companies may attempt to recruit our employees or our prospective employees. If we are unable to hire and retain adequate staffing levels, we may not be able to increase sales of our systems or services or adequately support our installed systems, which could harm our business and prospects.

Our future success also depends on the experience and expertise of Peter Jensen, our President and CEO, whose talents, efforts and relationships within the water industry have been, and continue to be, critical to our success. We will amend and restate our employment agreement with Mr. Jensen which will be effective upon completion of this offering. We do not currently carry "key man" insurance upon the life of Mr. Jensen or the lives of any of our employees or officers. The loss of Mr. Jensen's services and access to his abilities and relationships could adversely affect our ability to maintain or increase our customer base and could harm our operating results and prospects significantly.

**The current geographic concentration of our customers in California and Arizona and the location of our headquarters in California make our business particularly vulnerable to adverse conditions affecting these markets.**

Currently, our customers are concentrated geographically, primarily in the states of California and Arizona. Our revenues and operating results are therefore subject to local regulatory, economic, demographic and weather

11

**EXHIBIT A, PAGE 17**

**PJ 01295**

Case 2:11-cv-05316-R-AGR   Document 48-4   Filed 08/14/12   Page 19 of 76   Page ID
#:6359
Amendment No. 4 for Basin Water, Inc. on Form S-1                    Page 17 of 135

Table of Contents

conditions in those areas. A change in any of these conditions could make it more costly or difficult for us to conduct our business. In addition, we are subject to greater risk of loss from earthquakes and wildfires because our headquarters, where we assemble our systems, and most of the well locations that utilize our system are concentrated in California. Any of these occurrences could result in increased costs and a disruption in our operations, which would harm our operating results and financial condition significantly.

**Due to our current client concentration, a loss of one of our significant customers could harm our business, operating results, financial condition and prospects.**

As of December 31, 2005, we had 21 customers. Our top four customers, collectively, accounted for 71% of our revenues during 2005 and typically have more than one contract with us for services provided to different wells. Our customers, including these top four customers, may, upon the occurrence of certain circumstances, elect to terminate their contracts with us prior to their expiration and seek services from our competitors. In addition, upon the expiration of these contracts, our customers may decide not to renew such contracts with us. If we were to lose one or more of these significant customers for any reason, our revenues would decline significantly and our business, operating results and prospects would suffer.

**Most of our operations are conducted in one facility in Southern California. Any disruption at our manufacturing and executive office facility could increase our expenses.**

Most of our operations are conducted in one facility in Southern California, with all manufacturing operations and our executive offices located at that facility. We take precautions to safeguard our facilities, including obtaining insurance, maintaining health and safety protocols, and using off-site storage of computer data. However, a natural disaster, such as an earthquake, fire or flood, could cause substantial delays in our operations, damage or destroy our manufacturing equipment or inventory and cause us to incur additional expenses. The insurance we maintain against natural disasters may not be adequate to cover our losses in any particular case, which would require us to expend significant resources to replace any destroyed assets, thereby harming our financial condition and prospects significantly.

**We face risks associated with the design and operation of our system which may prevent us from increasing our revenues.**

We take responsibility for the design, construction, initial maintenance and installation of our groundwater treatment system. However, we cannot predict whether we will be able to design our system for every particular groundwater contaminant. Thus, we may be required to turn away customers that require treatment of chemical contaminants that our system does not treat. We also cannot guarantee that once constructed, our system will operate according to its design or be free from defects. Because our system treats groundwater for dangerous contaminants, if our system fails to operate properly, it could cause significant public harm.

Following installation, testing and regulatory certification of a system, actual day-to-day operation of our groundwater treatment systems is transitioned to our customer's personnel. Though we retain ownership of many of our systems, our customers take responsibility for operation of these systems. We, however, continue to be responsible for the maintenance of the installed systems in most cases. We may not be able to provide sufficient employees for the maintenance of those systems. In addition, because our systems are located at our customers' sites, we will not always be physically present should problems arise.

If there are defects in our system or if significant reliability, quality or performance problems develop with respect to our system or services, this may have a number of negative effects on our business, operating results, financial condition and prospects, including:

- loss of revenues;

- loss of existing customers;

12

**EXHIBIT A, PAGE 18**

PJ 01296

Case 2:11-cv-05316-R-AGR   Document 48-4   Filed 08/14/12   Page 20 of 76   Page ID
#:6360
Amendment No. 4 for Basin Water, Inc. on Form S-1                                    Page 18 of 195

Table of Contents

- failure to attract new customers and achieve market acceptance;
- delays in collecting accounts receivable;
- diversion of management and development resources and the attention of engineering personnel;
- significant customer relations problems;
- high service, support, repair, warranty and insurance expenses;
- removal of our systems from service by state regulatory agencies for failure to operate properly; and
- legal actions for damages by our customers.

**In order to operate our business successfully, we must meet evolving customer requirements for groundwater treatment and invest in the development of our water treatment technology.**

If we fail to develop or enhance our system and services to satisfy evolving customer demands, our business, operating results, financial condition and prospects will be harmed significantly. The market for groundwater treatment is characterized by changing technologies, periodic new product introductions and evolving customer and industry standards. For instance, competitors in the groundwater treatment industry are continuously searching for methods of water treatment that are more cost-effective and more efficient. Our current and prospective customers may choose groundwater treatment solutions and/or services that are offered at a lower price than our system and/or services. To achieve market acceptance for our system and services, we must effectively and timely anticipate and adapt to customer requirements and offer products and services that meet customer demands. Our customers may require us to provide water treatment solutions for many different contaminants or higher volumes of water or to decrease the presence of contaminants well below an applicable MCL. We also may experience design, engineering and other difficulties that could delay or prevent the development, introduction or marketing of any modifications to our system or our new services. Our failure to develop successfully and offer a system or services that satisfy customer requirements would significantly weaken demand for our system or services, which would likely cause a decrease in our revenues and harm our operating results. In addition, if our competitors introduce solutions and/or services based on new or alternative water treatment technologies, our existing and future system and/or services could become obsolete, which would also weaken demand for our system or services, thereby decreasing our revenues and harming our operating results.

**Our reliance on third party suppliers poses significant risks to our business and prospects.**

We contract for all of the components in our system, including commodity products such as salt and replacement resin, with third-party suppliers. We are subject to substantial risks because of our reliance on these suppliers. For example:

- our suppliers may not provide components that meet our specifications in sufficient quantities;
- our suppliers may face a reduction or an interruption of supply of our components;
- our suppliers may face production delays due to natural disasters or strikes, lock-outs or other such actions;
- one or more suppliers could make strategic changes in its or their product lines; and
- many of our suppliers are small companies which are more likely to experience financial and operational difficulties than larger, well-established companies, because of their limited financial and other resources.

As a result of any of these factors, we may be required to find alternative suppliers for the components of our system. It may take considerable amounts of time to identify and qualify such alternative suppliers. In addition, we may be required to redesign our system to conform to the components provided by these alternative

13

**EXHIBIT A, PAGE 19**

PJ 01297

Table of Contents

suppliers. As a result of these factors, we may experience delays in obtaining raw materials and components on a timely basis and in sufficient quantities from our suppliers, which could result in delays in the production and installation of our system. These delays could harm our ability to sell our system or enter into recurring revenue contracts, which would cause our revenues and operating results to decline.

**As part of our growth, we intend to increase our ability to provide service to our customers under recurring revenue contracts and develop new technologies internally. Our failure in these endeavors could negatively impact our stock price and cause our business, operating results, financial condition and prospects to suffer.**

We plan to continue to grow rapidly for the foreseeable future. As part of this growth, we intend to make significant capital expenditures in order to support our operations focused on our recurring revenue contracts. In addition, we plan to continue developing new technologies through our research and development efforts. The capital expenditures we make or the technologies we develop internally may not result in the financial results that we expected. In addition, developing new technologies may cause diversion of management's attention from our existing business. All of these factors could prevent us from maintaining or increasing our customer base and business and cause the price of our common stock to decline.

**The revenues from our long-term contracts are moderately seasonal, with higher processing fees received in the summer months and lower processing fees received in the winter months.**

Our business, particularly the revenues we receive from our long-term contracts, is moderately seasonal due to the impact of summer and hot weather conditions on the water requirements of our customers. In the summer and warmer months, our customers have a higher demand for water and must increase the utilization of their groundwater resources resulting in a higher volume of groundwater treated during a period and thus higher revenues from our long-term contracts. Conversely, our customers experience lower demand in cooler months in the first and fourth calendar quarters, resulting in lower revenues from our long-term contracts during those periods. This seasonality in processing fees has resulted in fluctuations in our revenues and operating results. These moderate seasonal trends can cause some reductions in our profit margin and variations in our financial condition, especially during our slower periods.

*Risks Related to Our Intellectual Property*

**Failure to protect, or uncertainty regarding the validity, enforceability or scope of, our intellectual property rights could impair our competitive position.**

Our groundwater treatment system and services utilize a variety of proprietary rights that are important to our competitive position and success. Because the intellectual property associated with our technology is evolving and rapidly changing, our current intellectual property rights may not protect us adequately. We rely on a combination of patents, trademarks, trade secrets and contractual restrictions to protect the intellectual property we use in our business. In addition, we generally enter into confidentiality or license agreements, or have confidentiality provisions in agreements, with our employees, consultants, strategic partners and customers and control access to, and distribution of, our technology, documentation and other proprietary information. We have filed four pending patent applications with the USPTO. We have filed seven patent applications in key jurisdictions around the world on various aspects of our treatment system process. These pending patent applications may not be granted or, if granted, the resulting patent may be challenged or invalidated by our competitors or by other third parties. Despite our efforts to protect our proprietary rights, unauthorized parties may attempt to copy or otherwise obtain and use our intellectual property. In addition, monitoring unauthorized use of our intellectual property is difficult, and we cannot be certain the steps we have taken to protect our intellectual property will prevent unauthorized use of it.

14

**EXHIBIT A, PAGE 20**

PJ 01298

Table of Contents

Because legal standards relating to the validity, enforceability and scope of protection of patent and intellectual property rights in new technologies are uncertain and still evolving, the future viability or value of our intellectual property rights is uncertain. Furthermore, our competitors independently may develop similar technologies that limit the value of our intellectual property or design around patents issued to us. If competitors or third parties are able to use our intellectual property or are able to successfully challenge, circumvent, invalidate or render unenforceable our intellectual property, we likely would lose a significant portion of our competitive advantage in the market. We may not be successful in securing or maintaining proprietary or patent protection for the technology used in our system or services, and protection that is secured may be challenged and possibly lost. Our inability to protect our intellectual property adequately for these and other reasons could result in weakened demand for our system or services, which would result in a decline in our revenues.

**We could become subject to litigation regarding intellectual property rights, which could harm our business significantly.**

Our commercial success will continue to depend in part on our ability to make and sell our system or provide our services without infringing the patents or proprietary rights of third parties. Our competitors, many of which have substantially greater resources than us and have made significant investments in competing technologies or products, may seek to apply for and obtain patents that will prevent, limit or interfere with our ability to make or sell our system or provide our services.

If we are unsuccessful in any challenge to our rights to market and sell our system or to provide our services, we may, among other things, be required to:

- pay actual damages, royalties, lost profits and/or increased damages and the third party's attorneys' fees, which may be substantial;

- cease the development, manufacture and/or sale of our system or the provision of services that use the intellectual property in question through a court-imposed sanction called an injunction;

- expend significant resources to modify or redesign our system or other technology or services so that they do not infringe others' intellectual property rights or to develop or acquire non-infringing technology, which may not be possible; or

- obtain licenses to the disputed rights, which could require us to pay substantial upfront fees and future royalty payments and may not be available to us on acceptable terms, if at all.

Even if we successfully defend any infringement claims, the expense, time, delay and burden on management of litigation could prevent us from maintaining or increasing our business. Further, negative publicity could decrease demand for our systems and services and cause our revenues to decline, thus harming our operating results significantly.

**If we are unable to protect the confidentiality of our proprietary information and know-how, the value of our technology, system and services could be harmed significantly.**

We also rely on trade secrets, know-how and other proprietary information in operating our business. We seek to protect this information, in part, through the use of confidentiality agreements with employees, consultants, advisors and others upon commencement of their relationships with us. These agreements require that all confidential information developed by the individual or made known to the individual by us during the course of the individual's relationship with us be kept confidential and not disclosed to third parties. Our agreements with employees also provide that any inventions conceived by the individual in the course of rendering services to us shall be our exclusive property. Nonetheless, those agreements may not provide adequate protection for our trade secrets, know-how or other proprietary information and prevent their unauthorized use or disclosure. In the event of unauthorized use or disclosure of our trade secrets or proprietary information, these agreements may not provide meaningful protection, particularly for our trade secrets or other confidential information.

15

EXHIBIT A, PAGE 21

PJ 01299

Table of Contents

To the extent that consultants, key employees or other third parties apply technological information independently developed by them or by others to our proposed products, disputes may arise as to the proprietary rights to such information which may not be resolved in our favor. The risk that other parties may breach confidentiality agreements or that our trade secrets become known or independently discovered by competitors, could harm us by enabling our competitors, who may have greater experience and financial resources, to copy or use our trade secrets and other proprietary information in the advancement of their products, methods or technologies. The disclosure of our trade secrets would impair our competitive position, thereby weakening demand for our system or services and harming our ability to maintain or increase our customer base.

*Risks Related to Our Industry*

**We are subject to environmental risks that may prevent us from selling our system and, if such risks are realized, may subject us to clean-up costs or litigation that could adversely affect our business, operating results, financial condition and prospects.**

Our technology relies on the ion exchange process, which ultimately generates a byproduct known as brine waste. Our customers will be required to dispose of any waste materials or byproducts from our treatment process in a manner mandated by the EPA or state regulatory agencies. The EPA or state regulatory agencies may consider these or other byproducts of the ion exchange process to be hazardous, and in such cases, our customers will be subject to additional requirements relating to the treatment, storage, disposal and transportation of hazardous substances. Though our customers take title to all such brine waste, together with all other byproducts of the ion exchange technology process, we generally contract with third parties to secure waste disposal services on our customers' behalf. We cannot predict whether any new laws, statutes, ordinances, rules or regulations will be enacted that may require significant modification to our system or our services, which may weaken demand for our system or services and harm our business significantly.

In addition, we cannot predict whether any third party will assert against us any claims for violations of any federal, state or local statute, ordinance, law, rule or regulation relating to hazardous or toxic substances in connection with the brine waste or groundwater treatment process or as a result of any actions of the third-party waste disposal services with whom we contract on behalf of our customers. Furthermore, the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended, or CERCLA, and analogous state laws provide for the remediation of certain contaminated facilities and impose strict, joint and several liability for remediation costs on current and former owners or operators of a facility at which there has been a release or a threatened release of a "hazardous substance." This liability is also imposed on persons who arrange for the disposal or transportation of such substances, and on those who transport such substances to the facility. Hundreds of substances are defined as "hazardous" under CERCLA and analogous state laws and their presence, even in small amounts, can result in substantial liability. The expense of conducting a cleanup can be significant. The actual costs for these liabilities could be significantly greater than the amounts that we might be required to accrue on our financial statements from time to time. In addition to the costs of complying with environmental regulations, we may incur costs to defend against litigation brought by government agencies and private parties. As a result, we may be required to pay fines if we are found to have violated these environmental laws. We may in the future be a defendant in lawsuits brought by governmental agencies and private parties who assert claims alleging environmental damage, natural resource damages, personal injury, property damage and/or violations of permits and licenses by us. If such claims are asserted against us, and if we do not prevail in defending such claims, we may be required to pay significant damages, causing our financial condition to suffer. Even if we successfully defend against such claims, we may devote significant time and resources to litigation, which would likely prevent us from maintaining or increasing our customer base and business.

16

**EXHIBIT A, PAGE 22**

PJ 01300

Case 2:11-cv-05316-R-AGR   Document 48-4   Filed 08/14/12   Page 24 of 76   Page ID
#:6364
Amendment No. 4 for Basin Water, Inc. on Form S-1                                                    Page 22 of 193

Table of Contents

**Changes in governmental regulation and other legal uncertainties could adversely affect our customers or decrease demand for our systems, and thus harm our business, operating results and prospects.**

In the United States, many different federal, state and local laws and regulations govern the treatment and distribution of contaminated groundwater and disposal of attendant wastes. The increased interest in the treatment of contaminated groundwater due to increased media attention on the adverse health effects from contaminated drinking water may result in intervention by the EPA or state regulatory agencies under existing or newly enacted legislation and in the imposition of restrictions, fees or charges on users and providers of products and services in this area. These restrictions, fees or charges could adversely affect our customers, which could negatively affect our revenues. Conversely, the failure of the EPA or state regulatory agencies to act on a timely basis to set interim or permanent standards for pollutants such as MCLs, or to delay effective dates for standards for pollutants, grant waivers of compliance with such standards or take other discretionary actions not to enforce these standards, may decrease demand for our system and services because our customers would not be required to bring their water into compliance with such regulatory standards. While we are not aware of any currently proposed federal regulation directly affecting our business, we cannot predict whether there will be future legislation regarding the treatment and distribution of contaminated groundwater and the disposal of attendant wastes. If there are significant changes in such laws and regulations, such changes could weaken demand for our system or services and cause our revenues to decline, thus harming our operating results and prospects.

**Each groundwater treatment solution must be permitted by a regulatory agency prior to its use by our customers, and changing drinking water standards and other factors could affect the approval process with respect to our system by such regulatory agencies.**

Each groundwater treatment solution, including our groundwater treatment system and those of our competitors, must be permitted by applicable state regulatory agencies prior to use of such systems by our customers. We cannot assure you when or whether the various regulatory agencies will approve our system for use by our customers. The application process for our system is time consuming and often involves several information requests by the regulatory agencies with respect to our system. Any long waiting periods or difficulties faced by our customers in the application process could cause some of our customers to use competing technologies, products, services or sources of drinking water, rather than use our technology.

Also, we cannot predict the impact of changing drinking water standards on the approval of our technology for groundwater treatment. Our system currently treats groundwater so that it meets the maximum contaminant level, or MCL, for several different contaminants. MCLs are set by the EPA and/or state regulatory agencies that regulate drinking water contaminants. However, the MCL for any contaminant is subject to review and revision by the EPA or state regulatory agencies. MCLs may be changed to levels below that which our system can treat, resulting in state regulatory agencies failing to approve our system. Without regulatory approval, our system could not be used by our customers, and we may be required to develop technology that meets any revised MCLs, and to the extent we cannot do so, sales of our system will suffer. The development of such technology may require increased expenditures, and during this development, we could be delayed in selling our system, which would cause our revenues to decline, thus harming our operating results significantly.

**Demand for our groundwater treatment systems would be adversely affected by a downturn in government spending related to groundwater treatment solutions, or in the cyclical residential or non-residential building markets.**

Our business is dependent upon spending on groundwater treatment solutions by utilities, municipalities and other organizations that supply water, which in turn is often dependent upon residential construction, population growth, continued contamination of groundwater sources and regulatory responses to this contamination. As a result, demand for our water treatment systems could be impacted adversely by general budgetary constraints on our governmental or regulated customers, including government spending cuts, the inability of government entities to issue debt to finance any necessary groundwater treatment projects, difficulty of our customers in obtaining necessary permits or changes in regulatory limits associated with the chemical contaminants we seek to

17

**EXHIBIT A, PAGE 23**

PJ 01301

Case 2:11-cv-05316-R-AGR   Document 48-4   Filed 08/14/12   Page 25 of 76   Page ID
#:6365
Amendment No. 4 for Basin Water, Inc. on Form S-1                                    Page 23 of 153

Table of Contents

address with our groundwater treatment system. It is not unusual for the implementation of water treatment solutions to be delayed and rescheduled for a number of reasons, including changes in project priorities and difficulties in complying with environmental and other government regulations. If implementation of water treatment solutions are delayed or rescheduled by our regulated customers, these customers would not have as great a need for our systems. We cannot assure you that economic conditions will continue such that state and local governments will address groundwater contaminant needs and consider purchasing or entering into long-term contracts for our systems. In addition, although our target markets have experienced population growth in recent years along with related residential building market growth, we cannot assure you that this growth will continue in the future. A slowdown of growth in residential and non-residential building would reduce demand for drinking water and for groundwater treatment solutions such as our system. The residential and non-residential building markets are generally cyclical, and, historically, down cycles have typically lasted a number of years. Any significant decline in the governmental spending on groundwater treatment solutions or residential or non-residential building markets could weaken demand for our system or services, thus harming our operating results and prospects significantly.

**We operate in an intensely competitive market, and if we are unable to compete effectively, our business, operating results and prospects could suffer.**

The market environment in which we operate is very dynamic and is characterized by evolving standards, the development of new technology, regulations which continually reduce the acceptable levels for contaminants and affect the means, methods and costs of disposing of wastes derived from groundwater treatment. Barriers to entry in this market are relatively low and we expect that competition will intensify in the future. We believe that in such a rapidly changing market, key competitive factors include:

* development and use of technology;

* effectiveness of treatment and brine waste disposal methods;

* changing requirements of the EPA or state regulatory agencies; and

* the availability of capital to meet evolving customer needs and requirements for the treatment of contaminated water.

We compete with large groundwater treatment companies, such as Severn Trent PLC and USFilter Corporation, a subsidiary of Siemens AG. Our competition varies according to the contaminant being removed. Many of our current and potential competitors have technical and financial resources, marketing and service organizations, and market expertise significantly greater than ours. Many of our competitors also have longer operating histories, greater name recognition and larger customer bases. Moreover, our competitors may forecast the course of market developments more accurately and could in the future develop new technologies that compete with our system and/or services or even render our system and/or services obsolete. Due to the evolving markets in which we compete, additional competitors with significant market presence and financial resources may enter those markets, thereby further intensifying competition. These competitors may be able to reduce our market share by adopting more aggressive pricing policies than we can or by developing technology and services that gain wider market acceptance than our system and/or services. Existing and potential competitors also may develop relationships with distributors of our system and services or third parties with whom we have strategic relationships in a manner that could harm our ability to sell, market and develop our system and services significantly. If we do not compete successfully we may never achieve significant market penetration and we may be unable to maintain or increase our business or revenues, causing our operating results and prospects to suffer.

**We could become subject to litigation as a result of claims brought against our customers, which could harm our operating results and financial condition significantly.**

Our customers are water providers that supply drinking water treated by our system to the general public. If our customers faced claims from consumers related to the quality of the drinking water, such consumers also may

18

**EXHIBIT A, PAGE 24**

PJ 01302

Case 2:11-cv-05316-R-AGR   Document 48-4   Filed 08/14/12   Page 26 of 76   Page ID
#:6366
Amendment No. 4 for Basin Water, Inc. on Form S-1                                                    Page 24 of 193

Table of Contents

bring claims against any other party with whom the customer contracted in the groundwater treatment process. Even if our system treated the groundwater successfully for the contaminants it was designed to remove, we still may be subject to claims from such consumers. Despite any success in defending such claims, the expense, time, delay and burden on management of litigation would likely prevent us from maintaining or increasing our business and negative publicity could weaken demand for our services, cause our revenues to decline and harm our operating results and financial condition significantly.

*Risks Related to our Finances and Capital Requirements*

**We will need additional capital to sustain and grow our business and we cannot provide any assurances that additional financing will be available to us on favorable terms when required, or at all.**

We expect that our current cash and cash equivalents, together with the anticipated net proceeds of this offering, will be sufficient to fund our anticipated future growth and operations for the 12 months following the completion of this offering. We anticipate that we will need additional capital to finance our growth and operations after such 12-month period or to accelerate our expected growth during such 12-month period. We have based this estimate of our liquidity needs on assumptions that may prove to be incorrect, and we may spend our available financial resources much faster than we currently anticipate.

Adequate funds, whether obtained through financial markets or collaborative or other arrangements with water providers, corporate partners or from other sources, may not be available when needed or on terms acceptable to us. We also may need to raise additional funds in order to fund more rapid expansion, to develop new and enhanced technologies, to respond to competitive pressures or to acquire complementary technologies or assets. If additional funds are raised through the issuance of additional common stock, other equity securities or indebtedness, the percentage ownership of our then-current shareholders may be diluted substantially and the equity or debt securities issued to new investors may have rights, preferences or privileges senior to those of the holders of our then-existing capital stock. If adequate funds are not available or are not available on acceptable terms, we may not be able to take advantage of unanticipated opportunities, develop new products or services or otherwise respond to competitive pressures. Such inability could prevent us from maintaining or increasing our business, result in significant harm to our financial condition and prospects and negatively affect our stock price.

**Our indebtedness could affect our business adversely and limit our ability to plan for or respond to changes in our business, and we may be unable to generate sufficient cash flow to satisfy our liquidity needs.**

As of December 31, 2005, after giving effect to the issuance of the $2.0 million subordinated note to Aqua America in February 2006, which we refer to as our Aqua note, we had indebtedness of approximately $11.0 million. We intend to repay approximately $9.0 million in principal amount of such indebtedness with the proceeds of this offering, which will leave us with approximately $2.0 million outstanding under our Aqua note after completion of this offering. We may, however, incur substantial additional indebtedness in the future.

Our indebtedness could have important consequences, including:

- limiting our ability to obtain in the future additional financing we may need to fund future working capital, capital expenditures, product development, acquisitions or other corporate requirements;

- limiting, by the financial and other restrictive covenants in our debt agreements, our ability to borrow additional funds; and

- limiting our ability to amend the terms of our customer contracts in a manner that would reduce the amounts payable, shorten the term, or materially increase our obligations or decrease the customer's obligations under those contracts.

19

**EXHIBIT A, PAGE 25**

**PJ 01303**

Table of Contents

Our ability to incur significant future indebtedness, whether to make capital expenditures or for general corporate purposes, will depend in part on our ability to generate cash flow. This ability to generate cash flow, to a certain extent, is subject to general economic, financial, competitive, legislative, regulatory and other factors that are beyond our control. If our business does not generate sufficient cash flow from operations or if we are unable to incur indebtedness sufficient to enable us to fund our liquidity needs, we may be unable to plan for or respond to changes in our business, which would prevent us from maintaining or increasing our business and cause our operating results and prospects to be affected adversely.

**Our indebtedness outstanding upon completion of this offering contains terms that place restrictions on the operation of our business; our failure to comply with these terms could put us in default, which would harm our business and operations.**

Our indebtedness that will be outstanding upon completion of this offering contains a number of significant covenants. These covenants limit our ability to, among other things, do the following:

- incur additional indebtedness;
- merge, consolidate or dispose of our assets;
- pay dividends or repurchase our capital stock;
- change our line of business;
- accept any prepayments under or otherwise modify contracts with our customers;
- enter into transactions with our affiliates; and
- grant liens on our assets.

A material breach of any of these covenants would result in a default under this indebtedness. In the event there is a default under our indebtedness, if the lender accelerates the indebtedness and we are unable to pay such amounts, the lender has the right to foreclose on all of our assets because the indebtedness is secured by all of those assets.

**We have recorded and will record non-cash expense in future periods that result in a decrease in our net income for a given period.**

The Financial Accounting Standards Board, or FASB, has adopted a new accounting pronouncement requiring the recording of expense for the fair value of stock options granted. As a result, effective January 1, 2006, we have changed our accounting policy to record expense for the fair value of stock options granted and our operating expenses will increase. We rely on stock options to motivate current employees and attract new employees. As a result of the requirement to expense stock options, we may choose to reduce our reliance on stock options as a motivation tool. If we reduce our use of stock options, it may be more difficult for us to attract and retain qualified employees. However, if we do not reduce our reliance on stock options, our reported net loss may increase or our reported net income may decrease.

We have also applied the provisions of SFAS No. 123, *Accounting for Stock-Based Compensation*, to warrants issued to a lender during the years ended December 31, 2003 and 2004. We have issued additional warrants during 2005 in connection with the $5.0 million of subordinated notes issued to funds affiliated with Cross Atlantic Partners and another purchaser in October 2005, which we refer to as our XACP notes, and other agreements entered into with third parties and during 2006 in connection with our transactions with Aqua America and BWCA. The fair value of these warrants is expensed over the period of the XACP notes, our strategic relationship with Aqua or other agreement, as appropriate. As a result, we have recognized expense in 2005 and will recognize expense during future periods for a substantial portion of the fair value of these warrants, which affects our interest expense or selling, general and administrative expense, depending upon the nature of the underlying transaction. Early repayment of any indebtedness related to these warrants or early

20

**EXHIBIT A, PAGE 26**

PJ 01304

Table of Contents

completion of the other agreements under which the warrants were issued will accelerate the recognition of this expense.

**We have identified material weaknesses in our internal control over financial reporting and may not be able to report financial results accurately.**

We have identified several material weaknesses in our internal control over financial reporting. We cannot assure you that additional material weaknesses, significant deficiencies and control deficiencies in our internal control over financial reporting will not be identified in the future.

We will incur substantial expenses relating to the remediation of the material weaknesses in our internal control over financial reporting. Our accounting and financial reporting functions may not have, or may be unable to maintain, adequate resources to ensure that we will not have any future significant deficiencies or material weaknesses in our system of internal control over financial reporting. The effectiveness of our internal control over financial reporting may in the future be limited by a variety of factors including:

- faulty human judgment and simple errors, omissions or mistakes;

- inappropriate management override of policies and procedures;

- failure to properly implement our upgraded financial software system; and

- the possibility that any enhancements to disclosure controls and procedures may still not be adequate to assure timely and accurate financial information.

If we fail to achieve and maintain effective controls and procedures for financial reporting, we could be unable to provide timely and accurate financial information which may cause investors to lose confidence in our reported financial information and have an adverse effect on the trading price of our common stock and lead to delisting from the Nasdaq National Market, an investigation by the Securities and Exchange Commission, or SEC, and civil or criminal sanctions. Additionally, ineffective internal control over financial reporting would place us at increased risk of fraud or misuse of corporate assets.

*Risks Related to this Offering*

**There has been no prior public trading market for shares of our common stock and an active trading market may not develop following completion of this offering.**

Prior to this offering, there has been no public market for our common stock. An active trading market may not develop following completion of this offering or, if developed, may not be sustained. The lack of an active market may impair your ability to sell your shares at the time you wish to sell them or at a price that you consider reasonable. The lack of an active market may also reduce the fair market value of your shares. An inactive market also may impair our ability to raise additional capital in the future by selling shares of capital stock and may impair our ability to acquire other companies or technologies by using our shares as consideration.

**We expect that the price of our common stock will fluctuate substantially.**

The initial public offering price for the shares of our common stock sold in this offering has been determined by negotiation between the underwriters and us. This price may not reflect the market price of our common stock following completion of this offering. The price of our common stock may decline, and the price of our common stock that prevails in the market after completion of this offering may be higher or lower than the price you pay, depending on many factors, some of which are beyond our control. Factors that could cause fluctuations in the trading price of our common stock include:

- failure of our system or technology to achieve commercial success;

- announcements of the introduction of new products or services by us or our competitors;

21

**EXHIBIT A, PAGE 27**

PJ 01305

Case 2:11-cv-05316-R-AGR   Document 48-4   Filed 08/14/12   Page 29 of 76   Page ID
#:6369
Amendment No. 4 for Basin Water, Inc. on Form S-1                                    Page 27 of 135

Table of Contents

- market conditions in our industry sector;

- developments concerning product development results or intellectual property rights of others;

- litigation or public concern about the safety of our system and services;

- actual and anticipated fluctuations in our quarterly operating results;

- securities analyst coverage of our common stock;

- deviations in our operating results from the estimates of securities analysts or other analyst comments;

- additions or departures of key personnel;

- price and volume fluctuations in the overall stock market from time to time;

- general economic trends; or

- sales of large blocks of our stock.

In addition, the equity markets in general, and the Nasdaq National Market in particular, have experienced extreme price and volume fluctuations that have often been unrelated or disproportionate to the operating performance of those companies. Further, the market prices of securities of water-related companies have been particularly volatile. These broad market and industry factors may affect the market price of our common stock adversely, regardless of our operating performance. In the past, following periods of volatility in the market price of a company's securities, securities class-action litigation often has been instituted against that company. This type of litigation, if instituted against us, could result in substantial costs and a diversion of management's attention and resources.

**Our executive officers and directors and their affiliates will exercise control over stockholder voting matters in a manner that may not be in the best interests of all of our stockholders.**

Upon completion of this offering, our current executive officers and directors and their affiliates will together control approximately 25.9% of our outstanding common stock. As a result, these stockholders will collectively be able to influence all matters requiring approval of our stockholders significantly, including the election of directors and approval of significant corporate transactions, and will have significant control over our management and policies. The interests of this group of stockholders may not always coincide with the interests of other stockholders. The concentration of ownership also may delay, prevent or deter a change in control of our company even when the change could deprive our stockholders of an opportunity to receive a premium for their common stock as part of a sale of our company or our assets and might affect the prevailing market price of our common stock.

**Our management team may invest or spend a portion of the net proceeds of this offering in ways in which you may not agree or in ways which may not yield a return.**

We intend to use the net proceeds of this offering to make capital expenditures primarily for the manufacture and placement of our systems under contract to our customers, to repay a significant portion of our indebtedness and for general corporate purposes. As part of general corporate purposes, we may use a portion of the net proceeds to expand our sales and marketing efforts as well as expand our manufacturing capabilities to meet anticipated demand for our systems. Our management will have considerable discretion in the application of any remaining net proceeds, and you will not have the opportunity, as part of your investment decision, to assess whether the proceeds are being used appropriately. The net proceeds may be used for corporate purposes that do not increase our operating results or market value. Until the net proceeds are used, they may be placed in investments that do not produce significant income or that lose value.

22

**EXHIBIT A, PAGE 28**

**PJ 01306**

Table of Contents

**Future sales of our common stock may depress our stock price.**

After completion of this offering, we will have 17,677,672 shares of common stock outstanding (which includes 13,000 shares of restricted stock to be granted to our two executive officers upon completion of this offering). The 5,000,000 shares sold in this offering, or 5,750,000 shares if the underwriters' over-allotment is exercised in full, will be freely tradable without restriction or further registration under federal securities laws unless purchased by our "affiliates" as such term is used in Rule 144 of the Securities Act of 1933, as amended, or Securities Act. 89,538 additional shares of common stock outstanding after completion of this offering will be eligible for sale in the public market as of the date of this prospectus. After the lock-up agreements pertaining to this offering expire 180 days from the date of this prospectus, up to an additional 12,588,134 shares of our common stock will be eligible for sale in the public market, in some cases subject to volume limitations and other restrictions under Rule 144 of the Securities Act, 4,579,039 of which are held by executive officers, directors and their affiliates.

The above information assumes the effectiveness of the lock-up agreements under which current holders of substantially all of our common stock and all of our officers and directors have agreed not to sell or otherwise dispose of their shares of common stock. Janney Montgomery Scott LLC may, in its sole discretion and at any time without notice, release all or any portion of the securities subject to lock-up agreements. In considering any request to release shares subject to a lock-up agreement, Janney Montgomery Scott LLC will consider the facts and circumstances relating to a request at the time of that request. See "Shares Eligible for Future Sale."

If our existing common stockholders sell substantial amounts of common stock in the public market, or if the market perceives that these sales may occur, the market price of our common stock may decline, including below the initial public offering price. Upon completion of this offering, the holders of approximately 4,670,313 shares of our common stock and warrants to purchase shares of our common stock will have rights, subject to specified conditions, to require us to file registration statements covering the resale of their shares or to include their shares in registration statements that we may file for ourselves or other stockholders. These registration rights of our stockholders could impair our ability to raise capital by depressing the price at which we could sell our common stock. See "Shares Eligible for Future Sale."

In addition, as soon as practicable after the completion of this offering, we intend to file a registration statement under the Securities Act covering 1,219,083 shares of common stock issuable upon exercise of outstanding options under our 2001 option plan, 190,000 shares of common stock reserved for issuance of outstanding options outside our 2001 option plan and 2,500,000 shares of common stock reserved for future issuance under our 2006 award plan. Accordingly, shares registered under this registration statement will be available for sale in the open market, subject to vesting restrictions with us, the contractual lock-up agreements described above and the contractual lock-up agreements and market stand-off provisions contained in the agreements pursuant to which these options were issued. If these additional shares are sold, or if it is perceived that they will be sold, in the public market, the trading price of our common stock could decline. See "Shares Eligible for Future Sale."

**You will experience immediate and substantial dilution as result of this offering and may experience additional dilution in the future.**

We expect the initial public offering price of our common stock in this offering to be substantially higher than the net tangible book value per share of the outstanding common stock. Accordingly, investors purchasing shares of common stock in this offering will pay a price that substantially exceeds the value of our assets after subtracting our liabilities. As a result, investors will:

- incur immediate dilution of $7.64 per share, based on an assumed initial public offering price of $11.00 per share, the midpoint of our expected public offering price range; and

23

**EXHIBIT A, PAGE 29**

PJ 01307

Case 2:11-cv-05316-R-AGR   Document 48-4   Filed 08/14/12   Page 31 of 76   Page ID
#:6371
Amendment No. 4 for Basin Water, Inc. on Form S-1                                                    Page 29 of 195

Table of Contents

- contribute 78.7% of the total amount invested to date to fund our company based on the initial offering price to the public of $11.00 per share, but will own only 28.3% of the shares of common stock outstanding upon completion of this offering.

You will experience additional dilution upon the exercise of outstanding warrants to purchase shares of our capital stock, the exercise of options to purchase common stock under our equity incentive plans, if we issue restricted stock to our employees under these plans or if we otherwise issue additional shares of our common stock. See "Dilution."

**Anti-takeover provisions in our charter documents, as amended and restated, and under Delaware law could delay or discourage a takeover that stockholders may consider favorable.**

Provisions in our amended and restated certificate of incorporation and bylaws, to be effective upon completion of this offering, may have the effect of delaying or preventing a change of control or changes in our management. Some of these provisions include:

- a board of directors divided into three classes serving staggered three-year terms;

- a prohibition on stockholder action through written consent;

- a requirement that special meetings of stockholders be called only by the chairman of our board of directors, the chief executive officer, the president or by a majority of the total number of authorized directors;

- advance notice requirements for stockholder proposals and nominations;

- a requirement of approval of not less than 66 $2/3$% of all outstanding shares of our capital stock entitled to vote to amend any bylaws by stockholder action, or to amend specific provisions of our certificate of incorporation; and

- the authority of our board of directors to issue preferred stock on terms determined by our board of directors without stockholder approval.

In addition, because we are a Delaware corporation, we are governed by the provisions of Section 203 of the Delaware General Corporation Law, which may prohibit certain business combinations with stockholders owning 15% or more of our outstanding voting stock. These and other provisions in our amended and restated certificate of incorporation, amended and restated bylaws and Delaware law could make it more difficult for stockholders or potential acquirers to obtain control of our board of directors or initiate actions that are opposed by the then-current board of directors, including to delay or impede a merger, tender offer, or proxy contest involving our company. Any delay or prevention of a change of control transaction or changes in our board of directors could cause the market price of our common stock to decline.

**You may never receive dividends on your investment in our common stock, which may limit your returns.**

We have paid no cash dividends on any of our classes of capital stock to date. We are not obligated to pay dividends with respect to any of our currently issued and outstanding common stock, and have no present intention of paying any cash dividends on any of our currently issued and outstanding capital stock or the common stock to be sold in this offering. We intend to retain any earnings in the foreseeable future to finance the growth and development of our business. In addition, our secured debt restricts us from paying any dividends to our stockholders.

Prospective purchasers seeking or needing dividend income or liquidity should not invest in the common stock offered under this prospectus. There can be no assurance that we will maintain sufficient earnings in the future to declare and pay dividends to our holders of common stock, and in any event, a decision to declare and

24

**EXHIBIT A, PAGE 30**

**PJ 01308**

Table of Contents

pay dividends lies within the sole discretion of our board of directors. As a result, capital appreciation, if any, of our common stock will be your sole source of gain for the foreseeable future.

**We will incur increased costs as a result of being a public company and because of our limited profitability, these additional expenses and other burdens associated with being a public company could have a material adverse effect on our operating results and financial condition.**

As a public company, we will incur significant legal, accounting, and other expenses that we did not incur as a private company which may adversely affect our profitability. In addition, the Sarbanes-Oxley Act of 2002, as well as the related rules and regulations enacted by the SEC and the Nasdaq National Market, have required changes in corporate governance practices of public companies. We expect these rules and regulations to increase our legal and financial compliance costs. In addition, we will incur additional costs associated with our public company reporting requirements. For example, we will be required to devote significant resources to complete the assessment and documentation of our internal control system and financial processes under Section 404 of the Sarbanes-Oxley Act of 2002, including an assessment of the design of our information systems. We will incur significant costs to remediate any material weaknesses we identify through these efforts. We also expect these rules and regulations to make it more difficult and more expensive for us to obtain director and officer liability insurance, and we may be required to accept reduced policy limits and coverage or incur substantially higher costs to obtain the same or similar coverage. As a result, it may be more difficult for us to attract and retain qualified persons to serve on our board of directors or as executive officers. We currently are evaluating and monitoring developments with respect to these rules, and we cannot predict or estimate the amount of additional costs we may incur or the timing of such costs. If our profitability is adversely affected because of these additional costs, it could have a negative effect on the trading price of our common stock.

25

**EXHIBIT A, PAGE 31**

PJ 01309

Table of Contents

## FORWARD-LOOKING STATEMENTS

This prospectus may contain forward-looking statements that are based on our management's beliefs and assumptions and on information currently available to our management. Any such forward-looking statements would be contained principally in "Prospectus Summary," "Risk Factors," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and "Business." Forward-looking statements include information concerning our possible or assumed future results of operations, business strategies, financing plans, competitive position, industry environment, potential growth opportunities and the effects of regulation. Forward-looking statements include all statements that are not historical facts and can be identified by terms such as "anticipates," "believes," "could," "estimates," "expects," "intends," "may," "plans," "potential," "predicts." "projects," "should," "will," "would" or similar expressions.

Forward-looking statements involve known and unknown risks, uncertainties and other factors which may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements. We discuss many of these risks in greater detail in "Risk Factors." Given these uncertainties, you should not place undue reliance on these forward-looking statements. Also, forward-looking statements represent our management's beliefs and assumptions only as of the date of this prospectus. You should read this prospectus and the documents that we reference in this prospectus and have filed as exhibits to the registration statement, of which the prospectus is a part, completely and with the understanding that our actual future results may be materially different from what we expect.

Except as required by law, we assume no obligation to update these forward-looking statements publicly, or to update the reasons actual results could differ materially from those anticipated in these forward-looking statements, even if new information becomes available in the future. The forward-looking statements contained in this prospectus are not eligible for the safe harbor protection provided by the Private Securities Litigation Reform Act of 1995 and Section 27A of the Securities Act of 1933, as amended.

## CAUTIONARY NOTE

You should rely only on the information contained in this prospectus. We have not authorized anyone to provide you with information that is different from that contained in this prospectus. We are offering to sell shares of our common stock, and seeking offers to buy shares of our common stock only in jurisdictions where offers and sales are permitted. The information contained in this prospectus is accurate only as of the date of this prospectus, regardless of the time of delivery of this prospectus or of any sale of our common stock.

## INDUSTRY AND MARKET DATA

In this prospectus, we rely on and refer to information and statistics regarding economic conditions and trends, the groundwater contaminant treatment market and our market share in the portion of that market in which we compete. In particular, we have obtained general industry information and statistics from the U.S. Environmental Protection Agency, the U.S. Census Bureau, the California Department of Water Resources, United States Geological Survey and the U.S. Department of Health and Human Resources.

Although some of the companies that compete in our particular industry are publicly held as of the date of this prospectus, many are not. Accordingly, no current publicly available information is available with respect to the waste rates of competing solutions or our relative market strength or competitive position. Our statements about our waste rates, relative market strength and competitive position in this prospectus with respect to other solutions are based on our management's belief, internal studies and our management's knowledge of industry trends.

26

**EXHIBIT A, PAGE 32**

PJ 01310

Table of Contents

## USE OF PROCEEDS

We estimate that we will receive net proceeds of approximately $49.7 million from our sale of the shares of common stock in this offering, based upon an assumed initial public offering price of $11.00 per share, the midpoint of the range set forth on the cover page of this prospectus, and after deducting estimated underwriting discounts and commissions and estimated offering expenses payable by us. A $1.00 increase (decrease) in the assumed initial public offering price of $11.00 per share would increase (decrease) the net proceeds to us from this offering by $4.7 million, assuming the number of shares offered by us, as set forth on the cover page of this prospectus, remains the same and after deducting the estimated underwriting discounts and commissions and estimated offering expenses payable by us. If the underwriters' over-allotment option is exercised in full, we estimate that our net proceeds will be approximately $57.3 million.

The principal purposes of this offering are to make capital expenditures to enhance our operations, to repay a significant portion of our outstanding indebtedness, to establish a public market for our common stock, to facilitate our future access to public markets and to provide liquidity for existing stockholders. We intend to use between $12.0 million and $15.0 million of the net proceeds of this offering to make capital expenditures primarily for the manufacture and placement of our systems under contracts to our customers. We intend to use approximately $5.0 million of the net proceeds of this offering to repay outstanding indebtedness under our XACP notes, as required by the terms of those notes. The XACP notes bear interest at an annual rate of 7.0% and mature on the earlier of the completion of this offering and October 14, 2008. We issued the XACP notes in order to fund general working capital purposes.

In addition, we intend to use approximately $4.2 million of the net proceeds of this offering to repay our outstanding indebtedness under our senior secured loan with BWCA I, LLC, which we refer to as the BWCA loan, including a prepayment penalty of $0.2 million. The indebtedness under the BWCA loan bears interest at an annual rate of 9.0%, must be repaid in seven annual installments beginning December 31, 2006 and matures on December 31, 2013. We must pay a prepayment penalty of 5.0% in connection with the early prepayment of this loan.

We intend to use the remainder of the net proceeds of the offering for general corporate purposes. This may include expansion of our sales and marketing efforts as well as expansion of our manufacturing capabilities to meet anticipated demand for our systems.

The amounts and timing of our actual expenditures may vary significantly from our expectations depending upon numerous factors, including our results of operation, financial condition and capital requirements. Accordingly, we will retain the discretion to allocate the net proceeds of this offering among the identified uses described above, and we reserve the right to change the allocation of the net proceeds among the uses described above. Pending their use, we intend to invest the net proceeds in short-term, interest-bearing, investment-grade securities. We cannot predict whether the proceeds invested will yield a favorable return.

## DIVIDEND POLICY

We have never declared or paid any cash dividend on our capital stock. We currently intend to retain all future earnings, if any, for use in the operation and expansion of our business and do not anticipate paying any cash dividends in the foreseeable future. Our secured debt agreements restrict us from paying any dividends to our stockholders. Consequently, stockholders will need to sell shares of our common stock to realize a return on their investments, if any. Any future determination related to dividend policy will be made at the discretion of our board of directors and will depend upon, among other factors, our results of operations, financial condition, capital requirements, contractual restrictions and such other factors as our board of directors deems relevant.

27

**EXHIBIT A, PAGE 33**

PJ 01311

Case 2:11-cv-05316-R-AGR  Document 48-4  Filed 08/14/12  Page 35 of 76  Page ID
#:6375
Amendment No. 4 for Basin Water, Inc. on Form S-1/A                                    Page 33 of 133

Table of Contents

# CAPITALIZATION

The following table sets forth our capitalization as of December 31, 2005, as follows:

- On an actual basis;

- On a pro forma as adjusted basis to give effect to (i) the conversion of all of our outstanding preferred stock into shares of common stock prior to the completion of this offering, (ii) the sale by us of shares of our common stock at an assumed initial public offering price of $11.00 per share, the midpoint of the range set forth on the cover page of this prospectus, and the receipt of the net proceeds of this offering, after deducting estimated underwriting discounts and commissions and estimated offering expenses payable by us, as set forth under "Use of Proceeds," (iii) our reincorporation in Delaware, (iv) the repayment of the BWCA loan (including a prepayment penalty) and the XACP notes and (v) 13,000 shares of restricted stock to be granted to our two executive officers upon completion of this offering.

The pro forma as adjusted information below is illustrative only and our capitalization table following the completion of this offering will be adjusted based on the actual initial public offering price and other terms of this offering determined at pricing. You should read this table together with the sections of this prospectus entitled "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our financial statements and the related notes included elsewhere in this prospectus.

|  | At December 31, 2005 | |
|  | Actual | Pro Forma as Adjusted |
|---|---|---|
|  | (Unaudited, in thousands) | |
| Cash and cash equivalents (1) | $ 2,724 | $ 43,201 |
| Long-term debt, net of current portion and unamortized discount | $ 6,878 | $ 18 |
| Redeemable convertible Series A preferred stock, no par value—6,000,000 shares authorized, 627,500 shares issued and outstanding, actual; no shares authorized issued and outstanding, pro forma as adjusted | 2,250 | — |
| Redeemable convertible Series B preferred stock, no par value—5,000,000 shares authorized, 1,734,125 shares issued and outstanding, actual; no shares authorized issued and outstanding, pro forma as adjusted | 6,529 | — |
| Stockholders' equity (deficiency): |  |  |
| Preferred stock—no par value, no shares authorized, issued or outstanding, actual; $0.001 par value, 10,000,000 shares authorized, no shares issued or outstanding, pro forma as adjusted | — | — |
| Common stock—no par value, 40,000,000 shares authorized, 10,303,047 shares issued and outstanding, actual; $0.001 par value, 100,000,000 shares authorized, 17,677,672 issued and outstanding, pro forma as adjusted | 7,927 | 18 |
| Additional paid-in capital | — | 66,272 |
| Accumulated deficiency | (4,118) | (6,434) |
| Total stockholders' equity (1) | 3,809 | 59,856 |
| Total capitalization (1) | $ 19,466 | $ 59,874 |

(1) A $1.00 increase (decrease) in the assumed initial public offering price of $11.00 per share would increase (decrease) each of cash and cash equivalents, total stockholders' equity and total capitalization by $4.7 million assuming the number of shares offered by us, as set forth on the cover page of this prospectus, remains the same and after deducting the estimated underwriting discounts and commissions and estimated offering expenses payable by us.

The number of shares of common stock that will be outstanding upon completion of this offering is based on the number of shares outstanding as of December 31, 2005 and also includes 13,000 shares of restricted stock to be granted to our two executive officers upon completion of this offering. This number does not include, as of December 31, 2005:

EXHIBIT A, PAGE 34

PJ 01312

- 1,209,083 shares of common stock issuable upon the exercise of options outstanding as of December 31, 2005, at a weighted average exercise price of $3.15 per share;

28

**EXHIBIT A, PAGE 35**

PJ 01313

Case 2:11-cv-05316-R-AGR   Document 48-4   Filed 08/14/12   Page 37 of 76   Page ID
#:6377
Amendment No. 4 for Basin Water, Inc. on Form S-1                                    Page 35 of 193

Table of Contents

- 2,353,688 shares of common stock issuable upon the exercise of warrants outstanding as of December 31, 2005, at a weighted average exercise price of $5.30 per share;

- 200,000 shares of common stock issuable upon the exercise of options granted under our 2001 option plan after December 31, 2005, at a weighted average exercise price of $6.20 per share;

- 450,000 shares of common stock issuable upon the exercise of warrants granted after December 31, 2005, at a weighted average exercise price of $6.44 per share;

- 2,500,000 shares of common stock that will be reserved for future grant or issuance under our 2006 award plan, which will become effective on the day prior to the day on which we become subject to the reporting requirements of the Exchange Act; and

- 500,000 shares of common stock that will be reserved for future issuance under our 2006 employee stock purchase plan.

29

EXHIBIT A, PAGE 36

PJ 01314

Case 2:11-cv-05316-R-AGR   Document 48-4    Filed 08/14/12   Page 38 of 76   Page ID
#:6378
Amendment No. 4 for Basin Water, Inc. on Form S-1                                    Page 36 of 133

Table of Contents

## DILUTION

If you invest in our common stock, your interest will be diluted to the extent of the difference between the initial public offering price per share of our common stock in this offering and the pro forma net tangible book value per share of our common stock after completion of this offering. Net tangible book value per share is determined at any date by subtracting our total liabilities from the total book value of our tangible assets (total assets less intangible assets) and dividing the difference by the number of our shares of common stock deemed to be outstanding at that date. Dilution in net tangible book value per share represents the difference between the amount per share paid by purchasers of shares of common stock in this offering and the net tangible book value per share of common stock immediately after completion of this offering.

Our historical net tangible book value as of December 31, 2005 was approximately $1.3 million, or approximately $0.13 per share of our common stock, not taking into account the conversion of our outstanding preferred stock into common stock upon the completion of this offering. Investors participating in this offering will incur immediate and substantial dilution.

After giving effect to the conversion of all of our preferred stock into 2,361,625 shares of common stock upon completion of this offering and the sale of 5,000,000 shares offered by us in this offering at an assumed initial public offering price of $11.00 per share, the midpoint of the range set forth on the cover page of this prospectus, and after deducting estimated underwriting discounts and commissions and our estimated offering expenses, our pro forma as adjusted net tangible book value as of December 31, 2005 would have been approximately $59.4 million, or approximately $3.36 per share of common stock. This represents an immediate increase in pro forma as adjusted net tangible book value of $2.56 per share to existing stockholders and an immediate dilution in pro forma as adjusted net tangible book value of $7.64 per share to new investors. The following table illustrates this per share dilution:

|  |  |  |
|---|---:|---:|
| Assumed initial public offering price per share of common stock |  | $11.00 |
| Historical net tangible book value per share as of December 31, 2005 | $0.13 |  |
| Pro forma increase in net tangible book value per share attributable to conversion of convertible preferred stock | 0.67 |  |
| Pro forma net tangible book value per share before this offering | 0.80 |  |
| Pro forma increase per share attributable to investors participating in this offering | 2.56 |  |
| Pro forma as adjusted net tangible book value per share after completion of this offering |  | 3.36 |
| Pro forma dilution per share to investors participating in this offering |  | $ 7.64 |

The following table summarizes, as of December 31, 2005, the differences between our existing stockholders and investors in this offering with respect to the total number of shares of common stock purchased from us, the total consideration paid to us, and the average price per share paid by our existing stockholders and the price per share paid by investors in this offering based on an assumed public offering price of $11.00 per share, before deducting estimated underwriting discounts and commissions and our estimated offering expenses payable by us:

|  | Shares Purchased | | Total Consideration | | Average Price per Share |
|---|---|---|---|---|---|
|  | Number | Percent | Amount | Percent |  |
|  | (Dollars in thousands, except per share amounts) | | | | |
| Existing stockholders | 12,677,672 | 71.7% | $ 14,860 | 21.3% | $ 1.17 |
| New investors | 5,000,000 | 28.3% | 55,000 | 78.7% | $11.00 |
| Total | 17,677,672 | 100.0% | $ 69,860 | 100.0% |  |

30

**EXHIBIT A, PAGE 37**

PJ 01315

Table of Contents

The number of shares of common stock that will be outstanding upon completion of this offering is based on the number of shares outstanding as of December 31, 2005 and also includes 13,000 shares of restricted stock to be granted to our two executive officers upon completion of this offering. This number does not include, as of December 31, 2005:

- 1,209,083 shares of common stock issuable upon the exercise of options outstanding as of December 31, 2005, at a weighted average exercise price of $3.15 per share;

- 2,353,688 shares of common stock issuable upon the exercise of warrants outstanding as of December 31, 2005, at a weighted average exercise price of $5.30 per share;

- 200,000 shares of common stock issuable upon the exercise of options granted under our 2001 option plan after December 31, 2005 at a weighted average exercise price of $6.20 per share;

- 450,000 shares of common stock issuable upon the exercise of warrants granted after December 31, 2005 at a weighted average exercise price of $6.44 per share;

- 2,500,000 shares of common stock that will be reserved for future grant or issuance under our 2006 award plan, which will become effective on the day prior to the day on which we become subject to the reporting requirements of the Exchange Act; and

- 500,000 shares of common stock that will be reserved for future issuance under our 2006 employee stock purchase plan.

Because the exercise price of the outstanding options and some of the warrants is significantly below the assumed offering price, investors purchasing common stock in this offering will suffer additional dilution when and if these options or warrants are exercised. See "Management—Employee Benefit Plans" for further information regarding our equity incentive and employee stock purchase plans. "Description of Capital Stock—Warrants" for further information on warrants.

A $1.00 increase (decrease) in the assumed initial public offering price of $11.00 per share would increase (decrease) our pro forma as adjusted net tangible book value by $4.7 million and the pro forma as adjusted net tangible book value per share after completion of this offering by $0.27 per share, assuming the number of share offered by us, as set forth on the cover page of this prospectus, remains the same and after deducting the estimated underwriting discounts and commissions and estimated offering expenses payable by us.

If the underwriters exercise their over-allotment option in full, the net tangible book value per share after completion of this offering would be $3.64 per share, the increase in net tangible book value per share to existing stockholders would be $2.84 per share and the dilution in net tangible book value to new investors would be $7.36 per share.

31

**EXHIBIT A, PAGE 38**

PJ 01316

Case 2:11-cv-05316-R-AGR Document 48-4 Filed 08/14/12 Page 40 of 76 Page ID
#:6380
Amendment No. 4 for Basin Water, Inc. on Form S-1/A Page 38 of 135

Table of Contents

## SELECTED FINANCIAL DATA

The following selected financial data should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our audited financial statements and the accompanying notes included elsewhere in this prospectus. The statements of operations data for the years ended December 31, 2003, 2004 and 2005, and the balance sheet data at December 31, 2004 and 2005, are derived from our audited financial statements appearing elsewhere in this prospectus. The balance sheet data at December 31, 2002 and 2003 are derived from our audited financial statements that are not included in this prospectus. The statement of operations data for the year ended December 31, 2001 and the balance sheet data at December 31, 2001 are derived from our unaudited financial statements that are not included in this prospectus. The selected financial data as of and for the periods ended December 31, 2002, 2003 and 2004 have been restated. Please see the discussion in note 3 of the notes to our audited financial statements included elsewhere in this prospectus.

| | Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2001 | 2002 | 2003 | 2004 | 2005 |
| | (Unaudited) | (In thousands, except per share data) | | | |
| **Statement of Operations Data:** | | | | | |
| Revenues | $ | $ 210 | $ 2,095 | $ 4,307 | $12,231 |
| Cost of revenues | 81 | 146 | 1,567 | 2,562 | 7,130 |
| Gross profit | (81) | 64 | 528 | 1,745 | 5,101 |
| Research and development expense | 250 | 161 | 261 | 316 | 651 |
| Selling, general and administrative expense | 905 | 952 | 1,511 | 1,765 | 3,334 |
| Income (loss) from operations | (1,236) | (1,049) | (1,244) | (336) | 1,116 |
| Other income (expense) | 7 | 8 | (64) | (220) | (553) |
| Income (loss) before taxes | (1,229) | (1,041) | (1,308) | (556) | 563 |
| Income tax provision (benefit) | — | — | — | — | — |
| Net income (loss) | $ (1,229) | $(1,041) | $(1,308) | $ (556) | $ 563 |
| **Net income (loss) per share:** | | | | | |
| Basic | $ (0.14) | $ (0.11) | $ (0.14) | $ (0.06) | $ 0.06 |
| Diluted | $ (0.14) | $ (0.11) | $ (0.14) | $ (0.06) | $ 0.04 |
| **Weighted average common shares outstanding:** | | | | | |
| Basic | 8,865 | 9,421 | 9,507 | 9,586 | 9,924 |
| Diluted | 8,865 | 9,421 | 9,507 | 9,586 | 12,849 |

| | At December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2001 | 2002 | 2003 | 2004 | 2005 |
| | (Unaudited) | (In thousands) | | | |
| **Balance Sheet Data:** | | | | | |
| Cash and cash equivalents | $ 1,421 | $ 1,184 | $ 356 | $ 1,704 | $ 2,724 |
| Total assets | 2,087 | 3,558 | 6,582 | 11,723 | 23,798 |
| Current portion of notes payable | — | 26 | 56 | 67 | 674 |
| Notes payable, net of current portion | — | — | 2,073 | 3,628 | 6,878 |
| Deferred revenues | — | 326 | 337 | 1,008 | 654 |
| Total long-term liabilities | 67 | 181 | 2,103 | 4,264 | 7,357 |
| Redeemable convertible preferred stock | 1,336 | 3,771 | 4,990 | 8,183 | 8,779 |
| Total stockholders' equity (deficiency) | (156) | (1,085) | (1,870) | (2,290) | 3,809 |

32

**EXHIBIT A, PAGE 39**

**PJ 01317**

Table of Contents

## MANAGEMENT'S DISCUSSION AND ANALYSIS OF
## FINANCIAL CONDITION AND RESULTS OF OPERATIONS

*You should read the following discussion of our financial condition and results of operations in conjunction with the financial statements and the notes to those statements included elsewhere in this prospectus. This discussion may contain forward-looking statements based upon current expectations that involve risks and uncertainties. As a result of many factors, such as those set forth under "Risk Factors" and elsewhere in this prospectus, our actual results may differ materially from those anticipated in these forward-looking statements.*

**Overview**

We design, build and implement systems for the treatment of contaminated groundwater. We were initially incorporated in December 1999 and during our first two years of operations primarily focused on the development of our groundwater treatment system. The first permit to be issued by the California Department of Health Services, or DHS, to one of our customers for the operation of our system was issued in 2002. We currently have 50 systems delivered or in process in California and Arizona with an aggregate installed capacity of approximately 86,800 acre-feet per year, or approximately 28.3 billion gallons per year.

We market our system primarily to water providers through our network of Basin Water sales representatives and third-party sales representatives, primarily in the Arid West, as well as through strategic relationships. Our customers include American Water, California Water Service Group and American States Water Company, three of the largest investor-owned water utilities in the United States based on population served. In December 2005, we entered into a strategic sales and marketing agreement with Shaw to market our arsenic treatment system to water providers in 18 states on an exclusive basis. In January 2006, we hired a national vice president of sales who has significant experience in the water treatment industry.

As a manufacturer of groundwater treatment systems, our operations necessitate a significant investment in receivables and property and require significant working capital. In the case of sales of groundwater treatment systems, we must expend all of the costs to build and deliver our system to the customer, and we receive payment for the system primarily when the delivery is completed and the system has been placed into service. For systems that we deliver to customers under our long-term contract arrangements, we must incur the costs to build and deliver our groundwater treatment system, and we receive payment over a typical period of five or more years.

**Outlook**

We believe that the following trends and uncertainties may impact our revenues, income, liquidity and cash flows:

- The success of our internal marketing and sale organization in developing new customers and placing our groundwater treatment systems through sales or long-term contracts, which would increase our revenues;
- The success of Shaw in placing our groundwater treatment systems throughout the nation pursuant to our strategic sales and marketing agreement, which would increase our revenues and may decrease our customer concentration and risk associated therewith;
- Increasing public awareness of the effects of groundwater contamination, which will likely increase demand for our groundwater treatment systems;
- Increasing federal government regulation with respect to drinking water standards, including the EPA's 2006 reduction in the groundwater arsenic MCL standard from 50 ppb to 10 ppb, which will likely increase demand for our arsenic treatment systems;
- Increasing state governmental regulation with respect to drinking water standards, including California's public health goal of 6 ppb for perchlorate and Massachusetts' proposed MCL of 2 ppb for perchlorate, which will likely increase demand for our perchlorate treatment systems;

33

**EXHIBIT A, PAGE 40**

**PJ 01318**

Table of Contents

- The increase in demand for placement of our systems through long-term contracts rather than sales, which will likely require higher capital expenditures and adversely affect our liquidity;
- Continued expansion of our workforce resulting in increased expenses but also supporting our growth; and
- Increased utilization and productivity of our personnel, which we anticipate will positively impact our gross profit under our contract revenues.

**Financial Operations Review**

We evaluate our business using a variety of key financial measures:

*Revenues*

Our revenues can vary from period to period, because customers can choose between purchasing and entering into long-term contract arrangements for our groundwater treatment systems. If a customer chooses to purchase a system, we recognize revenues over a much shorter period of time, generally within one or two quarters, than we would recognize for the same system if the customer chose a long-term contract arrangement for the system. Thus, our revenues will tend to be higher in periods in which we sell rather than place our systems under long-term contracts.

- *Sale.* For groundwater treatment systems sold to customers, which are sold under fixed-price contracts, we recognize revenues using the percentage-of-completion method. This method takes into account the cost, estimated earnings and revenues to date on systems not yet completed. This method is used because management considers total cost to be the best available method of measuring progress on systems sold to customers. In general, financial statements based on the percentage-of-completion method present the economic substance of production-type activities more clearly than the completed-contract method, and present the relationships between sales, cost of sales and related period costs more accurately. Because of inherent uncertainties in estimating costs, estimates used may change in the near term. Such estimates are adjusted under the cumulative-catch-up method. Unless contractually agreed to otherwise, the sales contract is deemed to be substantially complete when the groundwater treatment system has been physically completed and a performance test has been passed. Through the end of 2005, we had not incurred a loss on any sale of a groundwater treatment system. Therefore, we have not recorded an estimated provision for anticipated losses on groundwater treatment system sales through December 31, 2005. We will record anticipated future losses, if any, at the time that such losses are likely and determinable. At the present time, we sell our groundwater treatment systems for prices ranging from $0.1 million to $4.0 million or more, depending on the system's capacity for treatment of groundwater and the chemical contaminant that the system is designed to address.

- *Contract Revenues.* Our recurring contract revenues are generated from two sources.

   The first source of recurring contract revenues is from long-term contracts under which we install our system at the customer's site and treat the customer's groundwater. We retain ownership of the installed system. Under this contract, we recognize monthly revenues, on a straight-line basis over the life of the contract, which represents a return of the capital value of the installed system. The amount of this fixed monthly revenue is based on both the capacity of the system and the type of contaminant(s) being treated. The straight-line method best reflects the value of having the system's capacity available to the customer at all times and is similar to the method used for calculating depreciation.

   The second source of recurring revenues is from long-term contracts for the treatment of the water produced from installed treatment systems, which we also refer to as service revenues. Service revenues are recognized based on the actual volume of water treated each month. Such water-treatment revenues bear a direct relationship to the variable costs for the purchase and delivery of salt and resin used in the system, the removal of waste and the cost to maintain and service the system. This revenue

34

**EXHIBIT A, PAGE 41**

PJ 01319

Table of Contents

stream is generated both by systems that were purchased by our customers and by systems in which we retain ownership and recognize revenue for the monthly capital component.

Under each of the long-term contracts, the customer is obligated to pay us for the treatment of its water—not for specific hours worked, supplies purchased or waste-hauls provided. Our long-term contracts allow us to recover increased operating costs, including costs for salt, resin and removal of waste.

Under the criteria set forth in EITF 00-21, we have determined that the multiple deliverables of each of our long-term contracts, specifically, the capital component and the volume related service charge, qualify for separate accounting treatment. The three criteria required for separate accounting treatment are: 1) that each deliverable has a standalone value to the customer, 2) that there is objective and reliable evidence of fair value of each deliverable and 3) that there are no general refund rights for the deliverables.

In the case of contracts under which we own the system, the customer is obligated to pay us the fixed capital component of the system on a monthly basis. These arrangements are classified and treated as operating leases under Statement of Financial Accounting Standards No. 13 (SFAS No. 13) *Accounting for Leases* because they meet the four criteria of an operating lease: 1) there is no transfer of title, 2) there is not a bargain purchase option, 3) the lease term is substantially shorter than the economic life of the system and 4) the present value of the capital component payments is less than 90% of the fair value of the water treatment system at the inception of the contract.

In connection with long-term contracts, we may receive payments from our customers prior to the system being placed in service. Such payments are recorded as deferred revenues. In addition, we may receive payments from our customers in excess of that which can be recognized on a straight-line basis. These payments are also recorded as deferred revenues. All deferred revenues amounts are recognized as revenues in the periods in which services are rendered to the customer.

In each of these arrangements, the contract term is typically five or more years, provided our customers may elect to terminate their contract with us prior to the expiration upon the occurrence of certain circumstances. In the case of the long-term water treatment contracts, they generally contain a purchase option at the end of the agreement.

*Cost of Revenues*

Our cost of revenues varies based on the type of revenues as follows:

- *Cost of Systems Sold.* Our cost of revenues for a sold system includes our cost of materials included in such system plus costs associated with deploying the system, warranty costs, payroll and payroll related costs for our manufacturing personnel and other manufacturing overhead costs. These costs are recorded under the percentage-of-completion method of accounting. This method takes into account the cost, estimated earnings and revenues to date on systems not yet completed.

- *Cost of Contract Revenues.* Cost of revenues in connection with contract revenue consists of costs associated with our processing fees, including the cost of salt and other components used in our systems, waste removal on behalf of our customers and maintenance and service of our system. Cost of revenues in connection with contract revenue for a system under a water treatment contract also includes depreciation expense using a 20-year life under the straight-line method.

The cost of revenues for a system also varies by the contaminant(s) that the system is designed to address. We purchase components and raw materials from third party vendors which are then assembled into our groundwater treatment systems in our manufacturing facilities located in California. We are not dependent on any sole source suppliers and generally have multiple vendors for each of our components and raw materials, all of which are located in the United States.

35

**EXHIBIT A, PAGE 42**

PJ 01320

Table of Contents

*Gross Profit*

Gross profit consists of revenues less cost of revenues.

*Research and Development Expense*

Research and development expense consist primarily of research material costs, payroll and payroll related costs for our research and development personnel and outside sponsored research and consulting expenses associated with the design, development and testing of new and existing technologies and systems.

*Selling, General and Administrative Expense*

Selling, general and administrative expense consist primarily of payroll and payroll related costs for our corporate management, finance, accounting, sales, marketing and administrative personnel, including commissions for our sales and marketing personnel. Also included in selling, general and administrative expense are overhead costs associated with these activities, marketing and promotion expenses, recruiting fees and audit and legal expenses.

*Other Income (Expense)*

Other income (expense) included in the statements of operations consists primarily of interest expense, offset in part by interest and other income.

*EBITDA*

In addition to the above, we consider EBITDA as a supplemental measure of our results of operations. We define EBITDA as net income or loss before interest expense, income tax expense, depreciation and amortization. The calculation of EBITDA and the reconciliation of net income or loss to EBITDA are shown in "—Non-GAAP Measure" beginning on page 48 of this prospectus. We include the presentation of EBITDA and discuss the reasons for our use of EBITDA as a supplemental measure of our results of operations under "—Non-GAAP Measure."

**Critical Accountin  Policies**

Our discussion and analysis of our financial condition and results of operations is based upon our audited financial statements, which have been prepared in conformity with accounting principles generally accepted in the United States. The preparation of these financial statements requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenues and expenses and related disclosures. On an ongoing basis, we evaluate these estimates, including those related to revenue recognition, long-lived assets, accrued liabilities, and income taxes. These estimates are based on historical experience, information received from third parties, and on various other assumptions that we believe to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities that are not readily apparent from other sources. Predicting future events is inherently an imprecise activity and, as such, requires the use of assumptions. Actual results may differ from these estimates under different assumptions or conditions.

An accounting policy is deemed to be critical if it requires an accounting estimate to be based on assumptions about matters that are highly uncertain at the time the estimate is made, and different estimates that reasonably could have been used, or changes in the accounting estimates that are reasonably likely to occur periodically, could materially impact our consolidated financial statements.

36

**EXHIBIT A, PAGE 43**

PJ 01321

Table of Contents

We believe the following critical accounting policies affect the significant judgments and estimates used in the preparation of our financial statements:

- *Revenue Recognition.* Our revenues are recognized in two different ways. For systems that we sell to our customers, revenues are recognized under the percentage-of-completion method by comparing actual costs incurred to total estimated costs to complete each system. The percentage-of-completion method recognizes revenues and associated costs as work progresses on a system, based on the expected total system revenues and costs. In general, financial statements based on the percentage-of-completion method present the economic substance of production-type activities more clearly than the use of the completed-contract method, and present the relationships between sales, cost of sales and related period costs more accurately. For all other systems delivered to our customers under various contractual arrangements, we recognize revenues for a periodic fee we receive over the life of the contract using the straight-line method and recognize a processing fee as our systems treat the customer's contaminated water.

- *Property and Equipment.* Property and equipment is stated at cost less accumulated depreciation and amortization. Property consists primarily of groundwater treatment systems which we place with customers under various arrangements. For our groundwater treatment systems placed with our customers under long-term contracts, we capitalize materials, labor, overhead and interest. Depreciation is calculated using the straight-line method over the estimated useful lives of the related assets. We capitalize expenditures for major renewals and betterments that extend the useful lives of property and equipment. We charge expenditures for maintenance and repairs to expense as incurred. Estimated useful lives are generally as follows: auto equipment—three to five years, furniture and fixtures—five to seven years, other equipment—five to 10 years, and groundwater treatment systems—20 years. Judgments and estimates made by us related to the expected useful lives of these assets are affected by factors such as changes in operating performance and fluctuations in economic conditions. If our assumptions change in the future, we may be required to record impairment charges for these assets.

- *Inventory.* Inventory consists primarily of raw materials and supplies. Inventory items are stated at the lower of cost, on a first-in, first-out basis, or market. Physical counts of inventory items are conducted periodically to help verify the balance of inventory. A reserve is maintained for obsolete inventory, if appropriate. We consider inventory to be obsolete when it is no longer usable as a system component.

- *Stock-based Compensation.* In accordance with the provisions of Accounting Principals Board, or APB, Opinion No. 25, *Accounting for Stock Issued to Employees*, or APB Opinion No. 25, we recognize compensation costs as a result of the issuance of stock options granted to employees or directors based on the excess, if any, of the fair value of the underlying stock at the date of the grant or award (or at an appropriate subsequent measurement date) over the amount the employee or director must pay to acquire the stock. Therefore, we are not required to recognize compensation expense as a result of any grants of stock options to employees or directors at an exercise price that is equivalent to or greater than fair value.

We also make pro forma disclosures, as required by SFAS No. 123, *Accounting for Stock-Based Compensation*, or SFAS No. 123, of net income or loss as if a fair-value-based method of accounting for stock options granted to employees had been applied if such amounts differ materially from the historical amounts. The fair value of the options is estimated based on the Black-Scholes option pricing model, which meets the criteria set forth in SFAS No. 123, and the assumption that all of the options or other equity instruments will ultimately vest. The effects of actual forfeitures are recognized as then occur.

Options or stock awards issued to other than employees or directors are recorded at their fair value as determined in accordance with SFAS No. 123 and EITF Issue No. 96-18, *Accounting for Equity Instruments that are Issued to other than Employees for Acquiring, or in Conjunction with Selling, Goods or Services*, and are periodically revalued as the options vest and are recognized as expense over the related service period.

37

EXHIBIT A, PAGE 44

PJ 01322

Case 2:11-cv-05316-R-AGR Document 48-4 Filed 08/14/12 Page 46 of 76 Page ID
#:6386
Amendment No. 4 for Basin Water, Inc. on Form S-1 Page 44 of 135

Table of Contents

During the fourth quarter of 2005, we recorded deferred stock-based compensation expense in an amount equal to the excess of the deemed fair value of our common stock over the exercise price of stock options on the date of grant. We expect to record additional deferred stock-based compensation expense during the first quarter of 2006 for stock options issued during that period. Deferred stock-based compensation has been or will be amortized to expense over the vesting period of the related options using an accelerated method in accordance with FASB interpretation, or FIN, No. 28, *Accounting for Stock Appreciation Rights and Other Variable Stock Option or Award Plans.*

As required by the FASB under SFAS No. 123(R), *Share-Based Payment,* or SFAS No. 123(R), we anticipate applying the prospective method of accounting for stock options issued, whereby we will recognize stock-based compensation expense under a fair market value computation effective January 1, 2006. The fair market value of stock options will be recognized as expense in our financial statements on an accelerated basis over the remaining vesting period of the stock options. We anticipate that the adoption of SFAS No. 123(R) will result in $0.4 million of expense in 2006, based upon options outstanding as of December 31, 2005. In addition, the adoption of this standard will result in difficulties comparing our operating results for future periods to those of our prior periods, since prior periods through 2005 will not reflect stock-based compensation expense under SFAS No. 123(R).

During the fourth quarter of 2005, we also recorded deferred charges in an amount equal to the excess of the deemed fair value of our common stock over the exercise price of warrants issued on the date of grant. We expect to record additional deferred charges during the first quarter of 2006 for warrants issued during that period. Such deferred charges have been or will be amortized as charges to the appropriate income statement classification over the period of the underlying transaction for which the warrants were issued in accordance with SFAS No. 150, *Accounting for Certain Financial Instruments with Characteristics of both Liabilities and Equity.*

38

**EXHIBIT A, PAGE 45**

PJ 01323

Amendment No. 4 for Basin Water, Inc. on Form S-1 Page 45 of 135

Table of Contents

**Results of Operations**

The following table sets forth key components of our results of operations for the periods indicated, both in dollars and as a percentage of revenues:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2003 | 2004 | 2005 |
| | (In thousands) | | |
| Revenues: | | | |
| System sales | $ 1,359 | $ 3,001 | $10,016 |
| Contract revenues | 736 | 1,306 | 2,215 |
| Total revenues | 2,095 | 4,307 | 12,231 |
| Cost of revenues: | | | |
| Cost of system sales | 703 | 1,046 | 4,467 |
| Cost of contract revenues | 737 | 1,300 | 2,323 |
| Depreciation expense | 127 | 216 | 340 |
| Total cost of revenues | 1,567 | 2,562 | 7,130 |
| Gross profit | 528 | 1,745 | 5,101 |
| Research and development expense | 261 | 316 | 651 |
| Selling, general and administrative expense | 1,511 | 1,765 | 3,334 |
| Income (loss) from operations | (1,244) | (336) | 1,116 |
| Other income (expense) | (64) | (220) | (553) |
| Income (loss) before income taxes | (1,308) | (556) | 563 |
| Income tax provision (benefit) | | | |
| Net income (loss) | $(1,308) | $ (556) | $ 563 |

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2003 | 2004 | 2005 |
| Revenues: | | | |
| System sales | 65% | 70% | 82% |
| Contract revenues | 35% | 30% | 18% |
| Total revenues | 100% | 100% | 100% |
| Cost of revenues: | | | |
| Cost of system sales | 34% | 24% | 37% |
| Cost of contract revenues | 35% | 30% | 19% |
| Depreciation expense | 6% | 5% | 2% |
| Total cost of revenues | 75% | 59% | 58% |
| Gross profit | 25% | 41% | 42% |
| Research and development expense | 12% | 7% | 5% |
| Selling, general and administrative expense | 72% | 41% | 27% |
| Income (loss) from operations | (59)% | (7)% | 10% |

**EXHIBIT A, PAGE 46**

**PJ 01324**

| | | | |
|---|---|---|---|
| Other income (expense) | (3)% | (5)% | (5)% |
| Income (loss) before income taxes | (62)% | (12)% | 5% |
| Income tax provision (benefit) | 0% | 0% | 0% |
| Net income (loss) | (62)% | (12)% | 5% |

39

**EXHIBIT A, PAGE 47**

PJ 01325

Table of Contents

**Years Ended December 31, 2004 and 2005**

*Revenues*

    Revenues increased by $7.92 million, or 184%, from $4.31 million during 2004 to $12.23 million during 2005. This increase occurred primarily as a result of growth in sales of our groundwater treatment systems. Revenues recognized for sales of groundwater treatment systems increased from $3.00 million during 2004 to $10.02 million during 2005, an increase of $7.02 million, or 234%, as a result of increased groundwater treatment systems sales volume. Revenues from system sales represented 70% and 82% of our total revenues during 2004 and 2005, respectively. Contract revenues increased from $1.31 million during 2004 to $2.21 million during 2005, an increase of $0.90 million, or 69%, as the number of systems placed with customers under long-term contracts increased in 2005. We anticipate that our revenues will continue to increase in 2006 as we sell more systems and enter into more contracts with our customers. However, over time, the percentage of increase from year to year will likely moderate as our revenue base increases. We also anticipate that, as a percentage of total revenues, our system sale revenues will tend to moderate somewhat, while our contract revenues are expected to increase in future periods.

*Cost of Revenues*

    Cost of revenues increased by $4.57 million, or 179%, from $2.56 million during 2004 to $7.13 million during 2005. This increase was primarily due to an increase in cost of systems sales of $3.42 million, or 326%, to $4.47 million during 2005 compared to $1.05 million during 2004. The increase in system sales was commensurate with the increase in revenues from systems sales during this period.

    Cost of contract revenues also increased by $1.02 million, or 78%, from $1.30 million during 2004 to $2.32 million during 2005. Depreciation expense increased by $0.12 million, or 55%, from $0.22 million in 2004 to $0.34 million in 2005. The increases in both cost of contract revenues and depreciation expense were primarily due to an increase in the number of systems in service under long-term contracts during 2005 compared to 2004. The increase in cost of contract revenues consists primarily of higher volume-related costs of salt and waste disposal and increased engineering and field service labor expense. In anticipation of future growth, we hired additional engineering and field service staff during 2005. This expense caused our cost of contract revenues to increase at a faster rate than our associated revenues from long-term contracts during 2005. We expect that in 2006 and future periods, our contract revenues growth will cover such increased staffing expenses and other semi-variable costs which would positively impact associated gross profit percentage.

    We expect that our cost of revenues will increase in absolute dollars in future periods due to both an increase in the number of systems sold and an increase in the number of systems placed into service with customers under long-term contracts, which will result in higher volume-related costs of salt, waste disposal and increased field service labor expense, as well as higher depreciation expense. Our cost of revenues for contract operations tend to be higher as a percentage of revenues than our cost of system sales. Therefore, as a percentage of revenues, we expect that our cost of revenues will vary from year to year, depending upon the percentage of our revenues recognized from systems sold as opposed to revenues recognized from long-term contracts.

*Gross Profit*

    Gross profit increased by $3.35 million, or 191%, from $1.75 million during 2004 to $5.10 million in 2005. This increase in gross profit was primarily the result of an increase in system sales gross profit of $3.60 million, or 185%, from $1.95 million during 2004 to $5.55 million during 2005. At the same time, gross profit derived from our contract revenues fell by $0.12 million in 2005 compared to 2004 as we increased the size of our engineering and field services staff in anticipation of future growth in deployed groundwater treatment systems. Our gross profit percentage was 41% in 2004 and 42% in 2005. Since our gross profit percentage is much higher

40

**EXHIBIT A, PAGE 48**

PJ 01326

Case 2:11-cv-05316-R-AGR  Document 48-4   Filed 08/14/12   Page 50 of 76   Page ID
#:6390
Amendment No. 4 for Basin Water, Inc. on Form S-1/A                    Page 48 of 195

Table of Contents

for system sales than for long-term contracts, we expect our gross profit and gross profit percentages to fluctuate based on the portion of our revenues derived from system sales as opposed to long-term contracts.

*Research and Development Expense*

Research and development expense increased by $0.33 million, or 103%, from $0.32 million in 2004 to $0.65 million in 2005, primarily as a result of increases in research material costs, personnel costs and outside consultant expense. We expect our research and development expense to continue to increase in absolute dollars in subsequent periods as we develop existing and additional groundwater treatment systems and expand our research and development personnel, but to decrease as a percentage of revenues as our revenues grow. Our research and development expense constituted a higher percentage of our revenues in prior periods when we were selling our first systems. We anticipate that our research and development expense will fluctuate significantly from period to period based upon the timing of our internal and sponsored research projects.

*Selling, General and Administrative Expense*

Selling, general and administrative expense increased by $1.57 million, or 89%, from $1.76 million during 2004 to $3.33 million during 2005. The increase was primarily attributable to higher personnel and related costs to support our overall growth. We expect our selling expense to continue to increase in future periods as we expand our sales and marketing force. We also expect our general and administrative expense to continue to increase in future periods as we incur additional costs associated with operating as a public company, and we expand our administrative organization to support our overall growth; however, we anticipate that, as our revenues grow, our selling, general and administrative expense will decline as a percentage of revenues in 2006.

*Other Income (Expense)*

Other expense increased by $0.33 million, or 150%, from $0.22 million during 2004 to $0.55 million during 2005, primarily as a result of higher interest expense due to increased indebtedness amounts outstanding under our senior secured loan with BWCA I, LLC, which we refer to as the BWCA loan, and the issuance of the XACP notes in October 2005. We expect other expense to decrease in absolute dollars and as a percentage of revenues as we intend to repay $9.0 million of our interest bearing debt with the net proceeds of this offering.

**Years Ended December 31, 2003 and 2004**

*Revenues*

Revenues increased by $2.22 million, or 106%, from $2.09 million in 2003 to $4.31 million in 2004, primarily as a result of growth in sales of our groundwater treatment systems and the placement of groundwater treatment systems with our customers under long-term contracts. Revenues from system sales represented 65% and 70% of our total revenues during 2003 and 2004, respectively.

*Cost of Revenues*

Cost of revenues increased by $1.00 million, or 64%, from $1.56 million in 2003 to $2.56 million in 2004. This increase was primarily due to an increase in the number of groundwater treatment systems placed with customers under long-term contracts during 2004 compared to 2003. This increase resulted from higher volume-related costs of salt and waste disposal and increased field service labor expense, as well as higher depreciation expense. In addition, the increase in cost of revenues was partially attributable to an increase in the number of systems sold in 2004 over 2003.

41

**EXHIBIT A, PAGE 49**

PJ 01327

Case 2:11-cv-05316-R-AGR   Document 48-4   Filed 08/14/12   Page 51 of 76   Page ID
#:6391
Amendment No. 4 for Basin Water, Inc. on Form S-1/A                                    Page 49 of 133

Table of Contents

*Gross Profit*

Gross profit increased by $1.22 million, or 230%, from $0.53 million in 2003 to $1.75 million in 2004. The increase in gross profit during this period was primarily attributable to an increase in gross profit from system sales, which totaled $0.66 million and $1.95 million in 2003 and 2004, respectively. Gross profit percentage was 25% and 41% for 2003 and 2004, respectively. The increase in gross profit percentage from 2003 to 2004 was primarily the result of higher gross profit percentage we experience for system sales.

*Research and Development Expense*

Research and development expense remained relatively stable at $0.26 million in 2003 and $0.32 million in 2004.

*Selling, General and Administrative Expense*

Selling, general and administrative expense increased by $0.25 million, or 17%, from $1.51 million during 2003 to $1.76 million during 2004. The increase was primarily attributable to higher personnel and related costs to support our overall growth.

*Other Income (Expense)*

Other expense in 2003 increased by $0.16 million, or 267% to $0.22 million during 2004, primarily as a result of higher average borrowings under the BWCA loan during 2004.

**Liquidity and Capital Resources**

Since our inception, we have financed our growth and operations primarily with proceeds from the issuance of preferred stock and common stock, as well as the incurrence of indebtedness under the BWCA loan, our subordinated notes issued to funds affiliated with Cross Atlantic Capital Partners and another purchaser, which we refer to as the XACP notes, and our subordinated note issued to Aqua America, which we refer to as our Aqua note.

Our long-term future capital requirements will depend on many factors, including our level of revenues, the expansion of sales and marketing activities, the success of Shaw in its marketing of our arsenic treatment systems, our ability to place our systems under long-term contracts and provide service under our long-term contracts and the continuing market acceptance of our systems.

We anticipate continued revenue growth. Our revenue growth impacts our liquidity and places increased demands on our capital resources. For example, as our system sales to customers increase, we require an increased investment in accounts receivable, as system sales accounts receivable may have repayment terms from several months to one year or beyond. Additionally, as our long-term contract revenues increase, we will experience much higher capital expenditure requirements.

We expect that our current cash and cash equivalents, together with the net proceeds of this offering, will be sufficient to fund our anticipated future growth and operations for the 12 months following the completion of this offering. We anticipate that we will need additional capital to finance our growth and operations after such 12-month period or to accelerate our expected growth during such 12-month period. In such an event, we anticipate that we would be able to raise additional capital through a combination of bank credit facilities, issuance of long-term debt and private or public equity offerings. If we were unable to obtain additional capital through one or more of these sources, our investment in groundwater treatment systems and our revenue growth

42

**EXHIBIT A, PAGE 50**

**PJ 01328**

Case 2:11-cv-05316-R-AGR Document 48-4 Filed 08/14/12 Page 52 of 76 Page ID
#:6392
Amendment No. 4 for Basin Water, Inc. on Form S-1 Page 50 of 68

Table of Contents

would be delayed, or we would focus our sales and marketing on the sales of systems as opposed to placing such systems under long-term contracts.

At December 31, 2005, we had $2.72 million in cash and cash equivalents. We have invested a substantial portion of our available cash funds in money market funds placed with reputable institutions for which credit loss is not anticipated.

The following table summarizes our primary sources of cash in the periods presented:

| | Year Ended December 31, | | |
| | 2003 | 2004 | 2005 |
| --- | --- | --- | --- |
| | | (In thousands) | |
| Net cash provided by (used in): | | | |
| Operating activities | $(1,913) | $ 1,081 | $(6,409) |
| Investing activities | (2,640) | (4,498) | (1,695) |
| Financing activities | 3,725 | 4,765 | 9,124 |
| Net increase (decrease) in cash and cash equivalents | $ (828) | $ 1,348 | $ 1,020 |

*Operating Activities*

Net cash provided by operating activities was $1.08 million during 2004 compared to net cash used in operating activities of $6.41 million during 2005. The increase of $7.49 million in net cash used by operating activities was due primarily to a $6.28 million increase in accounts receivable in 2005 compared to a $0.53 million decrease in accounts receivable in 2004, a $2.78 million increase in other assets (primarily long-term accounts receivable) in 2005 compared to a $0.30 million decrease in other assets in 2004 and a $0.35 million decrease in deferred revenues in 2005 compared to a $0.67 million increase in deferred revenues in 2004. These uses of net cash were offset in part by a $1.47 million increase in accounts payable in 2005 compared to a $0.07 million increase in accounts payable in 2004 and a $0.40 million increase in accrued expenses during 2005 compared to a $0.06 million increase in accrued expenses during 2004. This increase in net cash used by operating activities was primarily due to an increase in accounts receivable for systems sold to customers, as well as increases in contract revenues under which revenues were recognized but for which payment had not yet been received.

In general, accounts receivable arising from systems sales to customers are due in accordance with the provisions of the sales contract, which may provide for extended payment terms ranging from several months to one year or more for a significant portion of the contract price. In contrast, accounts receivable from systems placed under long-term contracts with customers are usually due within a much shorter period, generally within one month after the date services have been performed and the customer has been billed. Accordingly, in periods in which our revenues from system sales are higher, our collection of accounts receivable will be much slower due to the nature of the sales contracts, and we will require additional cash to fund these system sales accounts receivable.

Net cash used in operating activities was $1.91 million in 2003 compared to net cash provided by operating activities of $1.08 million in 2004. This $2.99 million increase in net cash provided by operating activities was primarily attributable to an increase in revenues of $2.22 million and a resulting $0.75 million decrease in net loss and a $1.81 million decrease in accounts receivable, together with a $0.66 million increase in deferred revenues.

*Investing Activities*

Net cash used in investing activities was $4.50 million in 2004 compared to $1.70 million in 2005. This decrease was due primarily to a $2.22 million decrease in capital expenditures in 2005 compared to 2004. This

43

**EXHIBIT A, PAGE 51**

PJ 01329

Table of Contents

decrease in capital expenditures was the result of fewer systems placed with customers under long-term contracts during 2005 than during 2004, since more customers chose to purchase systems from us rather than pay us under long-term contracts.

Net cash used in investing activities was $2.64 million in 2003 compared to $4.50 million in 2004. This $1.86 million increase in net cash used in investing activities was primarily attributable to increased capital expenditures in 2004 compared to 2003, as more groundwater treatment systems were constructed and placed into service in 2004.

*Financing Activities*

Net cash provided by financing activities was $4.77 million in 2004 compared to $9.12 million 2005. This increase was due primarily to the receipt of $3.58 million in net proceeds of the sales of our common stock, together with proceeds from notes payable of $5.16 million in 2005 compared to $2.34 million in 2004 and a decrease of $0.59 million in principal payments of notes payable and capital leases. These sources of net cash provided by financing activities were offset in part by a decrease of $2.60 million in net proceeds of sales of our Series B preferred stock. Subsequent to December 31, 2005, we issued the Aqua note in the principal amount of $2.0 million.

Net cash provided by financing activities was $3.73 million 2003 compared to $4.77 million in 2004. This $1.04 million increase in net cash provided by financing activities was primarily the result of a $1.86 million increase in net proceeds of sales of Series B preferred stock in 2004 compared to 2003, offset in part by a $0.62 million increase in repayment of notes payable in 2004, primarily with respect to the BWCA loan.

**Capital Expenditures**

Our capital expenditures are primarily for groundwater treatment systems that we build and then contract to customers under long-term contracts. Capital expenditures totaled $2.47 million, $4.13 million and $1.91 million during the years ended December 31, 2003, 2004 and 2005, respectively. Our future capital expenditures will fluctuate depending on the number of our systems we place with customers under long-term contracts.

We anticipate that our capital expenditures will continue to increase in future years, commensurate with our delivery of groundwater treatment systems to customers under long-term contract arrangements. As a result, we expect to use between $12.0 million and $15.0 million of the net proceeds of this offering to make capital expenditures during 2006, and our capital expenditure requirements could increase further, depending upon the number of customers with whom we enter into long-term contracts in future periods.

**Outstanding Indebtedness**

*BWCA Loan.* In October 2003, we entered into the BWCA loan, which allows us to borrow up to $5.0 million. The amounts outstanding under the BWCA loan accrue interest at a fixed rate of 9.0% per annum, payable on a quarterly basis. Additionally, under the terms of the BWCA loan, we were required to pay quarterly, until October 2005, an annual commitment fee computed at 0.5% of the average undrawn balance for the period. We are required to repay principal on the loans under the BWCA loan in seven annual installments commencing December 31, 2006. BWCA loan is secured by a lien on substantially all of our assets, including our water contracts and water services agreements. The term of the BWCA loan expires on December 31, 2013, at which time all outstanding amounts under the loan will be due and payable. Pursuant to the terms of the BWCA loan, a principal payment of $0.6 million was paid during the year ended December 31, 2004. At December 31, 2005, $4.0 million was outstanding under the terms stated above. As of October 2005, under the terms of the BWCA loan agreement, no further amounts are available to borrow.

*XACP Notes.* In October 2005, we issued $5.0 million of subordinated notes to The Co-Investment 2000 Fund, L.P. and Cross Atlantic Technology Fund II, L.P. (both funds affiliated with Cross Atlantic Capital

44

**EXHIBIT A, PAGE 52**

PJ 01330

Table of Contents

Partners) and Catalyst Basin Water, LLC, under which we received aggregate net proceeds of $4.7 million. The XACP notes are subordinated in right of payment to the amounts owing under the BWCA loan and are secured by a second priority lien on substantially all of our assets, including our water contracts and water services agreements. The XACP notes accrue interest at a rate of 7.0% per annum, payable on a semiannual basis beginning March 1, 2006. The XACP notes mature on the earlier of October 14, 2008 and the closing of this offering. The maturity of the XACP notes may be extended, at our option, until September 1, 2010.

*Aqua Note.* In February 2006, we issued a $2.0 million subordinated note to Aqua America, Inc. under which we received aggregate net proceeds of $1.9 million. The Aqua note is subordinated in right of payment to the amounts owing under the BWCA loan and is secured by substantially all of our assets, including our water contracts and water services agreements. The Aqua note accrues interest at a rate of 7.0% per annum, payable on a semiannual basis beginning July 1, 2006. The Aqua note matures on the earlier of the first anniversary of the closing of this offering and February 10, 2009. The purchase agreement pursuant to which we issued the Aqua note contains certain negative covenants that limit our ability to, among other things, incur additional indebtedness, including a limit of $8.0 million of indebtedness senior to the Aqua note, merge, consolidate, or dispose of our assets, pay dividends or repurchase our capital stock, change our line of business, accept any prepayments under or otherwise modify contracts with our customers, enter into transactions with our affiliates and grant liens on our assets. The purchase agreement specifies a number of events of default (some of which are subject to applicable cure periods), including, among others, the failure to make payments when due, defaults under other agreements or instruments of indebtedness and noncompliance with covenants. Upon the occurrence of an event of default, Aqua America may declare all amounts outstanding under the Aqua note to be immediately due and payable, and if we are unable to pay such amounts, Aqua America has certain rights to foreclose on all of our assets.

We expect to use $9.2 million of the net proceeds of this offering to repay $4.2 million in borrowings under the BWCA loan (including a prepayment penalty of $0.2 million) and $5.0 million in indebtedness under the XACP notes. The terms of the BWCA loan require us to pay a prepayment penalty of 5% in connection with any early prepayment of the outstanding loan. The terms of the XACP notes require us to repay all outstanding amounts upon completion of this offering, with no prepayment penalty.

**Warrants Issued in connection with Indebtedness and other Transactions**

In connection with the BWCA loan, we have issued to the lender warrants to purchase an aggregate of 717,450 shares of our common stock at an exercise price of $4.00 per share. These warrants are immediately exercisable and expire in 2008; provided, that the warrant shall no longer be exercisable on the date of a change in control of our company. In connection with the XACP notes, we issued to the purchasers warrants to purchase an aggregate of 750,000 shares of our common stock at an exercise price of $5.50 per share and warrants to purchase an aggregate of 250,000 shares of our common stock at an exercise price of $7.00 per share. These warrants are immediately exercisable and expire on the earliest of October 14, 2010, 30 months after completion of this offering and immediately prior to a change in control of our company.

In connection with a proposed nationwide strategic relationship with Aqua America and issuance of the Aqua note, we granted to Aqua America a warrant to purchase 300,000 shares of our common stock at an exercise price of $6.00 per share and a warrant to purchase 100,000 shares of our common stock at an exercise price of $7.00 per share. In addition, in connection with the consent granted by BWCA I, LLC with respect to our issuance of the Aqua note, we granted to BWCA I, LLC a warrant to purchase 50,000 shares of our common stock at an exercise price of $8.00 per share.

Pursuant to our binding commitment letter with Shaw, Shaw has committed to purchase a total of $5.0 million of our groundwater treatment systems prior to December 31, 2006. We have granted to Shaw a warrant to purchase 300,000 shares of our common stock at an exercise price of $7.00 per share in connection with its

45

**EXHIBIT A, PAGE 53**

PJ 01331

Table of Contents

purchase of our groundwater treatment systems. One-fifth of the shares subject to this warrant will vest upon each $1.0 million of our groundwater treatment systems paid for by Shaw. The warrant may be exercised for five years after the date of grant. In the fourth quarter of 2005, we recognized revenues of approximately $1.6 million from Shaw's purchase of our systems, which was offset by approximately $0.2 million attributable to the warrant that we granted to Shaw pursuant to the transaction. We expect to recognize revenues of the remaining $3.4 million pursuant to this commitment in 2006, which will also be offset by approximately $0.3 million attributable to the warrants we have granted to Shaw.

We have applied or will apply the provisions of SFAS No. 123 and SFAS No. 123(R) to the warrants issued in connection with these transactions. Accordingly, the total fair value of the warrants issued has been or will be calculated using the Black-Scholes method. In accordance with the provisions of SFAS No. 150, *Accounting for Certain Financial Instruments with Characteristics of both Liabilities and Equity*, the fair values of those warrants primarily related to indebtedness have been or will be recorded as a discount to notes payable, with a corresponding increase in common stock. The fair value of such warrants will then be amortized through the end of each respective loan term under the interest method.

### Off Balance Sheet Arrangements

Through December 31, 2005, we did not have any relationships with unconsolidated entities or financial partnerships, such as entities often referred to as structured finance or special purpose entities, which would have been established for the purpose of facilitating off-balance sheet arrangements or other contractually narrow or limited purposes. In addition, we do not engage in trading activities involving non-exchange traded contracts. As such, we are not materially exposed to any financing, liquidity, market or credit risk that could arise if we had engaged in these relationships. We do not have relationships or transactions with persons or entities that derive benefits from their non-independent relationship with us or our related parties.

### Contractual Obligations

The following table summarizes our significant contractual obligations as of December 31, 2005, after giving effect to the completion of this offering and the application of net proceeds thereof as described in "Use of Proceeds":

| | Payments Due by Period | | | | |
|---|---|---|---|---|---|
| | Less than 1 Year (2006) | 1 to 3 Years (2007-2008) | 3 to 5 Years (2009-2010) | More than 5 Years (After 2010) | Totals |
| | | | (In thousands) | | |
| Principal payments—notes payable | $ 106 | $ 15 | $ 3 | $ — | $ 124 |
| Interest payments—fixed rate notes payable | 8 | — | — | — | 8 |
| Capital lease obligations | 16 | 26 | 17 | — | 59 |
| Operating lease obligations | 125 | 184 | — | — | 309 |
| Capital commitments (1) | 7,355 | — | — | — | 7,355 |
| Totals | $7,610 | $ 225 | $ 20 | $ — | $7,855 |

(1)   Represents estimated costs to complete groundwater treatment systems under current contracts with customers.

We currently have no minimum purchase commitments with any of our vendors. We have not presented any commitment fees under the BWCA loan because the table above reflects repayment of the BWCA loan with the net proceeds of this offering and even if we do not repay the BWCA loan, we have no further obligations to pay any commitment fees under the BWCA loan as of December 31, 2005.

46

**EXHIBIT A, PAGE 54**

PJ 01332

Case 2:11-cv-05316-R-AGR  Document 48-4   Filed 08/14/12   Page 56 of 76   Page ID
#:6396
Amendment No. 4 for Basin Water, Inc. on Form S-1                                            Page 34 of 135

Table of Contents

**Controls and Procedures**

We have identified several material weaknesses in our internal control over financial reporting. According to the Public Company Accounting Oversight Board Auditing Standard No. 2—An Audit of Internal Control over Financial Reporting Performed in Conjunction with An Audit of Financial Statements, a material weakness is a significant deficiency, or a combination of significant deficiencies, that results in more than a remote likelihood that a material misstatement of the annual or interim financial statements will not be prevented or detected by us in a timely manner. In addition, a restatement of previously issued financial statements to reflect the correction of a misstatement is a strong indicator that a material weakness in internal control over financial reporting exists.

During 2005, our former registered public accounting firm notified us that it may not have been independent with respect to the audits they performed on our 2002 and 2003 financial statements. Accordingly, we engaged a new registered public accounting firm to re-audit our 2002, 2003 and 2004 financial statements. In connection with the preparation for this re-audit process, we determined that several adjustments and reclassifications should be made to the financial statements for these three years primarily to properly capitalize certain overhead costs and interest expense related to our systems, to reclassify certain expenses from selling, general and administrative expense to cost of revenues, and to properly recognize long-term contract revenues on a straight-line basis.

Management also identified certain matters considered to be material weaknesses in our internal accounting controls and in the application of these controls, which resulted in the necessity to restate our 2002, 2003 and 2004 financial statements. The material weaknesses which we identified were:

- We had inadequate resources in our accounting and financial reporting functions. As a small company, we historically employed a very small staff in our accounting and finance department. As a result, we did not have a sufficient complement of personnel with an appropriate level of accounting knowledge and expertise.

- We had no written documentation of our accounting policies and procedures.

- We had no formal documentation of our system of internal control over financial reporting.

These control deficiencies resulted in adjustments that were included in the restatement of our financial statements for the years ended December 31, 2002, 2003 and 2004. Additionally, each of these control deficiencies could result in a misstatement of account balances or disclosures that would result in a material misstatement to our financial statements that would not be prevented or detected. Accordingly, we have determined that each of the control deficiencies described above constitutes a material weakness.

Management determined that we should adopt the percentage-of-completion method of accounting for sales of our systems, which more properly recognizes economic activity in the period in which such activity occurs. In general, financial statements based on the percentage-of-completion method present the economic substance of production-type activities more clearly than the use of the completed-contract method, and present the relationships between sales, cost of sales and related period costs more accurately. We also determined that certain warrants issued in 2002, 2003 and 2004 had significant fair value for which we were required to record expense. As a result, we appropriately recorded the fair value of these warrants in our financial statements. Finally, management also corrected other less material errors in the financial statements for 2002, 2003 and 2004, including adjustments to properly recognize recurring contract revenues on a straight-line basis, to reclassify certain expenses from selling, general and administrative expense to cost of revenues and to properly capitalize certain overhead costs and interest expense related to our systems.

We may in the future identify further material weaknesses or significant deficiencies in our internal control over financial reporting that we have not discovered to date. We plan to refine our internal control over financial reporting to meet the internal control reporting requirements included in Section 404 of the Sarbanes-Oxley Act

47

**EXHIBIT A, PAGE 55**

PJ 01333

---

Table of Contents

with which we must comply by December 31, 2007. The efficacy of the measures we implement in this regard will be subject to ongoing management review supported by confirmation and testing by management and by our internal auditors, as well as audit committee oversight. As a result, we expect that additional changes could be made to our internal control over financial reporting and disclosure controls and procedures.

*Plan for Remediation of Material Weaknesses*

We are evaluating the previously identified material weaknesses and are in the preliminary stages of developing a plan to remediate these material weaknesses. Our chief financial officer was hired in September 2004 and began the immediate search and recruitment of additional qualified staff. In June 2005, we hired a director of finance. In March 2006, we hired a full-time controller. We have hired and expect to hire additional qualified accounting personnel upon completion of this offering. In connection with our remediation efforts, we expect to review our internal financial control and accounting resources, attract and hire additional accounting personnel who are certified public accountants or have recent public accounting firm experience, document our conclusions on technical accounting issues and determinations on a timely basis and ensure the technical proficiency of the audit committee we are establishing in connection with this offering to oversee our financial reporting function.

We are also in the process of implementing a system of disclosure controls and procedures that is designed to ensure that information required in our future Exchange Act reports is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms, and that such information is accumulated and communicated to our management, including our chief executive officer and chief financial officer, as appropriate, to allow for timely decisions regarding required disclosure. In designing and evaluating the disclosure controls and procedures, management recognizes that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and management necessarily is required to apply its judgment in evaluating the cost-benefit relationship of possible controls and procedures.

Over the next 12 months, we intend to implement the following as part of our efforts to prepare for our public reporting obligations, which we believe will contribute to our remediation efforts:

- initiate a Sarbanes-Oxley Section 404 preparedness project with the assistance of a reputable registered public accounting firm;

- implement a disclosure committee that will include the development of a certification and sub-certification process which, together with other components of our disclosure controls and procedures will be designed to ensure that we are able to timely record, process and report both financial and other information to our senior management team;

- increase the number and skills of management and staff personnel in our accounting and finance organization to increase our depth of experience in accounting and SEC reporting matters;

- implement a new financial software system to enhance our financial reporting process; and

- establish an internal audit function, either through use of a consultant or by hiring our own personnel.

**Non-GAAP Measure**

In evaluating our business, we consider and use EBITDA as a supplemental measure of our operating performance. We define EBITDA as net income or loss before interest expense, income tax expense, depreciation and amortization. We believe use of EBITDA facilitates operating performance comparisons from period to period and company to company by removing potential differences caused by variations in capital structures (affecting primarily relative interest expense), the book amortization of intangibles (affecting relative

48

**EXHIBIT A, PAGE 56**

PJ 01334

Table of Contents

amortization expense), the age and book depreciation of facilities and equipment (affecting relative depreciation expense) and other non-cash charges. We believe that, by eliminating such effects, EBITDA provides a meaningful measure of overall corporate performance exclusive of our capital structure, and the method and timing of our expenditures associated with building and placing our systems. We also present EBITDA because we believe it is frequently used by securities analysts, investors and other interested parties as a measure of financial performance.

The term EBITDA is not defined under U.S. generally accepted accounting principles, or U.S. GAAP, and is not a measure of operating income, operating performance or liquidity presented in accordance with U.S. GAAP. Our EBITDA has limitations as an analytical tool, and when assessing our operating performance, you should not consider EBITDA in isolation, or as a substitute for net income (loss) or other consolidated income statement data prepared in accordance with U.S. GAAP. Some of these limitations include, but not limited to, are:

- it does not reflect our cash expenditures or future requirements for capital expenditures or contractual commitments;

- it does not reflect changes in, or cash requirements for, our working capital needs;

- it does not reflect the interest expense, or the cash requirements necessary to service interest or principal payments, on our debt;

- it does not reflect income tax expense, cash required for any tax payments or the cash availability for any tax refunds;

- although depreciation and amortization are non-cash charges, the assets being depreciated and amortized often will have to be replaced in the future, and EBITDA does not reflect any cash requirements for such replacements; and

- other companies may calculate EBITDA differently than we do, limiting its usefulness as a comparative measure.

We compensate for these limitations by relying primarily on our GAAP results and using EBITDA only supplementally. EBITDA is calculated as follows for the periods presented:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2003 | 2004 | 2005 |
| | (In thousands) | | |
| Net income (loss) | $(1,308) | $ (556) | $ 563 |
| Add: interest expense, net (1) | 58 | 170 | 419 |
| Add: depreciation and amortization | 175 | 269 | 506 |
| Add: income tax expense | — | — | — |
| EBITDA (2) | $(1,075) | $ (117) | $1,488 |

(1) Interest expense includes portions of the fair value of warrants that constitute debt discount, but excludes amortization of debt discount already included in amortization expense.
(2) Included in EBITDA are the following:

- Stock-based compensation, which includes amortization of deferred compensation expense. We recorded approximately $31,000 in stock-based compensation expense in 2005. We expect stock-based compensation to affect our operating results in future periods in 2006 through 2008.

- Expense related to fair value of warrants, which consists of the amortization of deferred charges representing the excess of the fair value of our common stock over the exercise price of warrants issued. We recorded approximately $13,000 in expense related to fair value of warrants in 2005.

- Other warrant expense, which represents the fair market value of warrants issued to two customers in connection with sales of groundwater treatment systems. We recorded approximately $345,000 in other warrant expense in 2005.

49

**EXHIBIT A, PAGE 57**

PJ 01335

Table of Contents

**Effect of Inflation; Seasonality**

We do not believe that inflation has had a material impact on our financial condition or results of operations.

Our business, particularly the revenues we receive from our long-term contracts, is moderately seasonal due to the impact of summer and hot weather conditions on the water requirements of our customers. In the summer and warmer months, our customers have a higher demand for water and must increase the utilization of their groundwater resources resulting in a higher volume of groundwater treated during these periods and thus higher revenues from our long-term contracts. Our net sales and net income have historically been lowest in the three-month periods ending December 31 and March 31, when the Arid West generally faces cooler weather that reduces the utilization of groundwater sources which in turn reduces the processing fees we receive from our long-term contracts. Historically, the impact of seasonality has been mitigated through the impact of the sales of our systems in certain periods. We also expect sales of our systems to continue to mitigate the impact of seasonality in future periods in the near-term.

**Recently Issued Accounting Standards**

In November 2004, the FASB issued SFAS No. 151, *Inventory Cost*, or SFAS No. 151. SFAS No. 151 amends the accounting for abnormal amounts of idle facility expense, freight, handling costs, and wasted material (spoilage) under the guidance in ARB No. 43, Chapter 4, *Inventory Pricing*. Paragraph 5 of ARB No. 43, Chapter 4, previously stated that "... under some circumstances, items such as idle facility expense, excessive spoilage, double freight, and rehandling costs may be so abnormal as to require treatment as current period charges. . . ." This Statement requires that those items be recognized as current-period charges regardless of whether they meet the criterion of "so abnormal." In addition, this Statement requires that allocation of fixed production overheads to the costs of conversion be based on the normal capacity of the production facilities. This Statement is effective for inventory costs incurred during fiscal years beginning after June 15, 2005. Management does not expect adoption of SFAS No. 151 to have a material impact on the Company's financial statements.

In December 2004, the FASB issued SFAS No. 153, *Exchanges of Nonmonetary Assets*, or SFAS No. 153, an amendment to Opinion No. 29, *Accounting for Nonmonetary Transactions*, or Opinion No. 29. SFAS No. 153 eliminates certain differences in the guidance in Opinion No. 29 as compared to the guidance contained in standards issued by the International Accounting Standards Board. The amendment to Opinion No. 29 eliminates the fair value exception for nonmonetary exchanges of similar productive assets and replaces it with a general exception for exchanges of nonmonetary assets that do not have commercial substance. Such an exchange has commercial substance if the future cash flows of the entity are expected to change significantly as a result of the exchange. SFAS No. 153 is effective for nonmonetary asset exchanges occurring in periods beginning after June 15, 2005. Earlier application is permitted for nonmonetary asset exchanges occurring in periods beginning after December 16, 2004. Management does not expect adoption of SFAS No. 153 to have a material impact on the Company's financial statements.

In December 2004, the FASB issued SFAS No. 123(R), *Share-Based Payment*. SFAS 123(R) amends SFAS No. 123, *Accounting for Stock-Based Compensation*, and APB Opinion No. 25, *Accounting for Stock Issued to Employees*. SFAS No. 123(R) requires that the cost of share-based payment transactions (including those with employees and non-employees) be recognized in the financial statements. SFAS No. 123(R) applies to all share- based payment transactions in which an entity acquires goods or services by issuing (or offering to issue) its shares, share options, or other equity instruments (except for those held by an ESOP) or by incurring liabilities (1) in amounts based (even in part) on the price of the entity's shares or other equity instruments, or (2) that require (or may require) settlement by the issuance of an entity's shares or other equity instruments. This statement is effective for all public companies as of the first fiscal year beginning after December 15, 2005. Management is currently assessing the effect of SFAS No. 123(R) on the Company's financial statements.

50

**EXHIBIT A, PAGE 58**

PJ 01336

Table of Contents

In May 2005, the FASB issued SFAS No. 154, *Accounting Changes and Error Corrections*, or SFAS No. 154. SFAS No. 154 establishes new standards on accounting for changes in accounting principles. Pursuant to the new rules, all such changes must be accounted for by retrospective application to the financial statements of prior periods unless it is impracticable to do so. SFAS No. 154 completely replaces APB Opinion No. 20 and SFAS No. 3, though it carries forward the guidance in those pronouncements with respect to accounting for changes in estimates, changes in the reporting entity, and the correction of errors. SFAS No. 154 is effective for accounting changes and error corrections made in fiscal years beginning after December 15, 2005, with early adoption permitted for changes and corrections made in years beginning after May 2005. Management does not expect adoption of SFAS No. 154 to have a material impact on the Company's financial statements.

In February 2006, the FASB issued SFAS No. 155, *Accounting for Certain Hybrid Financial Instruments*. SFAS No. 155 amends SFAS No. 133, *Accounting for Derivative Instruments and Hedging Activities*, to narrow the scope exception for interest-only and principal-only strips on debt instruments to include only such strips representing rights to receive a specified portion of the contractual interest or principal cash flows. SFAS 155 also amends SFAS No. 140, *Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities*, to allow qualifying special-purpose entities to hold a passive derivative financial instrument pertaining to beneficial interests that itself is a derivative financial instrument. Generally, SFAS No. 133 requires that a derivative embedded in a host contract that does not meet the definition of a derivative be accounted for separately (referred to as bifurcation) under certain conditions. That general rule notwithstanding, SFAS No. 133 (prior to amendments made to it by SFAS No. 155) provides a broad exception for interest-only and principal-only strips initially resulting from the separation of rights to receive contractual cash flows of a financial instrument that itself does not contain an embedded derivative that would have been accounted for separately. SFAS No. 155 amends SFAS No. 133 to restrict the scope exception to strips that represent rights to receive only a portion of the contractual interest cash flows or of the contractual principal cash flows of a specific debt instrument. Prior to amendments made by SFAS No. 155, SFAS No. 140 permitted a qualifying special-purpose entity (SPE) to hold only passive derivative financial instruments pertaining to beneficial interests (other than another derivative financial instrument) issued or sold to parties other than the transferor. SFAS No. 155 amends SFAS No. 140 to allow a qualifying SPE to hold a derivative instrument pertaining to beneficial interests that itself is a derivative financial instrument. SFAS No. 155 is effective for fiscal years beginning after September 15, 2006, with early adoption as of the beginning an entity's fiscal year. Management does not expect adoption of SFAS No. 155 to have a material impact on the Company's financial statements.

**Quantitative and Qualitative Disclosure About Market Risk**

Market risk represents the risk of loss arising from adverse changes in market rates and foreign exchange rates. At December 31, 2005, we had aggregate balances outstanding under loan arrangements of approximately $9.0 million. Subsequent to December 31, 2005, we incurred additional indebtedness in the aggregate principal amount of $2.0 million. The amount of our outstanding debt at any time may fluctuate and we may from time to time be subject to refinancing risk. These balances as of the date of this prospectus included amounts received in connection with the issuance of $5.0 million in principal amount of the XACP notes and the issuance of $2.0 million in principal amount under the Aqua note. After giving effect to the application of the net proceeds of this offering, we expect that we will have $2.0 million of outstanding indebtedness, which will have a fixed interest rate of 7.0%. A hypothetical 100 basis point increase in interest rates would not have a material effect on our annual interest expense, our results of operations or financial condition. We derive substantially all of our revenues from sales within the United States. Since transactions in foreign currencies are immaterial to us as a whole because we do not have any foreign customers nor do we enter into contracts with foreign entities, we do not consider it necessary to hedge against currency risk.

51

**EXHIBIT A, PAGE 59**

PJ 01337

Table of Contents

## BUSINESS

We design, build and implement systems for the treatment of contaminated groundwater. We have developed a proprietary, scalable ion-exchange wellhead treatment system that reduces groundwater contaminant levels in what we believe is a more efficient, flexible and cost-effective manner than competing solutions. We market our system to utilities, cities, municipalities, special districts, real estate developers and other organizations that supply water, collectively referred to as water providers, for use in treating groundwater sources that do not comply with federal or state regulations due to the presence of chemical contaminants. We currently have 50 systems delivered or in process in California and Arizona with an aggregate installed capacity of approximately 86,800 acre-feet per year or approximately 28.3 billion gallons per year. Our customers include Arizona-American Water, an affiliate of American Water, California Water Service Company, an affiliate of California Water Service Group and Golden State Water Company, an affiliate of American States Water Company, three of the largest investor-owned water utilities in the United States based on population served.

While our system can be employed in the treatment of a wide range of contaminants, we have focused initially on three key chemical contaminants: arsenic, nitrate and perchlorate. According to the EPA, arsenic and nitrate are among the most toxic, prevalent and strictly regulated contaminants in the United States. Perchlorate, a toxic component of solid rocket fuel and other combustibles, has become the subject of increased regulatory review as detections have risen in recent years. These key contaminants, which have been linked to various cancers, diseases and metabolic disorders, have received substantial focus and attention of the EPA and state regulatory agencies, media and consumer groups. As a result, this has created our most immediate market opportunity for treatment of groundwater for our customers.

Increasing demand for available drinking water due to high population growth and decreasing drinking water supplies as a result of increased contamination and increasingly stringent federal and state regulation, have created a need for expansion of the United States drinking water supply. This is of particular concern in the Arid West, which is currently experiencing some of the nation's highest population growth and a chronic water shortage. For example, at the California Senate National Resources and Water Committee hearing in January 2006, the state of California, recognizing its major water quality and supply difficulties, proposed a $29.0 billion water management program to meet the needs of its large and growing population.

We believe that treatment of the large amount of contaminated groundwater represents the most cost-effective and viable method to expand the water supply to meet the needs of a growing population, and represents a significant market opportunity for us. According to a report published by the EPA in June 2005, entitled *Drinking Water Infrastructure Needs Survey and Assessment*, which we refer to in this prospectus as the EPA Report, the United States public water system infrastructure will require total investment of approximately $276.8 billion over the next 20 years. Water treatment for contaminant removal is recognized by the EPA as the second largest area of need in the report, and is estimated to require $53.2 billion in total investment over the next 20 years.

Our long-term goal is to become a major supplier of groundwater contaminant treatment systems in the United States, with an initial focus on the Arid West. We intend to extend our geographic reach throughout the United States by leveraging our expertise in groundwater treatment systems to form relationships with larger companies servicing and supplying the water industry on a national basis. To aid our national expansion, we have entered into a strategic sales and marketing agreement with Shaw to market our arsenic treatment system to water providers in 18 states on an exclusive basis. In addition, we are currently finalizing discussions with Aqua America, the largest U.S.-based publicly-traded water utility, regarding a strategic relationship. Under the terms of the proposed strategic relationship, Aqua America and Basin Water would work together to treat and recover sources of water supply that have been impacted by nitrate and arsenic. The proposed strategic relationship would facilitate the installation of our water treatment systems at publicly-owned and investor-owned water systems and the operations of such water systems.

52

**EXHIBIT A, PAGE 60**

PJ 01338

Amendment No. 4 for Basin Water, Inc. on Form S-1/A Page 60 of 138

Table of Contents

**Industry Overview**

We believe that increased demand for available drinking water coupled with decreasing supply of that water has fueled the growth in the groundwater contaminant treatment industry:

*Drinking water sources and benefits of groundwater.* Drinking water throughout the United States is supplied primarily from surface water and groundwater. In the Arid West, available surface water is largely claimed, leaving little room for expansion of this source to meet increasing demand. Procurement of surface water can also be expensive, often requiring miles of transport before consumption. Desalination is a potential source of drinking water; however, we believe that the potential benefit of desalination as an alternative source of drinking water is limited due to a number of factors, including the high energy costs associated with the process, the relative inefficiency of the process, the substantial financial investment required to construct a desalination plant, the need to place such plants near an electric power generation plant and in a coastal location and the environmental opposition to brine discharge and entrapment and impingement of marine organisms.

Groundwater, which according to the United States Geological Survey, or USGS, serves as the primary source of drinking water for more than half of the United States population, has numerous advantages over surface water as a dependable source for water providers. According to the USGS, at any given time, the 1.0 million cubic miles of groundwater in storage is more than 30 times greater than the available supply of surface water in freshwater lakes and streams. Compared to surface water resources, the extraction of groundwater is relatively inexpensive due to its abundance and minimal need for investment by water providers for transport. Groundwater is also a more stable source of drinking water because water providers are able to determine precisely the amount of water they can pump each year. Furthermore, the volume of groundwater pumped can be adjusted to meet seasonal needs so that no excess water is pumped from the well and stored in a surface environment that is subject to evaporation. Finally, groundwater is less affected by weather conditions, including droughts, because it is not exposed to surface elements.

*Increasing demand for available drinking water.* Population growth has resulted in increased demand for drinking water in much of the United States. As a result, water providers are challenged continually with securing drinking water resources to meet the needs of their customers. Many areas in the United States experience drinking water shortages on an annual basis. This is a problem particularly acute in California and other states in the Arid West, where population growth has resulted in rapidly increasing demand for drinking water. For example, the population of California and Arizona, collectively, grew by approximately 5.6 million people between 1990 and 2000. The U.S. Census Bureau expects this trend of population growth to continue, with the combined population of these two states expected to increase by more than 12.0 million people over the next 20 years. With much of the Arid West experiencing chronic shortages of drinking water, additional sources of drinking water will be necessary to support this anticipated rapid population growth.

*Decreasing supply of available drinking water.* Though groundwater is both a cost-effective and advantageous alternative to surface water, it is at substantial risk of contamination from a number of sources. Due to population growth into areas adjacent to industrial locations and recent technological improvements in water testing equipment, groundwater contamination that can pose serious health threats to humans continues to be discovered at an increasing rate. Because of health concerns, the EPA and state regulatory agencies have been active in establishing MCLs for chemical contaminants in drinking water to ensure that the public has access to a safe drinking water supply. In addition, improvements in water testing and treatment technologies have allowed the EPA and state regulatory agencies to lower the MCL for certain contaminants. Chemical contaminants, such as arsenic, nitrate and perchlorate, are increasingly found to be present in underground aquifers, and we expect the cost of clean-up for these underground aquifers in order to meet applicable MCLs will increase the cost of drinking water to consumers. In addition, as groundwater wells are shut down due to non-compliant contaminant levels, the availability of groundwater decreases, resulting in lower supply and generally a higher price for drinking water.

53

**EXHIBIT A, PAGE 61**

PJ 01339

Amendment No. 4 for Basin Water, Inc. on Form S-1 Page 61 of 138

Table of Contents

**Market Opportunity**

Because groundwater has significant advantages over other sources of drinking water, we believe that a large market opportunity exists in providing a solution for groundwater treatment. There are few economically attractive alternatives for treating groundwater at the wellhead. Customarily, water providers either shut down a contaminated well or blend the water with non-contaminated water to meet an MCL. Ion exchange technology is acknowledged as a leading technology for groundwater treatment, including being designated by the DHS as a "best available technology" for treating groundwater for removal of contaminants. Water providers may also use technologies such as coagulation microfiltration, media absorption (a process that removes contaminants by chemically bonding them to a media such as activated carbon), reverse osmosis and electrodialysis reversal for the removal of contaminants from drinking water. As compared to our system, many existing contaminant treatment technologies are costly, produce large amounts of waste or are generally designed for large industrial installations rather than for wellhead treatment. Thus, we believe there is significant demand for cost-effective groundwater treatment using our system.

We believe that the Arid West represents our largest initial geographic opportunity given the region's significant population, continued population growth, chronic shortage of surface water, large number of groundwater wells and high occurrence of contaminants in groundwater resources. Our system allows water providers to forego importing and blending water and instead obtain a steady supply of drinking water by treating groundwater assets they already own at a lower total cost than other methods and technologies.

We are focusing initially on treatment of groundwater for three key chemical contaminants: arsenic, nitrate and perchlorate. These contaminants, which have been linked to various cancers, diseases and metabolic disorders, have received substantial focus and attention of the EPA and state regulatory agencies, media and consumer groups. As a result, this has created our most immediate market opportunity for treatment of groundwater. As MCLs for these contaminants are established or reduced on both the national and state levels, contamination of groundwater continues to increase and population continues to grow, we believe the total number of wells requiring treatment across the United States, and thus the market opportunity for our groundwater treatment system, will continue to grow.

*Arsenic.* Arsenic is a naturally occurring element found in soil, but also comes from industrial and agricultural sources. It is a powerful toxin that is frequently found in groundwater supplies. Prolonged exposure to very low levels of arsenic is linked to numerous cancers and other serious health problems. In February 2002, the EPA lowered the MCL for arsenic from 50 parts per billion, or ppb, to 10 ppb and mandated that all drinking water sold by water providers in the United States must meet the new standard, which we refer to as the Arsenic Rule, that went into effect January 23, 2006. According to the California Department of Water Resources, the Arsenic Rule also is expected to place over 500 groundwater sources out of compliance in California alone. Compliance with the Arsenic Rule is expected to result in increased regulatory costs over the next 20 years, with the EPA estimating that 5% of the 54,000 active community water systems in the United States, serving approximately 11.0 million people, will have to take prompt action to meet the new MCL. Some state legislatures, such as that of California, currently are discussing a lower standard for arsenic. If California or other states were to set lower standards for arsenic than required under the Arsenic Rule, additional groundwater wells are likely to be impacted and the cost of compliance is likely to increase.

*Nitrate.* Nitrates are ionic substances widely found in the environment as byproducts of fertilizers, septic systems and groundwater recharge and can migrate easily into drinking water supplies. Once ingested, nitrates are converted into nitrites, which react chemically within the digestive and circulatory systems and have been linked to a number of cancers, diseases and methemoglobinemia, or "blue baby syndrome." Nitrate, which has been detected in concentrations exceeding its MCL in over 1,000 groundwater sources in California, ranks second to only arsenic in terms of non-compliant detections in that state. Nitrate is recognized by the USGS as one of the most widespread contaminants of shallow groundwater across the United States, particularly in agricultural areas. According to a recent National

54

**EXHIBIT A, PAGE 62**

PJ 01340

Table of Contents

Water Quality Assessment survey completed by the USGS, more than 8,200 groundwater wells were found to be contaminated with nitrate levels exceeding the EPA MCL of 10 ppm. In terms of population affected by nitrate contamination, the United States Department of Health and Human Services currently estimates that 1% to 2% of the United States population, or approximately 3.0 million to 6.0 million people, may be consuming drinking water from the public water system with nitrate levels exceeding the current EPA MCL.

*Perchlorate.* Perchlorate is a toxic component of solid rocket and missile fuel and is present in ammunition, fireworks, highway safety flares, matches and air bags as well. The United States Department of Defense, or DOD, is a primary cause of perchlorate contamination as a result of the use of solid rocket fuel and other ammunition propellants on DOD sites. Excessive exposure to perchlorate disrupts the normal operation of the thyroid gland, causing various metabolic and developmental disorders in humans. Perchlorate treatment is an area of emerging focus within the groundwater treatment industry. On January 26, 2006, the EPA issued a preliminary remediation goal of 24.5 ppb for the cleanup of water contaminated with perchlorate, subject to revision upon further study. State advisory levels, however, are often significantly lower than EPA guidelines. For example, California, where there have been more than 300 perchlorate detections over the last 10 years, has promulgated a public health goal of 6 ppb for perchlorate as a guideline for water providers and consumers. California regulators are expected to set an MCL of 6 ppb or lower in the near future. In March 2006, Massachusetts announced a proposed MCL of 2 ppb for perchlorate. In addition, Arizona, Maryland, Nevada, New Mexico and New York have set advisory levels for perchlorate ranging from 1 through 18 ppb.

## Our Solution and Strengths

Water providers generally do not have the expertise or resources to design, engineer, manufacture and implement solutions for treating their contaminated groundwater. We offer these water providers a system designed to treat groundwater contamination at the wellhead. We have developed a unique process using a multiple-bed system design, providing flexibility to meet different volume requirements and significantly reducing waste rates to provide our customers with a cost-effective method of treating contaminated groundwater. As of the date of this prospectus, we have obtained three patents in the United States, have received a notice of allowance for one United States patent application and have filed four additional patent applications with the USPTO. We have received a notice of allowance for one European patent application and have filed seven patent applications in key jurisdictions around the world on various aspects of our treatment system process. Though, as compared to our competitors' solutions, our system may have some disadvantages, such as its complexity and the potentially higher up-front capital costs for its installation, we believe our system provides a safe, reliable and sustainable source of drinking water with the following strengths that make it a compelling choice for water providers:

*Our system is highly effective at removing groundwater contaminants.* Ion exchange technology has been used successfully for treatment of drinking water throughout the United States for decades. We employ ion exchange technology in a proprietary configuration using a multiple-bed system that can be sequenced in and out of service automatically using our state-of-the-art process simulation software program, Basin Water-IX. We have been successful in implementing our groundwater treatment technology that is designed to maximize the effectiveness of ion exchange technology in treating groundwater. Our system can reduce the contaminant level in groundwater significantly below the target MCL, thus enabling the water provider to keep its well in service. Recently, our system was issued an Environmental Technology Verification (ETV) Joint Verification Statement from the EPA and NSF International, a not-for-profit, non-governmental organization, with scientific and technical expertise in the health and environmental sciences, for its success in removing arsenic from groundwater to below detectable levels. In addition, should an MCL be lowered in the future, our system can easily be adjusted to meet any currently detectable level for the contaminants we treat. Because we expect MCLs to decrease over time, we expect our system's flexibility to enable us to provide our customers with a long-term, highly effective groundwater treatment solution.

55

**EXHIBIT A, PAGE 63**

PJ 01341

Table of Contents

*Our system produces what we believe are low waste rates.* Waste rates are measured by determining the amount of waste volume generated by our system divided by the total volume of raw water entering our system from the water provider's well. For instance, if a system generates 1 gallon of waste from every 100 gallons entering the system, then it has a 1% waste rate. Our solution's efficiency results in what we believe are low waste rates based on our management's industry knowledge and feedback from some of our customers. For instance, in nitrate applications, our system achieves waste rates as low as 0.40%. In arsenic applications, our system achieves waste rates as low as 0.05%. By using our solution, water providers can achieve a high yield of treated water with a correspondingly low amount of waste generated. This results in minimizing waste disposal costs, significantly reducing our customers' operating costs and increasing the net amount of treated drinking water produced.

*Our system uses simulation software that can rapidly design and adjust the treatment process on a real-time basis.* The Basin Water-IX software program is a proprietary, state-of-the-art simulation program specifically designed for analysis of the wellhead treatment of groundwater contaminants. It saves our clients the time associated with preliminary design engineering and the high expense associated with feasibility studies and a lengthy pilot test. Early in the design process, we use our Basin Water-IX program to provide detailed data for each customer application. The data generated includes accurate assessments of cost, post-treatment contaminant levels and waste rates. As a result, we generally can simulate six months of pilot testing in minutes. Our software provides for a level of process refinement that we believe is difficult to accomplish with competing approaches. In addition, based on data and measurements collected during the treatment process, our software enables us to adjust the treatment process of our system to make it more efficient and effective.

*Our system is capable of removing multiple contaminants within a single site.* With minimal adjustments, our solution can treat multiple contaminants with a single system. Our system is targeted primarily toward the removal of arsenic, nitrate and perchlorate, but is also capable of removing numerous other contaminants, including chromium VI, fluoride, uranium, selenium and sulfate, as requested by our customers. One of our systems installed with the City of Pomona, California, is capable of treating groundwater for the removal of arsenic, nitrate, perchlorate and chromium VI simultaneously. In most cases, our system can be configured quickly to treat certain additional contaminants without having to add an entire new system. We believe that our solution's ability to target multiple contaminants with the same system is distinctive in the industry and provides our customers with a cost-effective method for removing many contaminants.

*Our system is operated easily and includes support and maintenance services, if desired by our customers.* Most water providers are thinly staffed and do not have significant resources to hire additional workers and pay for necessary training to operate a complex treatment facility. With this in mind, we have designed our system to be operated with minimal attention by our customers. Our system is licensed to be operated unmanned and with minimal supervision and maintenance, thus sparing our customers significant labor costs. Our automatic control system can be customized to interface with a water provider's existing water production control system, often referred to as a Supervisory Control and Data Acquisition, or SCADA, system. Our customers generally do not incur significant costs to modify their well to accommodate our system or to purchase new and expensive monitoring equipment. Our system runs automatically and all its operations can be monitored by us or by our customers from a remote location. In addition, the Basin Water-IX program has an alert function to remotely notify a Basin Water support technician in the event a problem is detected. Our customer call operations are staffed 24 hours a day, 7 days a week with expert service and engineering professionals to ensure that our customers which elect to purchase maintenance and support from us have proper support. Furthermore, as part of our services, if so desired by our customer, we contract on behalf of our customer for the removal of all waste products by a licensed waste removal company. In addition, we also supply salt and replacement resin, which are used in our ion exchange process, to our customers as part of the support and maintenance services we provide.

*Our system operates with minimal electrical power, thereby reducing its operational cost for our customers.* Many groundwater treatment solutions such as reverse osmosis and electrodialysis reversal use significant amounts of electrical power in order to remove contaminants from groundwater effectively. For example, reverse osmosis requires the application of great force to pump the water through a special membrane

56

**EXHIBIT A, PAGE 64**

PJ 01342

Table of Contents

which separates contaminants from water. Electrodialysis reversal requires application of a direct current in order to electrochemically remove the contaminants from the water. Alternatively, ion exchange requires the flow of water through resin beds, which does not require a high amount of force to treat water effectively. Our system is installed adjacent to a wellhead and uses the well pump's pressure to move water through the system for treatment. As a result, our customers are required to provide a minimal amount of electrical power in order to operate our system. In many cases, our customers are able to use existing power facilities to run our system's electronics, resulting in reduced costs of operating our system, as compared to our competitors' groundwater treatment solutions.

*Our system provides flexibility and scalability to meet water providers' volume requirements.* Groundwater wells pump water at various rates depending on need and season, and as a result, our customers may need a groundwater treatment solution capable of handling various throughput levels. This feature is especially important for water providers who use groundwater wells to meet seasonal water needs for their customers. Our system is offered in multiple configurations capable of producing treated water at a rate ranging from 50 gpm to 12,000 gpm. As a result, we are able to scale our Basin Water system as our customers scale their throughput needs.

*Our system has a small footprint and can be deployed rapidly.* Traditional groundwater treatment systems typically consist of very large tanks and vessels, which require significant engineering and construction effort and may take up to 24 months to complete. Our system is self-contained, designed for mobility and rapid deployment, and considerably more compact than competing ion exchange systems. Because our system is manufactured from easily obtainable components, we experience few delays due to material shortages, and the assembly phase of a typical system usually takes from one to two weeks. Our engineers and manufacturing team assemble each system in our facilities and then deliver and install the system at the water provider's well site. The small footprint of our system allows it to be transported easily to our customers' well sites and to be deployed at well sites where other larger systems would not be feasible.

*Our system is offered to our customers with flexible contract and financing structures.* We offer customers the flexibility of choosing from different contract and financing structures. Customers can either buy our system or enter into long-term contracts with flexible terms that include monthly cash payments and/or processing charges based on the volume of groundwater treated by the system.

**Our Strategy**

Our goal is to become the leading provider of groundwater treatment systems to water providers throughout the United States, with an initial focus on the Arid West. We expect to achieve these goals through the following strategies:

*Target key groundwater contaminants.* While our system has the ability to treat groundwater for a wide range of chemical contaminants, we have focused initially on applications treating three key groundwater contaminants: arsenic, nitrate and perchlorate. We believe that these three contaminants have created our most immediate market opportunity for the treatment of groundwater in the Arid West and the rest of the United States because they have received substantial focus and attention of the EPA and state regulatory agencies, media and consumer groups. According to the DHS, our technology was the first full-scale arsenic treatment facility to be permitted for water treatment in California. As of December 31, 2005, we have delivered or have in process 20 arsenic treatment systems with an aggregate arsenic removal capacity of approximately 40,500 acre-feet per year, or 13.2 billion gallons per year. We are in the process currently of installing for the Coachella Valley Water District two arsenic removal systems that have the ability to treat an aggregate of approximately 12,900 acre-feet per year, or 4.2 billion gallons per year, and upon full build-out, we expect total capacity to be an aggregate of approximately 35,600 acre-feet per year, or 11.6 billion gallons per year. As of December 31, 2005, we have also delivered or have in process 19 nitrate treatment systems with an aggregate nitrate removal capacity of approximately 29,850 acre-feet per year, or 9.7 billion gallons per year. We also are targeting perchlorate

57

**EXHIBIT A, PAGE 65**

PJ 01343

Table of Contents

actively in areas surrounding DOD testing sites, where perchlorate groundwater contamination has increasingly become the focus of media attention. As of December 31, 2005, we have delivered or have in process five perchlorate treatment systems with an aggregate perchlorate removal capacity of approximately 10,000 acre-feet per year, or 3.3 billion gallons per year.

*Expand our business throughout the Arid West.* We intend to expand our business aggressively throughout the Arid West by continuing to contract with our current customers to address their groundwater treatment needs and expanding our customer base through focused sales and marketing efforts. We believe that we have proven to our customers the accuracy, reliability and cost-effectiveness of our system and that these customers will continue to turn to our system as a treatment solution for additional wells. In addition, these water providers own hundreds of contaminated wells at which our system could be implemented. We plan to capitalize on this significant follow-on opportunity for our solution as these customers seek to treat these additional wells. By leveraging our success with our initial customers, we believe that we will be able to broaden our customer base throughout the Arid West to address the market opportunity with new customers seeking to meet regulatory requirements or to reactivate previously shut-down wells. We have commissioned a third party to compile a detailed database containing thousands of wells in California and other states in the Arid West that have been shut down due to contaminants, including arsenic, nitrate and perchlorate, and plan to target the owners of these wells for marketing our solution.

*Extend our geographic reach throughout the United States through the growth of our internal sales force and developing strategic relationships with companies serving and supplying the water industry on a national basis.* We intend to extend our geographic reach throughout the United States by developing a national sales and marketing team. We are in the process of increasing the size of our sales force to provide the capacity and expertise necessary to develop our business throughout the United States. In connection with this effort, we recently hired a national vice president of sales who has significant experience in the water treatment industry. We have identified and will continue to identify companies servicing and supplying the water industry on a national basis that can provide strategic benefits to the marketing of our groundwater treatment system. As part of this strategy, in December 2005 we entered into a strategic sales and marketing agreement with Shaw to market our arsenic treatment system to water providers in 18 states on an exclusive basis. We believe that by partnering with companies such as Shaw we can efficiently leverage their existing infrastructure to provide our low-cost solutions nationwide.

*Maintain and extend our technology position.* We have developed an intellectual property portfolio that we believe affords us a strong technology position in our industry. We intend to continue our active research and development efforts to strengthen the competitive position of our groundwater treatment technology through the development of new and improved processes and the filing of additional patent applications. Furthermore, we have developed a proprietary process, which we refer to as the BIONExchange process, for biologically removing and destroying perchlorate load from used ion-exchange resins. This process can also be used to remove and destroy perchlorate from brine resulting from regeneration of the ion-exchange resins. We have recently received a notice of allowance for one European patent application and have patent applications pending with the USPTO and in Russia, China, Japan and Canada for the BIONExchange process. Additionally, we are working on enhancements to our proprietary ion-exchange system and plan to explore other potential treatment applications for our technology.

**Company History**

We were incorporated in California in 1999. Our operations from 1999 until 2001 consisted primarily of research and development activities, as we developed our proprietary ion-exchange process. Our proprietary process was conceived by Peter L. Jensen, our President and Chief Executive Officer, and Dr. Gerald Guter, our late Chief Scientific Officer. Also during this time, we developed a groundwater treatment system for commercialization of our proprietary process and increased our personnel to include additional engineers and sales and marketing personnel. We successfully completed a prototype for our groundwater treatment system in

58

**EXHIBIT A, PAGE 66**

PJ 01344

Table of Contents

May 2002, and shortly thereafter, we assisted one of our customers in submitting an application with DHS for a permit to operate our system for treatment of nitrate. In June 2002, our customer received the first permit from DHS for operation of our system to treat groundwater. We also received our first revenues in 2002 from sales of our groundwater treatment system and operations.

From 2002 through early 2006, our operations have focused on:

- development of systems that could treat other contaminants in addition to nitrate—our customers first received permits to operate our systems for the treatment of arsenic in 2004 and perchlorate in 2005;

- increasing our engineering workforce to enhance and streamline our system manufacturing process—we increased the number of our engineers from three at December 31, 2002 to nine at December 31, 2005;

- development of a sales and marketing force—we increased the number of our sales and marketing personnel from one at December 31, 2002 to five at December 31, 2005;

- obtaining patents for our proprietary ion-exchange process—we received two United States patents directed to a system and process for the removal of arsenic in 2004 and 2005, respectively, one United States patent directed to a process for the removal of nitrate in 2005, a notice of allowance for one United States patent application directed to a process for the removal of perchlorate in December 2005 and a notice of allowance for one European patent application directed to our BIONExchange process in October 2005; and

- improvement of our internal control over financial reporting—we hired our chief financial officer in September 2004, our director of finance in June 2005 and a full-time controller in March 2006 and conducted a re-audit of our 2002, 2003 and 2004 financial statements during 2005 and in early 2006.

**Our Products and Services**

*Design of System.* We have developed a groundwater treatment process using a multiple-bed system design, providing flexibility to meet different volume requirements. The system allows beds to be sequenced in and out of service to optimize performance and offers users a wide range of production rates up to 12,000 gpm. The treatment system uses a small footprint that can be deployed rapidly.

Groundwater is pumped from a well into the drinking water distribution system. To treat contaminated groundwater, the water is first pumped from the wellhead into our system. Our system is comprised of multiple vessels that operate on a parallel process. Once the water is inside the system, a computer sequences the water into one of multiple possible tanks, each of which contains a bed of ion exchange resin. As the water flows through the resin, the contaminants chemically attach to the resin in the ion exchange process. The contaminants remain on the resin while the clean water exits the system and enters the drinking water distribution system. This process continues until the resin inside the bed is saturated with contaminants. The computer then cycles the tank off-stream and pumps into the tank a saturated salt brine solution. The brine reverses the ion exchange process, drawing the contaminants out of the resin. In this way, the resin is regenerated so it can be used again. Individual ion exchange vessels are regenerated and rinsed while the remaining vessels are online producing treated water, thereby minimizing waste and time of treatment. The brine tank contains the waste from the multiple-bed treatment process and is emptied by a certified commercial waste hauler as required and designated by the customer.

59

**EXHIBIT A, PAGE 67**

PJ 01345

Case 2:11-cv-05316-R-AGR  Document 48-4   Filed 08/14/12   Page 69 of 76   Page ID
#:6409
Amendment No. 4 for Basin Water, Inc. on Form S-1/A                Page 67 of 133

Table of Contents

A schematic of the design of one of our systems is set forth below:



***Manufacturing and Assembly.*** We manufacture groundwater treatment systems on a build-to-order basis with a four to six week lead-time. We receive our raw materials from suppliers located in the United States, and we manufacture our system in a 35,000 square foot plant at our headquarters in Rancho Cucamonga, California. Our existing manufacturing facilities can manufacture five systems simultaneously and our current manufacturing plan allows us to process fifteen systems a month on a single shift. As of December 31, 2005, six systems were in process.

We assemble our system in our manufacturing facility from components and subassemblies. We have designed our manufacturing operations specifically for low-cost, high quality production and, in conjunction with continual process improvements, we believe we will be able to decrease product development and manufacturing expenses over the next several years. Cost control and quality are managed from the design phase, and we have implemented a formal quality control system, which ensures that all problems are investigated and corrective action is taken, resulting in the elimination of potentially significant re-manufacturing expenses. This involves a close collaboration between manufacturing, service and engineering personnel, as well as our suppliers. Our vessels for our system are built for us on a just-in-time basis so as to minimize the need for storage facilities. Other components of our system are built using predominantly "off-the-shelf" components for which there are generally multiple suppliers.

***Permitting and Installation.*** Our customers must obtain a license and/or permit from a state regulatory agency in order to operate each system that we install at their wellheads. We work with our customers to secure required licenses and permits from state regulatory agencies, including assisting with the completion of the license or permit application and responding to inquiries or requests from these regulators regarding our system.

Each customer installation is designed using our proprietary BasinWater-IX software program. The BasinWater-IX software generally provides the data in a matter of minutes and generates accurate assessments of cost, post-treatment contaminant levels and waste rates, eliminating the need for a pilot test, which can cost more than $100,000 and take up to six months to complete. Our engineers have designed our simulation software to optimize our manufacturing operations by providing information on cost, performance, contaminant levels, disposal waste levels, energy levels and gpm rates of each system within days of receiving water composition data.

Due to the modular design of our system, we can design, build and install our system in four to six weeks, which we believe is significantly shorter than many alternative treatment technologies, which often require years of lead time. Our engineers and manufacturing team assemble a system at our facilities and then deliver and install the system at the owner's site. We arrange all necessary mechanical, electrical and site work required for

60

**EXHIBIT A, PAGE 68**

PJ 01346

Table of Contents

the system installation. Once the system has been installed, the system is fully tested and commissioned for delivery of treated groundwater.

We have assembled a team of highly skilled and experienced engineers with significant water industry and groundwater treatment experience. Our engineers and management personnel have backgrounds in providing and managing water assets, process control applications, software applications, instrumentation and control systems, and civil and mechanical engineering.

*Operation.* Typically our system is installed adjacent to a wellhead. The system uses the well pump's pressure to move water through the system. The minimal electrical power required to operate our system's electronics allows our customers to use existing power facilities to operate the system. Our system requires at least one waste brine tank to be placed onsite. The brine tank is connected to a waste line that allows for a contracted waste removal company to remove the brine without entering the well site. During the course of the groundwater treatment process, we do not take ownership of the water or title to the waste generated from the treatment of water. Title to both the water rights and the waste remains with the water provider at all times during this process.

Our system is fully automatic and uses a Program Logic Controller, or PLC, that runs advanced control programs to maximize treatment system performance and reliability while also minimizing waste products. The PLC controls all process equipment and constantly monitors values from process instrumentation and analyzers as well as operator-entered commands and set points and then executes control actions based on these values. An operator interface provides the user with real time information on process performance, as well as a comprehensive trending, reporting, and historical database function. The computer interface allows both our customer's operators and Basin Water experts to access data such as water pressure, water flow, waste production and water quality. The information allows water providers to gain a deeper understanding of their well water characteristics. Additionally, we use the water information to enhance our BasinWater-IX predictive analysis software and to monitor the system's usage for billing purposes.

Each of the system operations can be monitored, adjusted or fine-tuned from a remote location, via a password-protected dial-up connection, which enables continual optimization in response to water quality changes. We provide each contaminant removal system with a built-in alarm system that can remotely call for service or shut-down the system in the event of an emergency. Moreover, due to our multiple-bed design, each system has built-in redundancies to allow for continued operations without volume loss in the event of a mechanical problem or routine maintenance. The control system may be configured to interface directly with a customer's existing control or SCADA system as needed. For our nitrate treatment system, the PLC automatically shuts down the system should any water that exceeds the MCL for nitrate exit the system. Each groundwater treatment system runs automatically, and the system can be monitored remotely. The system alerts a Basin Water service technician in the event of a problem.

Our service technicians assist with the removal of waste products by either a licensed waste removal company or through the customer's existing waste stream system. Additionally, we arrange for the delivery of operating materials, including salt and replacement resin, to the system and for the maintenance of the system. We include these costs as part of our long-term service contracts with our clients.

*Additional Applications.* Our system's scalability and flexibility in addressing different chemical contaminants allow it to be considered as a solution in other industrial applications where the removal of chemical contaminants is important, including deionization and water softening. We are not actively pursuing these opportunities but may explore them if presented to us in the future.

61

**EXHIBIT A, PAGE 69**

PJ 01347

Case 2:11-cv-05316-R-AGR   Document 48-4   Filed 08/14/12   Page 71 of 76   Page ID
#:6411
Amendment No. 4 for Basin Water, Inc. on Form S-1B                                    Page 69 of 73

Table of Contents

**Customers**

Our customers typically include utilities, municipalities and other organizations that supply water. In addition, from time to time, we place our system with engineering firms, developers, consultants and other industrial companies. Any water provider having groundwater supplies that are contaminated by one or more targeted chemical contaminants is a potential customer of Basin Water. The first permit to be issued by DHS to one of our customers for operation of our system was issued in 2002. As of December 31, 2005, we had a total of 44 systems installed with 19 different customers, of which 23 systems are processing water and 21 systems are awaiting regulatory permits. We also have six additional systems in process.

The following customers accounted for more than 10% of our revenues in the periods indicated:

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | **2003** | **2004** | **2005** |
| California Water Services Company | 21% | 12% | * |
| Hi-Desert Water District | * | 27% | * |
| Golden State Water Company | 56% | 12% | * |
| Earth Tech, Inc. | — | 18% | * |
| Coachella Valley Water District** | — | — | 34% |
| Del Valle Capital Corp. | — | — | 14% |
| Arizona-American Water Company | — | * | 12% |
| Shaw Environmental, Inc. | — | — | 11% |
| Totals | 77% | 69% | 71% |

---

\*      Indicates a less than 10% customer during such period.
\*\*     We are parties to an arrangement pursuant to which Shaw provided site work, bonding and other services to Coachella Valley Water District.

Our revenues backlog includes revenues under new and existing contracts. We include revenues under new contracts in our backlog when we have an executed contract. Revenues in our backlog are realized over a multi-year period. We had a revenues backlog of $77.0 million and $35.0 million as of December 31, 2005 and 2004, respectively. We expect that $11.0 million of our backlog at December 31, 2005 will be recognized as revenues in 2006.

**Competition**

We believe that the groundwater treatment industry has substantial barriers to entry. The EPA has reviewed and accepted certain well-established technologies for use in drinking water applications and designated them as best available technology. Ion exchange technology has already been designated as a "best available technology" by the EPA and the DHS. In order to introduce a new technology that is not designated by the EPA or other regulatory agencies as best available technology in the treatment of groundwater for drinking water applications, the technology must first undergo rigorous testing which often takes years, in order to assure that it produces drinking water that will not harm humans under any set of conditions. In addition to this testing, state regulatory agencies may also require independent approval of any such new technology.

In addition to the barriers involved in introducing new non-best available technology into drinking water applications, water providers may be hesitant to do business with companies which are not established or have existing operations in the groundwater treatment industry. For example, in California, permits to operate water treatment systems are issued from the DHS directly to the water provider, not to the company supplying the treatment system. Water providers may be reluctant to support a new technology in obtaining its permit when other technologies have already been approved by state regulatory agencies in the past.

Furthermore, there are significant barriers to entry even for companies relying on ion exchange technology. There are a large number of established and well-capitalized companies that already implement ion exchange

62

EXHIBIT A, PAGE 70

PJ 01348

Table of Contents

technology in their solutions, and many of these large companies have strong and longstanding relationships with water providers. We believe these relationships are critical in establishing credibility and in maintaining steady business. In our experience, water providers rarely change vendors for a water treatment solution once they have entered into long-term contracts. Water services providers, such as Veolia Water, indicate that they have a 97% renewal rate on their long-term municipal contracts. We have a significant number of relationships, including with some of the largest utilities in the Arid West.

In order for a new company that is using ion-exchange technology in groundwater treatment to succeed, it will need to distinguish itself from the other well-established companies in this industry. One of the most important distinguishing factors is having superior technology that provides a more cost-effective treatment solution. The operating cost of an ion-exchange unit is directly proportional to the amount of waste it produces. The lower the waste, the lower the operating costs and the more cost-effective the treatment solution. Conventional ion-exchange technologies were not viable for many treatment opportunities due to their high waste rates. We provide a water treatment solution with waste rates significantly lower than our competitors, allowing for lower operational costs.

Historically, groundwater treatment solutions required long lead times from purchase to implementation and have been complex for water providers to operate. These treatment solutions were often designed for industrial applications, which due to the general abundance of space at a large manufacturing facility, did not require systems to be contained compactly and efficiently in a small footprint. As a result, we believe competing groundwater treatment solutions have not provided for cost-effective, reliable removal of groundwater contaminants from municipal groundwater sources at the wellhead. These well locations generally are located in populated areas where there is limited space for a treatment facility. We provide a compact solution with a small footprint that operates at the wellhead.

Finally, another factor of competitiveness in our industry is the capital cost involved to implement a system. Customarily, ion-exchange system vendors would sell equipment and not provide for other methods of obtaining the system. By providing alternative methods of financing its system, a company can expand its potential customer base significantly. We allow customers to either buy the system or to enter into a long-term operating contract pursuant to which ownership is retained by us.

Our competition varies according to the contaminant being removed. With respect to arsenic removal, our primary competitors are USFilter, Severn Trent, Calgon Carbon, Layne Christensen and other consulting engineers that design and construct large central facilities. With respect to nitrate removal, our primary competitors are Calgon Carbon, USFilter, Hungerford & Terry and Rohm & Haas, which licenses technology to various companies such as Layne Christensen. With respect to perchlorate removal, our primary competitors are USFilter and Calgon Carbon.

Many of our current and potential competitors have technical and financial resources, marketing and service organizations, and market expertise significantly greater than ours. However, we believe that we compete favorably based on the strength of our technology, our significant relationships with water providers and our relationship with Shaw. Our relationship with Shaw provides us with access to its nationwide network of sales personnel and water providers with whom Shaw does business in 18 states as well as potential access to Shaw's 19,000 employees providing us with a local entry into most U.S. markets. In addition, we believe we also compete favorably based on lower operational costs, lower waste production, range of contaminants that can be treated, compact system design, smaller footprint, shorter time to market, flexibility in financing options, operational experience, greater treatment design expertise, ease of operation and enhanced customer service.

**Sales and Marketing**

We market our system through a direct sales force, independent contractors and strategic partners. Members of our management team leverage their numerous business contacts to capitalize on opportunities to sell our

**EXHIBIT A, PAGE 71**

PJ 01349

Table of Contents

system and services to water providers. Recent changes in MCLs, especially arsenic, are causing water providers to seek solutions such as ours to assist in their efforts to keep their groundwater supplies in compliance with regulatory standards. As a result, we periodically receive inquiries and are asked for referrals about our system. In addition, our existing client base refers our services to other water providers.

Our sales representatives currently focus on the Arid West. We have an established sales and service office at our Rancho Cucamonga facility in Southern California as well as outside Phoenix, Arizona. Some of our sales representatives work remotely and are provided marketing and technical assistance from our two offices. In addition, we recently hired a national vice president of sales who has significant experience in the water equipment industry to strengthen our sales and marketing team.

We have established a strategic sales and marketing agreement with Shaw to expand nationally in the arsenic market on the terms described in the following paragraph. We also intend to expand our United States geographic reach through other strategic relationships in the national groundwater treatment market for nitrate and perchlorate as well as to build and use our own growing direct sales force and independent contractor relationships for this effort. Our national vice president of sales and his sales team will use their expertise and contacts in the water treatment industry to develop and manage our relationships with customers and our strategic partners.

*Shaw Agreement.* Shaw is a national consulting, engineering, construction, remediation and environmental services company with over $3.0 billion in annual revenues and with extensive relationships with water providers across the United States. Pursuant to the Shaw agreement, we have granted Shaw the exclusive right to sell our arsenic treatment systems in the states of Idaho, Oregon, Washington, Alaska, Texas, Arkansas, Wisconsin, Minnesota, Michigan, Illinois, Pennsylvania, New Jersey, New York, Massachusetts, Maine, Vermont, New Hampshire and Connecticut. In addition to sale revenues, we will receive a portion of the recurring contract revenue on each system placed by Shaw in these states. Also, if Shaw opts not to bid on a project in these states, and we obtain the sale by bidding directly, we must pay a fee to Shaw in connection with such sale and a portion of the recurring contract revenues from such project.

The initial term of the agreement is two years, and in order to maintain exclusivity in any state, Shaw must achieve at least $2.0 million in sales in that state in the first year of the contract term. Shaw has the option to extend the term of the agreement for an additional two years after the initial term, provided that the total sales of systems under the agreement exceed $19.0 million in the year preceding termination of the agreement. The agreement may be terminated upon mutual written consent of both us and Shaw, and it also may be terminated by either party if the other party breaches the agreement or upon the occurrence of certain insolvency events. We agree to sell Shaw our systems at a discount during the term of the agreement and for one year thereafter.

We and Shaw agree to cooperate in placing our system with potential customers, including identifying placement opportunities, providing access to research and development and sales representatives, providing technical support (at cost plus a markup for overhead and profit) and providing referrals regarding queries for arsenic remediation. We also provide a warranty to Shaw regarding our system for one year from the date of installation and acceptance.

Pursuant to our binding commitment letter with Shaw, Shaw has committed to purchase a total of $5.0 million of our groundwater treatment systems prior to December 31, 2006. We have granted to Shaw a warrant to purchase 300,000 shares of our common stock at an exercise price of $7.00 per share in connection with its purchase of our groundwater treatment systems. One-fifth of the shares subject to this warrant will vest upon each $1.0 million of our groundwater treatment systems paid for by Shaw. The warrant may be exercised for five years after the date of grant. In the fourth quarter of 2005, we recognized revenues of approximately $1.6 million from Shaw's purchase of our systems, which was offset by approximately $0.2 million attributable to the warrants that we granted to Shaw pursuant to the transaction. We expect to recognize revenues of the remaining $3.4 million pursuant to this commitment in 2006, which will also be offset by approximately $0.3 million attributable to the warrants we have granted to Shaw.

64

**EXHIBIT A, PAGE 72**

PJ 01350

Table of Contents

**Intellectual Property**

Our intellectual property is the result of many years of research and development efforts. We have pursued a broad strategy of protecting our intellectual property, including seeking patent protection, safeguarding trade secrets, registering trademarks and using non-disclosure and other contractual agreements to protect other intellectual property rights.

We have developed what we believe to be an innovative process design that significantly improves the economics of using ion exchange for groundwater treatment. As of March 31, 2006, we have two issued United States patents directed to a system and process for the removal of arsenic and one issued United States patent directed to a process for the removal of nitrate. We have received a notice of allowance for one United States patent application directed to a process for the removal of perchlorate. We also have received a notice of allowance for one European patent application directed to our BIONExchange process, a proprietary process for biologically removing and destroying perchlorate load from used ion exchange resins and alternatively from perchlorate-laden ion exchange resin regeneration brines. We expect to be issued a number of patents directed to processes and systems for the removal of other contaminants. We currently are developing technology related to the removal of chromium VI and uranium and destruction of perchlorate and reuse of ion exchange resins, for which we plan to seek patent protection.

In addition, we hold four pending United States patent applications and seven pending foreign patent applications on various aspects of our treatment processes. Our patents and patent applications as a group are related to ion exchange and the treatment of one or more of the following contaminants:

- Arsenic
- Chromium VI
- Fluoride
- Nitrate
- Perchlorate
- Selenium
- Sulfate

We employ the Basin-IX software program for the operation of our system. We also use this software program for the design of our system to determine the most efficient operating parameters for our system based upon the contaminant profile of the water source being treated.

We own pending trademark applications in the United States for Basin Water®, Basin Water IX™, Arsenic and universal prohibition sign™, Chromium (with circle and bar symbol)™, Nitrate and universal prohibition sign™, Perchlorate and circle and bar™ and Uranium and circle and bar™.

As part of our business procedures, we typically enter into confidentiality and invention assignment agreements, or have confidentiality provisions in any agreements, with our employees, independent contractors and consultants, and non-disclosure agreements with our customers, partners, independent contractors and consultants.

**Govern  ent Re  ulation**

Our clients are subject to extensive environmental laws and regulations concerning emissions to the air, discharges to waterways and the generation, handling, storage, transportation, treatment and disposal of waste materials and also are subject to other federal and state laws regarding health and safety matters. Under the contracts with our clients, we assist our clients in meeting these regulations and obtaining any required permits and/or licenses in order to implement our system. These laws and regulations are evolving constantly, and it is difficult to predict the effect these laws and regulations may have on us or our clients in the future.

In the United States, many different federal, state and local laws and regulations govern the treatment and distribution of contaminated groundwater and disposal of attendant wastes. Changes in such laws and regulations

65

EXHIBIT A, PAGE 73

PJ 01351

Case 2:11-cv-05316-R-AGR   Document 48-4   Filed 08/14/12   Page 75 of 76   Page ID
#:6415
Amendment No. 4 for Basin Water, Inc. on Form S-1                                    Page 73 of 98

Table of Contents

could have a material adverse effect on our business. The increased interest in the treatment of contaminated groundwater due to increased media attention on the adverse health effects from contaminated drinking water may result in intervention by governmental regulatory agencies in the United States or elsewhere under existing or newly enacted legislation and in the imposition of restrictions, fees or charges on users and providers of products and services in this area. Conversely, the failure of the EPA or state regulatory agencies to act on a timely basis to set interim or permanent standards for pollutants, or to delay effective dates for standards for pollutants, grant waivers of compliance with such standards or take other discretionary actions not to enforce these standards, may decrease demand for our system and services and thus harm our business significantly.

Each groundwater treatment solution, including our contaminant treatment system, must be permitted by applicable state regulatory agencies prior to use of such systems by our customers. Typically, our customers apply for a permit from the applicable state regulatory agency to use our system, and we assist our customers in completion of the permit application process. The application process for our system is time consuming and often involves several information requests to our customers by the regulatory agencies with respect to our system.

Furthermore, we cannot predict the impact of changing drinking water standards on the approval of our technology for groundwater treatment. The MCLs for contaminants are subject to review and revision by the EPA and applicable state regulatory agencies. The MCLs may be changed to levels below that which our system can treat on a cost-effective basis, and if we are unable to design a system that removes contaminants below the designated MCL, then the state regulatory agencies will fail to approve our system. Without regulatory approval, our system could not be used by our customers, and we would be required to develop technology that meets any revised MCLs. To the extent we cannot, sales of our system will suffer.

Although our customers retain title to the brine waste generated by our system, we facilitate the removal of the waste with a licensed waste disposal service and in some cases contract directly with the waste transporter on behalf of our customer. As such, we may become subject to the provisions of the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended, or CERCLA. CERCLA, which is also known as Superfund, addresses problems created by the release or threatened release of hazardous substances (as defined in CERCLA) into the environment. CERCLA imposes strict, joint and several liability for remediation of certain disposal sites on: current owners and operators of the site, on former site owners and operators at the time of disposal, on parties who arranged for disposal or treatment or arranged for transportation for disposal or treatment of hazardous substances at the site, and on parties that transport hazardous substances to a site. Because CERCLA liability is joint and several, the costs of a CERCLA cleanup can be substantial. Because liability under CERCLA is strict, it is not premised upon the violation of any law, statute, rule or regulation but is rather based upon a party's status as an owner, operator, transporter or arranger (as those terms are described above). Such liability can therefore be based upon the release or threatened release, even as a result of lawful, unintentional and non-negligent action, of any one of the more than 700 "hazardous substances" listed by the EPA, even in small amounts.

## Research and Development

Our research and development activities primarily consist of the design and evaluation of experimental ion exchange processes and groundwater treatment systems. We believe we spend a significant amount of resources on research and development as compared to many of our competitors. Through our research and development activities, we have developed an intellectual property portfolio that we believe affords us a strong technology position in our industry. We intend to continue our active research and development efforts to strengthen the position of our groundwater treatment technology through the development of new and improved processes and the filing of additional patent applications. The principal goals of our research program are maintaining our position as a technological leader in solving customers' problems with our system, services and equipment, and developing new products and services.

66

**EXHIBIT A, PAGE 74**

PJ 01352

Table of Contents

As part of our research and development, we have developed a technology for biologically removing and destroying perchlorate load from used ion-exchange resins and alternatively from perchlorate-laden ion exchange resin regeneration brines. This technology combines biological and ion exchange treatment in an innovative method which has not been used in the past. We have received a notice of allowance for one European patent application directed to the BIONExchange process. Additionally, we have filed patent applications with the USPTO and in Russia, China, Japan and Canada, which are reported to have issues with perchlorate contamination of groundwater sources. We also have contracted with the East Valley Water District to install a full-scale perchlorate removal system which will utilize this technology pending permitting by DHS. Once the process receives an operating permit by DHS, we plan to market this technology more extensively within the next 12 to 18 months.

We have a sponsored research arrangement with the University of Nevada, Las Vegas, or UNLV, under which they are researching and testing certain aspects related to the regeneration of exchange resins that may be useful in the BIONExchange process. Any intellectual property developed by us under the agreement will be owned by us, any intellectual property developed by UNLV under the agreement will be owned by UNLV and intellectual property developed jointly will be jointly owned by the parties. We have an option to acquire intellectual property not solely owned by us. There were no payments to UNLV in 2004 and we paid $107,030 to UNLV in 2005.

Research and development expenses were $0.7 million, $0.3 million and $0.3 million in 2005, 2004 and 2003, respectively.

## Properties

Our corporate headquarters are located in Rancho Cucamonga, California where we occupy approximately 35,000 square feet under a lease expiring on March 31, 2011 at an initial annual cost of approximately $228,000 with annual escalations. Of the 35,000 square feet under lease, approximately 5,000 square feet comprise our headquarters office space and approximately 30,000 square feet comprise our engineering and manufacturing facility. We have an option to extend the lease for an additional three years.

We also lease warehouse and office space in Pasadena, California and outside Phoenix, Arizona, respectively.

We believe that our existing facilities are adequate for our current needs through the end of the term of the lease agreement. When our lease expires, we may exercise our renewal options or seek additional or alternate space for our operations, and we believe that suitable additional or alternative space will be readily available in the future at commercially reasonable terms.

## Employees

As of December 31, 2005, we employed 38 full-time and 6 part-time employees. None of our employees are represented by a collective bargaining agreement. There are no pending labor-related legal actions against us filed with any state or federal agency. We believe our employee relations are good.

## Legal Proceedings

We are not currently a party to any material legal proceedings. We may, however, become subject to lawsuits in the ordinary course of business.

67

**EXHIBIT A, PAGE 75**

PJ 01353