UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-11-5316-R                                    Date: August 31, 2012

Title:     S.E.C. -v- PETER L. JENSEN et al
==================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

    Kane Tien                                                     None Present
Courtroom Deputy                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                       None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the:

1) Plaintiff's motion for summary judgment against defendant Thomas C Tekulve Jr, and for partial summary judgment against defendant Peter L Jensen (fld 7-23-12)
2) Defendant Thomas C Tekulve's motion for partial summary judgment (fld 8-7-12)
3) Defendant Peter Jensen's partial joinder in Tekulve's motion for partial summary judgment (fld 8-20-12)

are hereby ORDERED <u>CONTINUED</u> FROM SEPTEMBER 4, 2012 AT 10:00 A.M. TO SEPTEMBER 17, 2012 AT 10:00 A.M.

The Final Pre-Trial Conference is <u>CONTINUED</u> FROM SEPTEMBER 17, 2012 AT 11:00 A.M. TO SEPTEMBER 24, 2012 AT 11:00 A.M.


cc: counsel of record

MINUTES FORM 11                                Initials of Deputy Clerk ___KTI____
CIVIL -- GEN