# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-11-5316-R**                                                                 **Date: October 29, 2012**

**TITLE: S.E.C. V. PETER L. JENSEN et al**

================================================================

**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**

Karen Matteson                                                                David Scheper
Roberto Tercero                                                               Seth Aronson
                                                                              Carol Kubota

**PROCEEDINGS:**
1) Plaintiff's motion for summary judgment against defendant Thomas C Tekulve Jr, and for partial summary judgment against defendant Peter L Jensen (fld 7-23-12)
2) Defendant Thomas C Tekulve's motion for partial summary judgment (8-7-12)
3) Defendant Peter Jensen's partial joinder in Tekulve's motion for partial summary judgment
4) Defendant Peter Jensen's motion for partial summary judgment (fld 8-20-12)

The parties submit on their papers as filed.

The Court rules as follows, for reasons as stated on the record:
Item # 1 as listed above is DENIED; Items # 2 and 3 as listed above
is DENIED without prejudice as to count 1, and GRANTED as to count 6;
Item # 4 as listed above is DENIED.

Parties shall submit proposed orders and judgments.

                                                                                                      8 min

**MINUTES FORM 90**                                                     **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**