| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| | | |

| 4. FIRM NAME: | 5. E-MAIL ADDRESS: | | |
|---|---|---|---|
| 6. MAILING ADDRESS | 7. CITY | 8. STATE | 9. ZIP CODE |

| 10. CASE NUMBER | 11. CASE NAME | 12. JUDGE |
|---|---|---|
| | | |

| 13. APPEAL CASE NUMBER | 14. ORDER FOR ☐ APPEAL   ☐ NON-APPEAL   ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS   ☐ AUSA   ☐ FPD   ☐ OTHER _____ |
|---|---|

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

**16. ORDER:** IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☐ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

19. Transcription agency for digitally recorded proceedings:

**(CERTIFICATION 17 & 18)**
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month:         Day:         Year:
Transcript payment arrangements were made with:

17. DATE:

NAME OF OFFICIAL: _____

18. SIGNATURE:

Payment of estimated transcript fees were sent on the following date:
Month:         Day:         Year:

G-120 (09/12)