# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV-11-5316-R                                      **Date:** December 17, 2012

**TITLE:** S.E.C. V. PETER L. JENSEN et al
==================================================================
**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**

Karen Matteson                                                    David Scheper
                                                                  Seth Aronson
                                                                  Carol Kubota
                                                                  Tamar Braz
                                                                  William Forman

**PROCEEDINGS:** PRE-TRIAL CONFERENCE
1) Plaintiff's motion in limine to exclude expert testimony of William Holder offered by defendant Tekulve (fld 9-17-12)
2) Plaintiff's motion in limine to exclude expert testimony by William Beaver (fld 9-17-12)
3) Defendant Thomas Tekulve's motion in limine to exclude certain expert evidence at trial (fld 8-20-12)
4) Defendant Thomas Tekulve's motion in limine to exclude all references to SEC agreement with Douglas Hansen
5) Defendant Jensen's motion in limine # 1 to exclude all references to Basin Water Inc's IPO as part of any scheme liability claim (fld 9-17-12)
6) Defendant Jensen's motion in limine # 2 to exclude all references to Basin Water Inc's bankruptcy (fld 9-17-12)
7) Defendant Jensen's motion in limine # 3 to exclude Professor Carla Hayne's Opinion regarding the decline Basin Water Inc's stock price (fld 9-17-12)
8) Defendant Jensen's motion in limine # 4 to exclude all references to Jensen's August 7, 2008 trade of Basin Water Stock (fld 9-17-12)
9) Defendant Jensen's motion tin limine #5 to exclude all argument or reference at trial that Peter Jensen & Lorena Jensen's nine million dollars in proceeds from the sale of Basin Water shares are profits from fraud3 and to limit alleged profits to any ill-gotten gains (11-9-12)

**The parties submit on their papers as filed. The Court rules as follows on the items as listed above: on items # 1, # 2 and # 7, the Court sets a Daubert Hearing for January 22, 2013 at 10:00 a.m.; items # 3, # 4, # 5 and # 6 are GRANTED; and the Court RESERVES ruling on items # 8 and # 9. Any additional briefing shall be filed by January 7, 2013. The Court further CONTINUES the Final Pre-Trial Conference to February 25, 2013 at 11:00 a.m., and VACATES the Jury Trial date, to be re-set at the time of the Final Pre-Trial Conference.**

                                                                            10 min

**MINUTES FORM 90**                                              **Initials of Deputy Clerk    WH**
**CIVIL -- GEN**