SETH ARONSON (S.B. #100153)
saronson@omm.com
CAROLYN KUBOTA (S.B. #113660)
ckubota@omm.com
TAMAR BRAZ (S.B. #264080)
tbraz@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
THOMAS C. TEKULVE, JR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PETER L. JENSEN AND THOMAS C. TEKULVE, JR.,<br><br>Defendants. | Case No. CV 11-05316R (AGRx)<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS IN LIMINE (1) TO EXCLUDE ALL REFERENCES TO SEC AGREEMENT WITH DOUGLAS HANSEN; (2) TO EXCLUDE CERTAIN EXPERT EVIDENCE AT TRIAL; (3) TO EXCLUDE ALL REFERENCES TO BASIN WATER, INC.'S IPO AS PART OF ANY SCHEME LIABILITY CLAIM; AND (4) TO EXCLUDE ALL REFERENCES TO BASIN WATER, INC.'S BANKRUPTCY**<br><br>Date:       December 17, 2012<br>Time:       11:00 a.m.<br>Courtroom:  8<br>Judge:      Hon. Manuel L. Real |

On December 17, 2012, this matter came before this Court on (1) Defendant

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTIONS *IN LIMINE* TO EXCLUDE (1) SEC AGREEMENT WITH HANSEN; (2) CERTAIN EXPERT EVIDENCE; (3) REFERENCES TO IPO AS PART OF SCHEME LIABILITY; AND (4) BASIN WATER, INC.'S BANKRUPTCY

1. Thomas C. Tekulve, Jr.'s Motion in Limine to Exclude All References to SEC Agreement With Douglas Hansen (Docket No. 61); (2) Defendant Thomas C. Tekulve, Jr.'s Motion in Limine to Exclude Certain Expert Evidence at Trial (Docket No. 57); (3) Defendant Peter L. Jensen's Motion in Limine No. 1 to Exclude All References to Basin Water Inc.'s IPO as Part of Any Scheme Liability Claim (Docket No. 86); and (4) Defendant Peter L. Jensen's Motion in Limine No. 2 to Exclude All References to Basin Water Inc.'s Bankruptcy (Docket No.87).

Karen Matteson appeared on behalf of the Plaintiff Securities and Exchange Commission; Seth Aronson and Carolyn Kubota of O'Melveny & Myers LLP appeared on behalf of Defendant Thomas C. Tekulve, Jr.; and David Scheper and William Forman of Scheper Kim & Harris LLP appeared on behalf of Defendant Peter L. Jensen.

After considering all papers filed in support of and in opposition to said motion, entertaining the arguments of counsel, and good cause appearing therefor, the Court hereby **ORDERS** that:

1. Defendant Thomas C. Tekulve, Jr.'s Motion in Limine to Exclude All References to SEC Agreement With Douglas Hansen is hereby **GRANTED**, for the reasons stated on the record.

Plaintiff is hereby prohibited from making any argument or introducing at trial any evidence, expert opinion, reference or inference through questioning or otherwise, that relates to the 1994 SEC Complaint and administrative proceeding against Mr. Hansen, including all references to: Depo. Exhibit 909 (Sept. 28, 2004 Complaint); Depo. Exhibit 904 (Feb. 15, 1995 Final Judgment of Permanent

- 2 -

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTIONS *IN LIMINE* TO EXCLUDE (1) SEC AGREEMENT WITH HANSEN; (2) CERTAIN EXPERT EVIDENCE; (3) REFERENCES TO IPO AS PART OF SCHEME LIABILITY; AND (4) BASIN WATER, INC.'S BANKRUPTCY

1  Injunction as to Douglas Hansen); Depo. Exhibit 905 (February 14, 1995 Consent
2  of Douglas C. Hansen to Injunction); Depo. Exhibit 910 (Jan. 26, 1995 Offer of
3  Settlement of Douglas C. Hansen); or Depo. Exhibit 908 (Mar. 13, 1995 Order
4  Instituting Proceedings Pursuant to Rule 2(e)(3)(i)(A)).

6      2. Defendant Thomas C. Tekulve, Jr.'s Motion in Limine to Exclude
7         Certain Expert Evidence at Trial is hereby **GRANTED**, for the reasons
8         stated on the record.

10  Plaintiff is hereby prohibited from making any argument or introducing at
11  trial any evidence, expert opinion, reference, or inference through questioning or
12  otherwise, to show that the purchase price in the Opus Trust and Thermax
13  transactions was not fixed and determinable.

15      3. Defendant Peter L. Jensen's Motion in Limine No. 1 to Exclude All
16         References to Basin Water Inc.'s IPO as Part of Any Scheme Liability
17         Claim is hereby **GRANTED,** for the reasons stated on the record.

19  Plaintiff is hereby prohibited from making any argument, reference, or
20  inference through questioning or otherwise or introducing any evidence or expert
21  opinion at trial to show that Basin Water Inc.'s IPO was part of any alleged scheme
22  to defraud.

25      4. Defendant Peter L. Jensen's Motion in Limine No. 2 to Exclude All

References to Basin Water Inc.'s Bankruptcy is hereby **GRANTED,** for the reasons stated on the record.

Plaintiff is hereby prohibited from making any argument, reference, or inference through questioning or otherwise or introducing any evidence or expert opinion at trial relating to Basin Water Inc.'s bankruptcy or the causes therefore.

**IT IS SO ORDERED.**

Dated:  _Dec. 28, 2012___

Hon. Manuel L. Real
United States District Judge

- 4 -

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTIONS *IN LIMINE* TO EXCLUDE (1) SEC AGREEMENT WITH HANSEN; (2)  CERTAIN EXPERT EVIDENCE; (3) REFERENCES TO IPO AS PART OF SCHEME LIABILITY; AND (4) BASIN WATER, INC.'S BANKRUPTCY