KAREN MATTESON, Cal. Bar No. 102103
Email: mattesonk@sec.gov
ROBERTO A. TERCERO, Cal. Bar No. 143760
Email: terceror@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PETER L. JENSEN and THOMAS C. TEKULVE, JR.,<br><br>Defendants. | Case No. CV 11-05316 R (AGRx)<br><br>**SUPPLEMENTAL MEMORANDUM BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION IN FURTHER OPPOSITION TO MOTION *IN LIMINE* NO. 5 BY DEFENDANT PETER L. JENSEN TO EXCLUDE ALL ARGUMENT OR REFERENCE AT TRIAL THAT PETER JENSEN AND LORENA JENSEN'S NINE MILLION DOLLARS IN PROCEEDS FROM THE SALE OF BASIN WATER SHARES ARE PROFITS FROM FRAUD AND TO LIMIT ALLEGED PROFITS TO ANY ILL-GOTTEN GAINS**<br><br>Date:  February 25, 2013<br>Time:  11:00 a.m.<br>Place: Courtroom 8<br>         (Honorable Manuel L. Real) |

1    In its Minute Order issued following the December 17, 2012 Pre-trial
2 Conference, the Court invited Plaintiff Securities and Exchange Commission
3 ("Commission") to submit further briefing in support of its opposition to Motion *In*
4 *Limine* No. 5 by Defendant Peter L. Jensen ("Jensen") (Dkt. 110, 110-1, 110-2 &
5 125), in which Jensen asked the Court to exclude any argument or reference at trial
6 that the $9.1 million of trading proceeds from his sale of stock constitute profits
7 and limiting the amount of alleged profits.

8    Jensen's motion relies heavily upon the testimony of his expert William
9 Beaver ("Beaver"), and cannot be granted unless Dr. Beaver's expert opinion is
10 ruled admissible.  However, the Commission has moved to exclude Dr. Beaver's
11 testimony (Dkt. 85, 85-1 & 119), and that motion is the subject of the January 28,
12 2013 *Daubert* hearing scheduled by the Court.  At the hearing, the Court will
13 consider whether there is any "scientific validity and thus the evidentiary relevance
14 and reliability of the principles that underlie the proposed submission" by Dr.
15 Beaver.  *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 594-95 (1993).

16    Accordingly, if the Court grants the Commission's motion to exclude Dr.
17 Beaver's testimony, then it should deny Jensen's Motion *In Limine* No. 5 since his
18 motion cannot be granted without that testimony.  On the other hand, if the Court
19 chooses to allow Dr. Beaver to testify, despite his faulty methodology, the Court
20 should still reject Jensen's Motion *In Limine* No. 5 for the reasons set forth in the
21 Commission's opposition to that motion.  *See* Dkt. No. 110.  Moreover, should the
22 Court require additional briefing regarding Jensen's motion, the Commission
23 suggests that such briefing should be ordered after the *Daubert* hearing.

24
25 Dated:  January 7, 2013                    Respectfully submitted,
26                                            /s/Karen Matteson
                                              Karen Matteson
27                                            Attorney for Plaintiff
                                              Securities and Exchange Commission
28

1

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X] U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On January 7, 2013, I caused to be served the document entitled **SUPPLEMENTAL MEMORANDUM BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION IN FURTHER OPPOSITION TO MOTION *IN LIMINE* NO. 5 BY DEFENDANT PETER L. JENSEN TO EXCLUDE ALL ARGUMENT OR REFERENCE AT TRIAL THAT PETER JENSEN AND LORENA JENSEN'S NINE MILLION DOLLARS IN PROCEEDS FROM THE SALE OF BASIN WATER SHARES ARE PROFITS FROM FRAUD AND TO LIMIT ALLEGED PROFITS TO ANY ILL-GOTTEN GAINS** on all the parties to this action addressed as stated on the attached service list:

[ ] **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

   [ ] **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

   [ ] **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ] **HAND DELIVERY:** I caused to be hand delivered each such document to the office of the addressee as stated on the attached service list.

[ ] **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[ ] **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X] **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 7, 2013                   /s/ Karen Matteson
                                        Karen Matteson

2

**SEC v. Peter L. Jensen, et al.**
United States District Court – Central District of California
Case No. CV 11-05316 R (AGRx)
(LA-3478)

## MASTER SERVICE LIST

*Attorneys for Defendant, Peter L. Jensen*
David Scheper, Esq.
William H. Forman, Esq.
Jean M. Nelson, Esq.
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
T/213-613-4655
F/213-613-4656
dscheper@scheperkim.com
wforman@scheperkim.com
jnelson@scheperkim.com

*Attorneys for Defendant, Thomas C. Tekulve, Jr.*
Seth Aronson, Esq.
Carolyn Kubota, Esq.
Tamar Braz, Esq.
O'Melveny & Myers, LLP
400 S. Hope Street
Los Angeles, CA 90071
T/(213) 430-6000
F/(213) 430-6407
saronson@omm.com
ckubota@omm.com
tbraz@omm.com