JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO.  CV 11-5316-R |
| Plaintiff, | JUDGMENT |
| v. | |
| PETER L. JENSEN AND THOMAS C. TEKULVE, JR., | |
| Defendants. | |

Pursuant to the reasoning set forth in the Court's Findings of Fact and Conclusions of Law, **JUDGMENT IS HEREBY ENTERED** in favor of defendants Peter L. Jensen and Thomas C. Tekulve, Jr. with respect to all the causes of action in the Complaint.

Dated: December 10, 2013.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE